# Exhibit 3

Crescent
foods
All Natural*
Young Chicken
Drumsticks
Halal
no added antibiotics
no added hormones**
no animal by-products
raised
Hatched, Raised and Harvested in the USA
• 100% todo Natural* • Procesado a Mano
• No Agregado Antibioticos
*Minimally processed, no artificial ingredients
**Federal regulations prohibits the use of hormones in poultry
***Never confined to chicken coops
INSPECTED
U.S.
CRESCENT FOODS ALL NATURAL
CHICKEN DRUMSTICKS
HATCHED RAISED AND HARVESTED
IN THE USA
SAFE HANDLING INSTRUCTIONS
COOK THOROUGHLY
KEEP HOT FOODS HOT. REFRIGERATE LEFTOVERS IMMEDIATELY OR DISCARD
NET WEIGHT
UNIT PRICE
TOTAL PRICE
1.74LB.
$ 2.68/LB.
$ 4.66
FREEZ BY11.21.18
CHICAGO, IL 60632
REDUCED on 11/19/2018
SAVE $1.12
Halal Drums
IS $1.27/LB
YOU PAY! $3.54
499007108546

