# Exhibit 5



REDUCED on 11/19/2018
SAVE $1.42
FRESH GROUPER IS $15.70/LB
YOU PAY! $11.50



line caught Wild Grouper



PREVIOUSLY FROZEN WILD CAUGHT GROUPER
PRODUCT OF MEXICO
PROCESSED AND DISTRIBUTED BY:
marineharvest Miami, FL 33126

0.72 NET WT. (LB)
CONTAINS: FISH (GROUPER)
$17.94 PRICE PER LB.
NOT FOR RAW CONSUMPTION.
USE OR FREEZE BY 11-20-18
$12.92 TOTAL PRICE
KEEP REFRIGERATED
LOT: MX167339
PLU # 60931
TARE 0.06 LB.