# Exhibit 6

PREVIOUSLY FROZEN
WILD CAUGHT GROUPER
PRODUCT OF MEXICO
PROCESSED AND DISTRIBUTED BY:
marineharvest Miami, FL 33126
CONTAINS: FISH (GROUPER)
NOT FOR RAW CONSUMPTION.
$ 13.28 TOTAL PRICE
KEEP REFRIGERATED
NX167339
B 60931
0.06 LB.
0.74 NET WT. (LB)
$17.94 PRICE PER LB.
USE OR FREEZE BY 11-20-18

REDUCED on 11/19/2018
SAVE $1.46
FRESH GROUPER
IS $15.70/LB
YOU PAY $11.82