AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and those similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No. |
| WALMART, INC., a Delaware corporation | ) ) ) | 19-CV-20592-JEM |
| | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WALMART, INC., a Delaware corporation
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John A. Yanchunis, Esq.
Morgan and Morgan Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
jyanchunis@forthepeople.com
(813) 223-5505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Feb 14, 2019

*s/ Alisha Beasley-Martin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court