UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation<br><br>Defendant. | Case No.: 1:19-cv-20592-JEM |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Federal Rules of Civil Procedure, I hereby certify that service of the Summons and Complaint in the instant action was effectuated on February 15, 2019.

Dated: February 27, 2019          Respectfully submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

/s/ John A. Yanchunis
John A. Yanchunis (Bar No. 324681)
jyanchunis@forthepeople.com
Ryan McGee (Bar No. 64957)
rmcgee@forthepeople.com
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 27, 2019, a true and correct copy of the forgoing was filed via the Court's CM/ECF electronic filing system, which will provide notice to all counsel of record and a copy of the foregoing Return of Service was served by U.S. Mail on February 27, 2019 to:

Amy McLaren
Operations Manager
Walmart, Inc.
1209 Orange Street
Wilmington, DE 19801

/s/ *John A. Yanchunis*
John A. Yanchunis (Fla Bar No. 324681)