**RETURN**

UNITED STATES L
Southern District o~ ~a

Case Number: 19-CV-20592

Plaintiff:
**VASSILIOS KUKORINIS**

vs.

Defendant:
**WALMART, INC.**

For:
John Yanchunis
Morgan & Morgan, P. A.

IST2019000738

Received by Tampa Process, LLC on the 14th day of February, 2019 at 2:30 pm to be served on **WALMART, INC. C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801**.

I, DAVID A. BUCHLER, do hereby affirm that on the **15th day of February, 2019** at **2:11 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint with Exhibit(s)** with the date and hour of service endorsed thereon by me, to: **AMY MCLAREN** as **OPERATIONS MANAGER** at the address of: **1209 ORANGE STREET, WILMINGTON, DE 19801**, who stated they are authorized to accept service for **WALMART, INC.**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

**COPY**

**DAVID A. BUCHLER**
Process Server

Tampa Process, LLC
P. O. Box 271986
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2019000738
Ref: 8802143

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n