**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

      Plaintiff,

v.

WALMART INC., a Delaware corporation,

      Defendant.

_____/

**NOTICE OF APPEARANCE BY MARK A. SALKY**

      Mark A. Salky, Esq., of the law firm Greenberg Traurig, P.A., hereby serves this Notice of

Appearance, as counsel for Defendant, Walmart Inc., in the above-styled matter.  Set forth below

is the information necessary for the purpose of ensuring that the appearance can be noted of record,

and all documents can be served and provided to the undersigned by electronic service.

Dated:  March 7, 2019

                                      Respectfully submitted,

                                      **GREENBERG TRAURIG, P.A.**
                                      *Counsel for Defendant Walmart Inc.*
                                      333 S.E. 2nd Avenue, Suite 4400
                                      Miami, Florida 33131
                                      Telephone: (305) 579-0500
                                      Facsimile:  (305) 579-0717

                                      By:  ___/s/ Mark A. Salky_____
                                          MARK A. SALKY
                                          Florida Bar No. 058221
                                          Email: salkym@gtlaw.com

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


_/s/ Mark A. Salky_____
MARK A. SALKY


## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*
CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES
United States District Court, Southern District of Florida


*Counsel for Plaintiff*:

John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434

2