UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

## DEFENDANT WALMART INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

Defendant, Walmart Inc. ("Walmart"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and 7(b), respectfully moves this Court for entry of an unopposed Order granting Walmart a 30-day enlargement of time to respond to the Class Action Complaint filed by Plaintiff, Vassilios Kukorinis ("Plaintiff"), through, and including, Monday, April 8, 2019. In support of this Motion, Walmart states as follows:

1. On February 13, 2019, Plaintiff filed a putative Class Action Complaint against Walmart, which purports to allege claims for violation of Florida's Deceptive and Unfair Trade Practices Act (Count I) and unjust enrichment (Count II).

2. Walmart was served with the Class Action Complaint on February 15, 2019, making its original response due to be filed by no later than Friday, March 8, 2019.

3. Undersigned counsel was retained by Walmart this week to defend the lawsuit. Because of the complexities of the issues raised in the Class Action Complaint, as well as the press of other professional obligations and deadlines, undersigned counsel requests additional time to

confer with its client, analyze the facts and legal issues involved, and prepare an appropriate response.

4. This Motion is made in good faith and is not intended to hamper or delay the prosecution of this cause. Neither the parties nor the Court will be prejudiced by the relief requested.

5. For the foregoing reasons, Walmart respectfully requests that the Court enter an Order granting it an extension of time to respond to the Class Action Complaint through, and including, Monday, April 8, 2019. A proposed Order granting this Motion is attached hereto.

WHEREFORE, Defendant, Walmart Inc., respectfully requests that the Court enter an order extending the time by which it must file its response to the Complaint to Monday, April 8, 2019, and granting such other relief as the Court deems just and proper.

### CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Defendant certifies that they have conferred with Plaintiff's counsel on March 6, 2019 regarding the extension requested herein. Plaintiff's counsel stated that Plaintiff does not oppose the request.

Dated: March 7, 2019

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant Walmart Inc.*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: /s/ Mark A. Salky
MARK A. SALKY
Florida Bar No. 058221
Email: salkym@gtlaw.com
JAMES E. GILLENWATER
Florida Bar No. 1013518
Email: gillenwaterj@gtlaw.com

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Mark A. Salky
MARK A. SALKY

## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*
CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES
United States District Court, Southern District of Florida

*Counsel for Plaintiff*:

John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434