**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT WALMART INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**

**THIS CAUSE** is before the Court on the Unopposed Motion for Extension of Time to Respond to Class Action Complaint [D.E. __] ("Motion") filed by Defendant, Walmart Inc. ("Walmart").  The Court, having considered the Motion, noting that it is unopposed, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Walmart shall file its response to the Class Action Complaint by no later than Monday, April 8, 2019.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of March, 2019.

                                                                           _____
                                                                           JOSE E. MARTINEZ
                                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record