**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of
himself and those similarly situated,

  Plaintiff,

v.

WALMART, INC., a Delaware corporation,

  Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

  Defendant, Walmart Inc. ("Walmart"), pursuant to Rule 7.1 and this Court's February 26, 2019 Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties, [D.E. 4], hereby files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. A complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporates, and other identifiable legal entities related to a party.

    A. WALMART INC, is the Defendant, although the caption incorrectly lists the name of the entity as "Walmart, Inc." Walmart Inc. is a Delaware corporation whose stock is listed and publicly-traded on the New York Stock Exchange. There are no publicly-traded companies who hold 10% or more of the issued and outstanding shares of Walmart Inc.

B. WAL-MART STORES EAST, LP ("WSELP"), a Delaware limited partnership, is a wholly-owned subsidiary of Walmart Inc. that could have a financial interest in the outcome of the litigation because it conducts Walmart retail store operations in Florida.

C. WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust, is an indirect, wholly-owned subsidiary of WSELP that could have a financial interest in the outcome of the litigation because it owns various real estate properties in Florida and leases such properties to WSELP.

D. GREENBERG TRAURIG, P.A., 333 SE 2nd Ave., Suite 4400, Miami, FL, 33131, is counsel of record for Defendant.

E. MARK ALLAN SALKY, Greenberg Traurig P.A., is counsel of record for Defendant.

F. JAMES EVANS GILLENWATER, Greenberg Traurig P.A., is counsel of record for Defendant.

G. VASSILIOS KUKORINIS, is the Plaintiff.

H. MORGAN & MORGAN, 201 N. Franklin St., 7th Floor Tampa, FL, 33602, is counsel of record for Plaintiff.

I. JOHN ALLEN YANCHUNIS, SR., Morgan & Morgan, is counsel of record for Plaintiff.

J. RYAN MCGEE, Morgan & Morgan, is counsel of record for Plaintiff.

Dated: March 22, 2019

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant Walmart Inc.*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717

By:  /s/ Mark A. Salky  
MARK A. SALKY  
Florida Bar No. 058221  
Email: salkym@gtlaw.com  
JAMES E. GILLENWATER  
Florida Bar No. 1013518  
Email: gillenwaterj@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

 /s/ James E. Gillenwater  
JAMES E. GILLENWATER

## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*  
**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**  
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:

John A. Yanchunis  
jyanchunis@forthepeople.com  
Ryan McGee  
rmcgee@forthepeople.com  
MORGAN & MORGAN  
201 N. Franklin St., 7th Floor  
Tampa, FL 33602  
Telephone: (813) 223-5505  
Facsimile: (813) 222-2434