**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

    Plaintiff,

v.

WALMART, INC., a Delaware corporation

    Defendant.

## [PROPOSED] JOINT SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1 of the United States District Court of the Southern District of Florida, and upon consideration of the Joint Scheduling Report filed by the parties, the matter shall be assigned to the complex case management track and the parties shall adhere to the following schedule:

**Pretrial Deadlines and Trial Date**

| | |
|---|---|
| May 22, 2020 | Parties shall exchange expert witness summaries and reports to support and oppose class certification |
| July 8, 2020 | Joinder of Additional Parties and motions for class certification |
| September 7, 2020 | Parties shall exchange expert witness summaries and reports |
| September 17, 2020 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify |
| October 7, 2020 | Parties exchange rebuttal expert witness summaries and reports. <u>Note</u>: These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |

[Attachment A]

| | |
|---|---|
| <u>November 20, 2020</u> | All discovery, including expert discovery, shall be completed. |
| <u>December 1, 2020</u> | A mediator must be selected |
| <u>December 21, 2020</u> | All summary judgment, *Daubert*, and other dispositive motions must be filed. A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| <u>February 4, 2021</u> | Mediation shall be completed. |
| <u>February 19, 2021</u> | All Pretrial Motions and Memoranda of Law must be filed |
| <u>March 5, 2021</u> | Joint Pretrial Stipulation must be filed. |
| <u>March 29, 2021</u> | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| <u>April 4, 2021</u> | Deposition designations must be filed. |
| <u>April 5, 2021</u> | Beginning of Trial Period. |
| <u>None.</u> | Additional deadlines (please specify) |

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida, this \_\_\_\_ day of _____, 2019.

_____
HON. JOSE E. MARTINEZ
U.S. DISTRICT COURT JUDGE

[Attachment A]