UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

Plaintiff,

v.

WALMART, INC., a Delaware corporation

Defendant.

**ELECTION TO JURIDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions for Costs | Yes _____ | No __X__ |
| 2. | Motions for Attorney's Fees | Yes _____ | No __X__ |
| 3. | Motions for Sanctions | Yes _____ | No __X__ |
| 4. | Motions to Dismiss | Yes _____ | No __X__ |
| 5. | Motions for Summary Judgment | Yes _____ | No __X__ |
| 6. | Discovery | Yes __X__ | No _____ |
| 7. | Other (specify) _____ | None | |

[Attachment D]

1

Dated: March 27, 2019

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.** | **MORGAN & MORGAN COMPLEX LITIGATION GROUP** |
| /s/ Mark A. Salky | /s/ John A. Yanchunis |
| Mark A. Salky | John A. Yanchunis (Bar No. 324681) |
| Florida Bar No. 058221 | jyanchunis@forthepeople.com |
| salkym@gtlaw.com | Ryan McGee (Bar No. 64957) |
| James E. Gillenwater | rmcgee@forthepeople.com |
| Florida Bar No. 1013518 | 201 N. Franklin St., 7th Floor |
| 333 S.E. 2nd Avenue, Suite 4400 | Tampa, FL 33602 |
| Miami, Florida 33131 | Telephone: (813) 223-5505 |
| Telephone: (305) 579-0500 | Facsimile: (813) 222-2434 |
| Facsimile: (305) 579-0717 | |
| *Attorneys for Defendant Walmart Inc.* | *Attorneys for Plaintiff Vassilios Kukorinis* |

[Attachment D]