UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

## DEFENDANT WALMART INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT

Defendant, Walmart Inc. ("Walmart"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1(a)(1)(J), respectfully moves this Court for entry of an unopposed Order granting Walmart an enlargement of time to respond to the Amended Class Action Complaint [D.E. 15] filed by Plaintiff, Vassilios Kukorinis ("Plaintiff"), through, and including, Friday, May 17, 2019.  In support of this Motion, Walmart states as follows:

1. On February 13, 2019, Plaintiff filed a putative Class Action Complaint against Walmart, [D.E. 1], bringing claims for alleged violation of Florida's Deceptive and Unfair Trade Practices Act (Count I) and unjust enrichment (Count II).

2. Following the Court's grant of an unopposed motion to extend, [D.E. 11], Walmart timely moved to dismiss the Complaint on April 8, 2019.  [D.E. 14].

3. On April 22, 2019, Plaintiff filed an Amended Class Action Complaint.  Under Rule 15(a)(3), Walmart's response to the Amended Class Action Complaint is due on or before May 6, 2019.

4. Both of Walmart's counsel of record, Mark A. Salky and James E. Gillenwater, are specially-set for a jury trial before Judge Sykes beginning Monday, April 29, 2019, in the matter *Circuitronix, LLC v. Shenzhen Kinwong Electronic Co. Ltd.*, No. 17-cv-22462-Ungaro/Sykes (S.D. Fla.). The trial is scheduled to last at least a week, and may carry over into the week of May 6. Due to this competing obligation, undersigned counsel requests additional time to prepare an appropriate response to Plaintiff's Amended Class Action Complaint in this matter.

5. This Motion is made in good faith and is not intended to hamper or delay the prosecution of this cause. No scheduling order has been entered to date, and neither the parties nor the Court will be prejudiced by the relief requested.

6. For the foregoing reasons, Walmart respectfully requests that the Court enter an Order granting it an extension of time to respond to the Class Action Complaint through, and including, Friday, May 17, 2019. A proposed Order granting this Motion is attached hereto.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Defendant certifies that they have conferred with Plaintiff's counsel on April 23, 2019 regarding the extension requested herein. Plaintiff's counsel stated that Plaintiff does not oppose the request.

Dated: April 23, 2019                                 Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant Walmart Inc.*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717

By:     /s/ Mark A. Salky
        MARK A. SALKY
        Florida Bar No. 058221
        Email: salkym@gtlaw.com
        JAMES E. GILLENWATER
        Florida Bar No. 1013518
        Email: gillenwaterj@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         /s/ James E. Gillenwater
                                        JAMES E. GILLENWATER

## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*
**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:

John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434