UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT WALMART INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT**

    **THIS CAUSE** is before the Court on the Unopposed Motion for Extension of Time to Respond to Amended Class Action Complaint [D.E. __] ("Motion") filed by Defendant, Walmart Inc. ("Walmart"). The Court, having considered the Motion, noting that it is unopposed, and being otherwise duly advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Walmart shall file its response to the Amended Class Action Complaint by no later than Friday, May 17, 2019.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of April, 2019.

                                                      _____
                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record