**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-CV-20592-MARTINEZ/OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

**MOTION FOR CHAD J. DOELLINGER TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Chad J. Doellinger, Esq., of the law firm of Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL, (312) 456-8400, for purposes of appearance as co-counsel on behalf of Defendant, Walmart Inc. ("Walmart"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Chad J. Doellinger to receive electronic filings in this case, and in support thereof states as follows:

    1.    Chad J. Doellinger is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois State Bar, ARDC No. 6274824 (November 8, 2001), and the Texas State Bar, No. 24066570 (November 26, 2008). Chad J. Doellinger has also been admitted to the following courts: Supreme Court of the United States (May 31, 2011); U.S.

4.      Chad J. Doellinger, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Chad J. Doellinger at email address: doellingerc@gtlaw.com.

WHEREFORE, Mark A. Salky moves this Court to enter an Order for Chad J. Doellinger, Esq., to appear before this Court on behalf of Walmart for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to Chad J. Doellinger, Esq.

Dated:  May 13, 2019                                 Respectfully submitted,

                                                                    **GREENBERG TRAURIG, P.A.**
                                                                    *Counsel for Defendant Walmart Inc.*
                                                                    333 S.E. 2nd Avenue, Suite 4400
                                                                    Miami, Florida 33131
                                                                    Telephone: (305) 579-0500
                                                                    Facsimile:  (305) 579-0717

                                                                    By: ___/s/ Mark A. Salky___
                                                                            MARK A. SALKY
                                                                            Florida Bar No. 058221
                                                                            Email: salkym@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                    ___/s/ Mark A. Salky___
                                                                    MARK A. SALKY

3

## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*
**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff:*
John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

**CERTIFICATION OF CHAD J. DOELLINGER**

I, Chad J. Doellinger, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am admitted to practice in Illinois (State Bar No. 6274824), Texas (State Bar No. 24066570), and in the following courts:

- Supreme Court of the United States;
- U.S. Court of Appeals for the Second Circuit;
- U.S. Court of Appeals for the Fourth Circuit;
- U.S. Court of Appeals for the Fifth Circuit;
- U.S. Court of Appeals for the Seventh Circuit;
- U.S. Court of Appeals for the Ninth Circuit;
- U.S. Court of Appeals for the Tenth Circuit;
- U.S. District Court for the Northern District of Illinois;
- U.S. District Court for the Eastern District of Michigan;

- U.S. District Court for the Eastern District of Wisconsin; and
- U.S. District Court for the Western District of Wisconsin.

Dated this 13th day of May, 2019.

                                             _____
                                             CHAD J. DOELLINGER