UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number:   19-20592-CIV-MARTINEZ-OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of himself
and those similarly situated,
  Plaintiff,

vs.

WALMART, INC., a Delaware corporation,
  Defendant.

_____/

## ORDER DENYING MOTION TO APPEAR *PRO HAC VICE*

This CAUSE came before the Court on Defendant's Motion for Chad J. Doellinger to

Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion to Appear *Pro Hac Vice*") [ECF No. 20]. A review of the Motion

to Appear *Pro Hac Vice* reflects that local counsel did not: (i) include a statement consenting to

designation as local counsel, or (ii) consent to electronically serve all documents and things that

may be served electronically or consent to serving documents in compliance with the CM/ECF

Administrative Procedures. *See* S.D. Fla. L.R. 4(b)(3) of the Special Rules Governing the

Admission, Practice, Peer Review, and Discipline of Attorneys. A sample motion can be found on

the Court's website. Accordingly, after careful consideration, it is

**ORDERED and ADJUDGED** that Defendant's Motion to Appear *Pro Hac Vice* [ECF

No. 20] is **DENIED without prejudice**, with leave to refile.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_ day of May, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record