UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

## RENEWED MOTION FOR CHAD J. DOELLINGER TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully renews its motion for the admission *pro hac vice* of Chad J. Doellinger, Esq., of the law firm of Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL, (312) 456-8400, for purposes of appearance as co-counsel on behalf of Defendant, Walmart Inc. ("Walmart"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Chad J. Doellinger to receive electronic filings in this case,[1] and in support thereof states as follows:

---

[1] The original motion that was filed was missing its second page due to a clerical error in scanning the document before the motion was filed. *See* [D.E. 20]. The second page contained the local counsel designation and consents the rules require, which lead to the denial of the original motion without prejudice. *See* [D.E. 21].

1. Chad J. Doellinger is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois State Bar, ARDC No. 6274824 (November 8, 2001), and the Texas State Bar, No. 24066570 (November 26, 2008). Chad J. Doellinger has also been admitted to the following courts: Supreme Court of the United States (May 31, 2011); U.S. Court of Appeals for the Second Circuit (September 28, 2010); U.S. Court of Appeals for the Fourth Circuit (August 29, 2013); U.S. Court of Appeals for the Fifth Circuit (March 9, 2009); U.S. Court of Appeals for the Seventh Circuit (June 22, 2012); U.S. Court of Appeals for the Ninth Circuit (January 19, 2012); U.S. Court of Appeals for the Tenth Circuit (September 9, 2010); U.S. District Court for the Northern District of Illinois (December 20, 2001); U.S. District Court for the Western District of Wisconsin (February 3, 2006); U.S. District Court for the Eastern District of Wisconsin (September 17, 2010); and U.S. District Court for the Eastern District of Michigan (September 14, 2010).

2. Movant, Mark A. Salky, Esq., of the law firm of Greenberg Traurig, P.A., 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131, (305) 579-0816, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Mark A. Salky consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Chad J. Doellinger, Esq. has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Chad J. Doellinger, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Chad J. Doellinger at email address: doellingerc@gtlaw.com.

WHEREFORE, Mark A. Salky moves this Court to enter an Order for Chad J. Doellinger, Esq., to appear before this Court on behalf of Walmart for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to Chad J. Doellinger, Esq.

Dated: May 16, 2019

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant Walmart Inc.*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: ___/s/ Mark A. Salky___
MARK A. SALKY
Florida Bar No. 058221
Email: salkym@gtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        /s/ Mark A. Salky
                                                        MARK A. SALKY

## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*
**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff:*
John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

**CERTIFICATION OF CHAD J. DOELLINGER**

I, Chad J. Doellinger, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am admitted to practice in Illinois (State Bar No. 6274824), Texas (State Bar No. 24066570), and in the following courts:

- Supreme Court of the United States;
- U.S. Court of Appeals for the Second Circuit;
- U.S. Court of Appeals for the Fourth Circuit;
- U.S. Court of Appeals for the Fifth Circuit;
- U.S. Court of Appeals for the Seventh Circuit;
- U.S. Court of Appeals for the Ninth Circuit;
- U.S. Court of Appeals for the Tenth Circuit;
- U.S. District Court for the Northern District of Illinois;
- U.S. District Court for the Eastern District of Michigan;

- U.S. District Court for the Eastern District of Wisconsin; and
- U.S. District Court for the Western District of Wisconsin.

Dated this 13th day of May, 2019.

_____
CHAD J. DOELLINGER