UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-20592-CIV-MARTINEZ-OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself
and those similarly situated,
    Plaintiff,

vs.

WALMART, INC., a Delaware corporation,
    Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This CAUSE came before the Court on Defendant's Renewed Motion for Chad J. Doellinger to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Renewed Motion to Appear *Pro Hac Vice*") [ECF No. 22]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The Renewed Motion to Appear *Pro Hac Vice* [ECF No. 22] is hereby **GRANTED**. Designated local counsel, Mark A. Salky, Esq., shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, doellingerc@gtlaw.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of May, 2019.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record