## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

VASSILIOS KUKORINIS, on behalf of
himself and those similarly situated,

    Plaintiffs,

  v.

WAL-MART STORES, INC., a Delaware
corporation

    Defendant.

Case No.: 1:19-cv-20592-JEM

**JOINT RESPONSE TO THE COURT'S
STATUS REPORT ORDER**

Plaintiff, Vassilios Kukorinis ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Walmart") (collectively the "Parties"), through their respective counsel respond to the Court's Paperless Status Report Order (Doc. No. 28), and as good cause would state the following:

1. In approximately September 2020, the Parties selected mediator Michelle Yoshida of Phillips ADR.

2. The Parties have since conducted two mediation sessions under the guidance of Ms. Yoshida and are continuing to negotiate a settlement on a class-wide basis.

3. The Parties respectfully request this Court stay this case and all deadlines for thirty (30) days to provide additional time to complete their discussions.

4. The Parties will submit a status report with this Court on or before June 27, 2020, advising the Court of the status of the Parties' ongoing discussions.

5. Thereafter, the Parties will respectfully submit a timeline to move for preliminary approval of notice and settlement, as appropriate.

Dated: May 28, 2020                    Respectfully submitted,

                                       **MORGAN & MORGAN**
                                       **COMPLEX LITIGATION GROUP**

                                       /s/ John A. Yanchunis
                                       John A. Yanchunis (Bar No. 324681)
                                       Ryan McGee (Bar No. 64957)
                                       201 N. Franklin St., 7th Floor
                                       Tampa, FL 33602
                                       Telephone: (813) 223-5505
                                       Facsimile: (813) 222-2434
                                       jyanchunis@forthepeople.com
                                       rmcgee@forthepeople.com

                                       *Counsel for Vassilios Kukorinis*

                                       By:    /s/ *Mark A. Salky*
                                       Mark A. Salky
                                       Florida Bar No. 058221
                                       Email: salkym@gtlaw.com
                                       James E. Gillenwater
                                       Florida Bar No. 1013518
                                       Email: gillenwaterj@gtlaw.com
                                       **GREENBERG TRAURIG, P.A.**
                                       333 S.E. 2nd Avenue, Suite 4400
                                       Miami, Florida 33131
                                       Telephone: (305) 579-0500
                                       Facsimile:  (305) 579-0717

                                       *Counsel for Wal-Mart Stores, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 28, 2020, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ John A. Yanchunis_____