**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation<br><br>Defendant. | Case No.: 1:19-cv-20592-JEM<br><br>**JOINT STIPULATION TO AMEND COMPLAINT** |

Plaintiff, Vassilios Kukorinis ("Plaintiff"), and Wal-Mart Stores, Inc. ("Walmart") provide notice that, pursuant to Rule 15(a)(2), Walmart has agreed, for settlement purposes, to permit Plaintiff to amend his Amended Complaint from a Florida-based complaint to a nationwide complaint. The Second Amended Complaint will be filed contemporaneously herewith.

Dated: June 8, 2020                                  Respectfully submitted,

| | |
|---|---|
| **MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br><br>By:  /s/ John A. Yanchunis<br>     John A. Yanchunis (Bar No. 324681)<br>     Ryan McGee (Bar No. 64957)<br>     201 N. Franklin St., 7th Floor<br>     Tampa, FL 33602<br>     Telephone: (813) 223-5505<br>     Facsimile: (813) 222-2434<br>     jyanchunis@forthepeople.com<br>     rmcgee@forthepeople.com<br><br>     *Counsel for Plaintiff Vassilios Kukorinis* | **GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile:  (305) 579-0717<br><br>By:     /s/ Mark A. Salky<br>     MARK A. SALKY<br>     Florida Bar No. 058221<br>     Email: salkym@gtlaw.com<br>     JAMES E. GILLENWATER<br>     Florida Bar No. 1013518<br>     Email: gillenwaterj@gtlaw.com<br><br>     *Counsel for Defendant Walmart Inc* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2020, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *John A. Yanchunis*
JOHN A. YANCHUNIS