**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:19-cv-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

        Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation

        Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Vassilios Kukorinis ("Plaintiff") and Defendant Wal-Mart Stores, Inc. k/n/a Walmart Inc. ("Walmart") (collectively the "Parties"), respectfully give notice, pursuant to Local Rule 16.4, that they have reached a confidential settlement in principle on a nationwide class settlement of this case.

The Parties are in the process of drafting the necessary paperwork to memorialize the terms of this nationwide settlement, including the full settlement agreement itself, all proposed forms of notice, as well as proposed claim forms, and anticipate being in a position to file a motion for preliminary approval of this nationwide settlement on or before July 15, 2020. The Parties respectfully request this Court stay this case and all deadlines until July 15, 2020 to provide the additional time necessary to finalize this paperwork.

Dated: June 8, 2020						Respectfully submitted,

| | |
|---|---|
| **MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br><br>By: /s/ John A. Yanchunis<br>John A. Yanchunis (Bar No. 324681)<br>Ryan McGee (Bar No. 64957)<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>*Counsel for Plaintiff Vassilios Kukorinis* | **GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717<br><br>By: /s/ Mark A. Salky<br>MARK A. SALKY<br>Florida Bar No. 058221<br>Email: salkym@gtlaw.com<br>JAMES E. GILLENWATER<br>Florida Bar No. 1013518<br>Email: gillenwaterj@gtlaw.com<br><br>*Counsel for Defendant Walmart Inc* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *John A. Yanchunis*
JOHN A. YANCHUNIS