# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

      Plaintiff,

v.

WALMART INC., a Delaware corporation,

      Defendant.

_____/

## MOTION TO WITHDRAW CHAD J. DOELLINGER AS COUNSEL
## FOR DEFENDANT WALMART INC.

Defendant, Walmart Inc. ("Defendant"), pursuant to Local Rule 11.1(d)(3) and by and through its undersigned counsel, hereby requests that the Court withdraw Chad J. Doellinger Esq. as counsel for Defendant and remove him from the CM/ECF roster in this case.  Chad J. Doellinger, Esq. has departed from the law firm of Greenberg Traurig, LLP.  Defendant understands and agrees to the withdrawal of Mr. Doellinger from this matter.  Mark A. Salky, Esq., and James E. Gillenwater, Esq., of Greenberg Traurig. P.A., will continue to represent Defendant in this action.  Therefore, the withdrawal of Chad J. Doellinger will not cause any delay or interference in the representation of Defendant.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enter an order permitting Chad J. Doellinger to withdraw as its counsel and removing him from the CM/ECF roster in this case.  A proposed Order granting this Motion is being submitted herewith.

## <u>Local Rule 7.1(a)(3) Certificate</u>

Pursuant to Local Rule 7.1(a)(3) the undersigned counsel has conferred with counsel of record for Plaintiff and has been authorized to state that there are no objections to this Motion.

Dated: June 8, 2020

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717

By:  ___/s/ Mark A. Salky___
  MARK A. SALKY
  Florida Bar No. 058221
  Email: salkym@gtlaw.com
  JAMES E. GILLENWATER
  Florida Bar No. 1013518
  Email: gillenwaterj@gtlaw.com

*Counsel for Defendant Walmart Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Mark A. Salky_____
MARK A. SALKY

## <u>SERVICE LIST</u>

*Vassilios Kukorinis v. Walmart Inc.*
**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:

John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434