# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW CHAD J. DOELLINGER AS COUNSEL FOR DEFENDANT WALMART INC.**

**THIS MATTER** came before the Court upon the Motion to Withdraw Chad J. Doellinger as counsel of record for Defendant, Walmart Inc. [ECF No. __] The Court has carefully reviewed the Motion, the docket, notes that it is unopposed, and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk shall remove Chad J. Doellinger as counsel of record for Defendant, Walmart Inc. in this case.

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida, this ____ day of June, 2020.

                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record