UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 19-20592-CIV-MARTINEZ-OTAZO-REYES**

VASSILIOS KUKORINIS, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES, INC.,

    Defendant.
_____/

**ORDER ON NOTICE OF SETTLEMENT AND
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Joint Notice of Settlement, [ECF No. 33], indicating that the parties have reached a settlement in this matter. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Motion for Preliminary Settlement Approval that complies with Federal Rule of Civil Procedure 23. Additionally, in light of the parties' Joint Stipulation to Amend Complaint, [ECF No. 31], and the Plaintiffs' stipulated Second Amended Complaint, [ECF No. 32], the parties shall provide authority as to why a nationwide settlement is appropriate for claims based solely on Florida statutory and common law.[1]

2. Additionally, the parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude

---

[1] Especially where there are no Named Plaintiffs residing outside the state of Florida.

this action **on or before 45 days of the date of this Order**.

    3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

    4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of June, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record