UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.

_____/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**

Plaintiff Vassilios Kukorinis ("Plaintiff") and Defendant Walmart Inc. ("Walmart," collectively with Plaintiff, the "Parties") respectfully request that the Court grant the Parties an additional two weeks, or until August 7, 2020, to file a motion for preliminary settlement approval and in support thereof state as follows:

1. On June 9, 2020, the Court entered its Order on Notice of Settlement and Denying All Pending Motions as Moot (ECF No. 35) (the "Order") requiring the Parties to file a motion for preliminary settlement approval within forty-five (45) days of the Order, or by July 24, 2020.

2. The Parties have been working diligently on drafting a settlement agreement, the proposed forms of notice, the proposed claims form, the motion for preliminary approval and its corresponding proposed order, along with any other papers necessary to finalize the motion for preliminary settlement approval. The Parties, however, need an additional two weeks to finalize the foregoing.

3. The Parties therefore request that the Court grant them two additional weeks, or until August 7, 2020, to file a motion for preliminary settlement approval.

4. This Motion is made in good faith and not for purposes of delay. Neither the Parties nor the Court will be prejudiced by the relief requested.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Agreed Order attached hereto as Exhibit A.

### Local Rule 7.1 Certificate

Undersigned counsel represents that the Parties have conferred regarding the relief requested in this Motion and agreed to make it a joint request.

| | |
|---|---|
| Dated: July 22, 2020 | Respectfully Submitted, |
| **MORGAN & MORGAN**<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434 | **GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717 |
| By: /s/ John A. Yanchunis<br>JOHN A. YANCHUNIS<br>Florida Bar No. 324681<br>jyanchunis@forthepeople.com<br>RYAN MCGEE<br>Florida Bar No. 64957<br>rmcgee@forthepeople.com | By: /s/ Mark A. Salky<br>MARK A. SALKY<br>Florida Bar No. 058221<br>Email: salkym@gtlaw.com<br>JAMES E. GILLENWATER<br>Florida Bar No. 1013518<br>Email: gillenwaterj@gtlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Walmart Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel listed on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF/

                                                /s/ Mark A. Salky
                                                MARK A. SALKY

## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*
**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:

John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434