UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

**THIS MATTER** came before the Court upon the Parties' Joint Motion for Extension of Time to File Motion for Preliminary Settlement Approval (ECF No. 37) (the "Motion"). The Court has carefully reviewed the Motion and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Parties shall file a motion for preliminary settlement approval by or on August 7, 2020.

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida, this ____ day of July, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record