UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:19-cv-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

        Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation

        Defendant.

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S MOTION TO DIRECT CLASS NOTICE AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Vassilios Kukorinis ("Plaintiff"), pursuant to Local Rule 7.1(c)(2), requests permission from the Court to exceed the twenty (20) page limit for his Motion to Direct Class Notice and Grant Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law ("Motion for Preliminary Approval"), and as good cause would state the following:

1. In approximately September 2020, Plaintiff and Walmart Inc. ("Walmart") (collectively, the "Parties") selected mediator Michelle Yoshida of Phillips ADR.

2. The Parties have since conducted two mediation sessions under the guidance of Ms. Yoshida and reached a settlement in principle on a nationwide basis. (Doc. No. 33).

3. The Parties reasonably anticipate finalizing all settlement-related documents today, and Plaintiff will file his Motion for Preliminary Approval today.

4. In anticipation of filing, Plaintiff's counsel is drafting the Motion for Preliminary Approval, and anticipates requiring at most an additional ten (10) pages under the Local Rules.

5. These additional pages will allow Plaintiff to fully address all aspects of Rule 23 in his Motion.

6. Plaintiff will endeavor to exercise brevity where appropriate, and may not use the entirety of the extra ten (10) additional pages; however, Plaintiff requests the ten (10) additional pages-up to no more than 30 pages—out of an abundance of caution.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests that this Motion be granted.

### Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has conferred with counsel of record for Walmart and has been authorized to state that there are no objections to this Motion.

Dated: August 7, 2020         Respectfully submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

/s/ *John A. Yanchunis*
John A. Yanchunis (Bar No. 324681)
Ryan McGee (Bar No. 64957)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

*Counsel for Vassilios Kukorinis*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2020, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *John A. Yanchunis*