UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:19-cv-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

        Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation

        Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITGATION**

**THIS MATTER** came before the Court upon Plaintiff's Unopposed Motion to Exceed Page Limitation for Plaintiff's Motion to Direct Class Notice and Grant Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law, [ECF No. __]. The Court has carefully reviewed the Motion, the docket, notes that it is unopposed, and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff may file his Motion to Direct Class Notice and Grant Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law up to thirty (30) pages pursuant to Local Rule 7.1(c).

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida, this ____ day of August, 2020.

        _____
        JOSE E. MARTINEZ
        UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record