To Clerk of Court

FILED BY ___ PG ___ D.C.

SEP 2 5 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Page 1 of 13
09/22/2020

VASSILIOS KUKORINIS V. WALMART, INC.
CASE 1:19-cv-20592-JEM -MARTINEZ/OTAZO-REYES

## DECLARATION OF VASSILIOS KUKORINIS PLAINTIFF'S REPRESENTATIVE <u>IN SUPPORT OF PLAINTIFF'S OBJECTION OF THE SETTLEMENT, and reasons for denning the service award "price".</u>

Your Honors

Up to this moment I have no personal knowledge of the matters stated in the motion for preliminary approval of the settlement, and the Plaintiffs' attorneys have not discussed, explained, or asked my opinion or approval.

According to RETAINER AGREEMENT when I employed the law firm of Morgan & Morgan, my Duties as Client and a Class Representative, among others, were to be generally knowledgeable with respect to the subject matter and progress of the lawsuit, and represent the interests of all members of the class, as I would consider my own interests.

### Also # 8 Scope of Services Morgan & Morgan's Duties, were to Keep Client reasonably informed of the status of this matter.

Unfortunately the Plaintiff's attorneys fail to keep this promise, and as a result I learned recently about the "successful" PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - and everything else happened that last 8 months in this case carrying my name - from online search, when I googled "Kukorinis V. Walmart".

The last contact -by e-mail- I had with plaintiff's attorney Mr. John A. Yanchunis (Bar No. 324681), was Jan 21st 2020, complaining about Walmart's delay to provide the National sales data, as agreed at Nov 19th mediation meeting.

Today-eight months later- after purchasing and downloading the PDFs of the Case No. 1:19-CV-20592-MARTINEZ/OTAZO-REYES, surprisingly I discovered that all the developments took place after January 2020, happened without the Class Action Representative being informed, participated or updated, especially for the decision and the terms of the settlement.

Therefor I thank the parties, but I am refusing to accept the agreed Service Award money, because I don't want to participate to this fiasco/cover up and betrayal to all class action members, orchestrated without my knowledge.

This letter/declaration is not reviewed, polished or corrected by an attorney, and since English it's not my first language, please excuse the plethora of grammatical and syntax errors, while I am trying to explain and express my thoughts. I am furious and disappointed because this attempt to stop the lasting <u>Defendant's deceptive and unfair acts or practices,</u> not only failed, additionally the victims/class members feel that is an insult to our intelligence and common sense.

When MORGAN & MORGAN drafted the initial complaint, I protested to the attorneys by e-mail, pointing out that looks extremely "poor" and not mentioning -besides the low-fake price/unit scheme for the reduced products- the many other different ways WALMART misleading, deceiving and overcharging customers by manipulating prices, promote fake "specials", false advertised tags, and scanning gimmicks. I asked them to get advantage of the countless digital and printed material/evidences I provided. I requested an in-person meeting (and turned down) in order to explain to them, how all these deceptions work, without the fraud been suspected or noticed by the customers, or the city's, state's, and government watch dogs.

Mr Yanchunis replied that "didn't want to risk for a judge to view it as sensationalism" (whatever that means), and "the complaint is not intended to capture all the evidences, that **is the purpose of the trial"**. And that was the plan when he responds to defendant's Motion to Dismiss.

*"Plaintiff hereby demands trial by jury of all claims in this Class Action Complaint".*

But today I found out that Jury Trial, will never take place.

I believe it's important to mention that 3 years ago, when I started this quest at West Palm Beach, I was referred to another big shot Class Action Attorney, who considered the Law suit, as a **Monster case**, and he was going to quit his Big Law firm in, order to exclusively work on Walmart's class action. After collecting from me for 8 months the evidences I gathered, and stalling to file the complaint, I (suspected he was sleeping with the enemy) have to let him go and move to West Coast in search for a better lawyer. That was the reason I postponed my retirement, and I moved to Tampa to keep an eye to the new Law Firm (I was referred) and the progress of the case. Unfortunately, no better luck, since I have been again ignored, misled and denied even to a "Client to Lawyer live meeting" (before Covid 19 pandemic).



For first time I met the attorneys on November 18th, 2018 in California to be present to 1st attempted mediation. I was impressed how all participants (with the exception of mediator) declared that were bad in mathematics, and I was wondering how they are going to interpret analyze the sales data prepared by an expert, develop damages models, and determine statistically the amount potentially at issue overcharged, in this Litigation. The mediator Mis Yoshida suggested, instead of limiting the scope of that information to Florida sales, Walmart

could provide nationwide sales data for the class period, and we should try to settle the whole "package".

While I was waiting for months for Walmart to responds with the numbers, suddenly, I am reading on Internet, that **I "vigorously prosecuted this case for the benefit of all class Members by filing Litigation, reviewing, pleading, conferring with my Counsel , and providing input at mediation and crafting AND APPROVING the SETTLEMENT!!!**

For the record, I do understand one thing or two about math. I traveled around the world since 80s as Ocean Going Ships Marine Captain, and then (no GPS) we relied to advance mathematics to calculate the cargos and determine the ships position using astronomical navigation. I also served as reserved officer in the NAVY as commander. Later, back to old country, I worked as (top) TV investigating reporter, and guess what was one of the most successful stories I investigated and exposed.

A French multinational supermarket company (like Walmart), "invaded" the country and very soon controlled 85 % of the retail industry, erasing all the antagonism. Their secret? Bribing officials, aggressive advertising, so the media never bother them, and massive price manipulations and customer deception. Rarely somebody suspected how magically the prices changes from the shelve to cash register, and always UP. That is the (only) way to become a leader (so fast) in a so competitive market.

When you overcharge from 20 - 300%, on top of the Gross margin profit, you can afford to pay for aggressive marketing/advertising , bribing consumers watch dogs, and raise 4 times up the amount of annual salary to Walmart's store managers in order to make them accomplishes **(since they get commission of the extra profits).**

With a little Google research, everybody will discover the hundreds of million "invested" from Walmart in bribes to officials in countries like Mexico, India etc. As for the practices of price manipulation schemes, and inferior product baptized "premium" in Costa Rica, England, even to China also are well publicized. The differences with the USA are, that at the above countries' authorities, **"Caught them many times red handed"**.

Except for N.Y and California, where the AG. Offices investigated , convicted and fined them with multimillion dollar slaps, the majority of the states prefer not to poke the bear, all thought sometimes, **Weights and Measures inspect retail locations with automated point-of-sale systems to verify if prices charged to consumers are the same as those posted, advertised, or quoted price (as the Law require).**

For unknown reasons I don't believe that happening to Walmart's stores, at the State of Florida. How do I Know that (you may ask)?

Due to personal serious brain injury 4 years ago, and until I recover (partially) I started keeping electronically notes, photos and video to all the places I visited for shopping. Surprise surprise, soon I discovered by comparing my notes that Walmart raped me financially every time. At the beginning I thought was just the specific store. So, I captured with the cellphone all the crazy/unbelievable rip offs, created a Blog and send it as a complain to Arkansas Home office Customer Service, and e-mailed a link to every executive board member, as a wake-up call. Classically they ignored me, so I decided to investigate how much the cancer have spread.

Three years past, and I visited **hundreds of Walmart stores, multi times all over Florida**. I never been in any store more than 10 minutes, without to register hundreds (to each store), well documented evidences of various schemes/practices, which targeted middle and low class customers wallet, that don't have the luxury of time in order to spend an extra hour, to protest at long Customer Service Desk lines, for been lied, insulted, and cheated by overpaying. The attorneys call it OVERCHARGING, but the Thesaurus has dozens of synonyms like **extortion, defraud, stiff, soak, surcharge, Gaz ump, fleece, plume, pluck, rob, hook, gouge, rip off, etc.**

*Verb= Make or seek to make an excessive or unfair profit, especially illegally.*

**Profiteer, racketeer, abuse, exploit, scalp, and simply put it "make someone pay through the nose"**.

Ok all that are theory, let's talk evidences.

At the "Amended Class Action Complaint" one of the overcharges, described as follow.
*On April 19, 2018, Plaintiff purchased a spiral ham at a Walmart store in Delray Beach, Florida. The yellow sales label stated a ham weighed 11.61 pounds at a unit price of $0.64 per pound, but the total price on the yellow label stated $16.45. As alleged, Walmart received an extra $9.02 -the difference between $16.45 and $7.43- on the sale because the unit price reflected that the ham should have only cost $7.43*



This is accurate description but it's not the whole story. When the cashier scanned the yellow - reduced-tag at the register, the monitor *(and the "system")* charge me **magically the initial /Full Price**. More than $25. I pointed out the "phenomenon", and the cashier voided and re-scanned it. This time the monitor shows $16.45 Of course, still is not adds up since,

**11 pounds X $ 0.64/LB should be about $7 not $ 16 (120% more).** I requested to cancel it, and cashier called the manager. I explained the situation and he very rudely, respond *"you are not going to get this ham for $7"*. He used his phone calculator to persuade me that I was wrong, but the result proved him wrong. Finally, he admits that something is not adding up, and blame "The Computer (from Arkansas Home Office) does it, and the store just scan the product and print the yellow tag. But he assured me (sarcastically), he will put the Ham in the

refrigerator at his office, and when "Tim" (assumed the Regional manager) come in the afternoon, he will show it to him, and get an explanation.

Gentlemen & Ladies, 2 days later, I visited again the Store and the same exactly Ham, same tag, was again at the store shelves, along with another hundreds similar products overcharged up to 200%. (and it was just a neighborhood Store).

I bought it again and ( *recorder the procedure)*. Unfortunately, the photos of all overcharged products (like this) added to the amended complaint, **never** entered as evidences in the docket, so everybody could understand, that the **$1.67** that the attorneys agreed as **Average Overcharge**, it's a convenient myth. Not reality. Let's do 1st grade math.

The max.settlement amount is $ 9.5 million. If Walmart in US. runs 5000+ stores, and multiply by 5 (year's class action period), times 365 days = 9.5 million. So if we divide this number by $1.67 - the celling settlement amount, (minus 3 million for attorney+ expenses) covers less than **a half overcharged item** *per day, per each store.*



Are they serious? They dare to call the settlement **fair, reasonable, and adequate?**

How about the third component of the Settlement. Is for those Class Members who purchased Weighted Goods during the Class Period, *retained proofs of purchase or other documentation AND retained proof of the packaging to demonstrate the amount of overpayment*!!!

**"This benefit (attorneys insist) is crucial because it permits Settlement Class Members to recover all amounts, they were overcharged during the Class Period". Another insult to victim's intelligence, if they insist that** *(besides me)* **consumers the last 5 years kept the dirty& stinky full of bacteria packaging of meat and fish, just in case one day they ll need it!!!**

At Walmart's Restrooms, mainly at stores located in low income areas, there are plenty of sighs with the follow threats.



*"Shoplifting is stealing, and shoplifters apprehended. Even if it's their first offence will punished with a lengthy prison term and a substantial monetary fine, plus a record will haunt them for the rest of your life".*

Of course, is in English and Spanish only, since everybody knows that French or Italian or Greek speaking customers they don't steal.

But if **shoplifting is stealing**, "**customer lifting**" or overcharging, or gouge, or Rip off (and all other synonyms), shouldn't punished in a similar way?

Why when the store gets caught red hand, and you (the customer) have a proof to demonstrate the amount of (systematically) overcharged, at best case scenario **you get only the difference**, without any consequence for the store. Why states like Michigan have the **"Michigan's Scanner Law"** where, the seller will refund you the difference between the amount charged and the price displayed, plus **a "bonus" of ten times the difference**.

Or in Canada (since we have a lot of snow birds, and they will never be compensated fairly with this settlement ), "if the scanned price of an item is higher than the price shown on the shelve or advertised by the store, for instance, the customer is entitled to receive any item $10 or less for free. Why our legislators care only for the seller's interests and created the 812.015 anti-theft law to be applied only to customers. "Violators may receive a penalty of monetary fines, jail or prison time, and/or the suspension of your driver's license even for a piece of gum.

"Altering or removing a label, universal product code (UPC), or price tag also falls under the definition". But is it what exactly Walmart doing, when manipulate the UPC (bar)code, in order to overcharge?

If not (its 2nd grade math) please explain that next photo (after you enlarge it).



You solved the puzzle?

In paragraph #38 Plaintiff's counsel *(on my behalf L.O.L.)* explains that **for the "benefits" provided under the settlement, class members/victims will release any legal claims that may arise from OR RELATE to the facts and claims ALLEGED in the complaint.**

In your opinion Sirs these resent photos (you will find in the included USB thumb drive) with this new and improved way to scam the customers), is **related** to the original "trick Walmart used to deceive customers advertising with low but FAKE price per unit.?



*"Members will release any legal claims that may arise from or relate to the facts alleged in the Second Amended Complaint".*

This is the main reason Your Honor I declined the Service Award. As the plaintiffs' attorneys are fully aware, Walmart use more than few ways to scam people, even for the specific category of the weighted products, other than the reduced with fake low price per unit.

While in the settlement WALMART promising to take measures to eliminate such practices, up to this moment, I know for a fact that never stopped. May reduced the initial method a bit, but in the same time increased similar methods even more aggressively, ruthlessly and

diabolically. You see, is the only Supermarket grocery chain, that at the end of the day has so many "about to expire" products. People believing that getting a bargain, and take the bait. In reality, many times (and recently) when I bought marked as REDUSED products, not only I overcharged, but on top were EXPIRED! Even baby food formulas which had expired more than a year. At cash register I paid more than the yellow tag indicated, and when I returned it and informed the employees that are **expired and dangerous**, the next week were again on the selves (see incl. photo-copies).



<u>Walmart argues in the 1st motion to dismiss, that these allegations do not establish that the unit price mistakes were not isolated errors or that the mistakes did not result from a faulty labeling machine, computer glitch, or human error.</u>

Watch what you wish for. Should a faulty labeling machine, or a computer glitch justify that the last 3 years I discovered and "collected" from hundreds of stores, thousands of visits, more than 2 terabytes of data consisted of tens of thousands photos, videos, scanned receipts , and even more than 70,000 back up color hard-copies of evidences?

Could considered as an isolated error when, simultaneously stores at west east north and south of Florida, for months selling the same products with manipulated prices, even when numerous times I complained to managers, who agreed/admitted were wrong, agreed to corrected, but nothing change because, **everything handled from Arkansas main office, and most of the times nothing they can do about it?**

Last year I worked in my job double shifts up to 80 hours a week in order to cover this quest expenses. And I have been not only ripped off by Walmart, but also insulted, humiliated, cyber and physical attacked, threatened, and kicked out when I dare to complain.



Walmart called the class action **"this far-reaching suit"**. Also claims Plaintiff does not even come close to satisfying X... Rule 9. *"The Complaint contains no specific factual allegations as to the "who, what, when, where, and how" of Walmart's alleged Pricing Practice."*

I understand that you are expecting supporting evidences for all these, "allegations" and fortunately, an **ex**-investigating reporter like me, also use as a guide the "who, what, when, where, and how" procedures. So, at the end of this letter of objection you will find a link to a 15-minute YouTube video. I urged to whoever wish to watch, to use the pause button very often, and you will be surprised (not necessary pleasantly) from this tiny visual sample. The percentage stolen from customers, it's not just double the profit margin. **Much more**. When, for example (at 12min 43 sec.) a lobster at shelve tag shows \$20 per/Lb. and at the register you charged \$38 you realized that would cost less if served at a fancy seafood restaurant.



But the defendant claims that *the misrepresentations were **so subtle** that Plaintiff and other*

*reasonable consumers failed to notice until a closer inspection was made.*

Well WALMART should keep that in mind when I will produce "malpresentations of 1500%. Kindly request to please listen CAREFULLY at the end of the video -where a Customer Service Manager (to whom I complained) when I insisted why the price is wrong-, her respond…

**"If I said why the prices are wrong, I may lose my job"!**

*www.youtube.com/watch?v=i9x7AxwmlLc&feature=emb_logo*

And last but not least please watch again and again, the price scanner monitors how magically instead to read (and charge) the reduced price, shows (and you will pay) the WAS/original.

This **video link** sent, **along with 80 pages of hard evidences/ samples of Walmart's various methods of deception and fraudulent over-charges-gouging** *(included illegal taxation for nontaxable items)* **at stores and online, by MAIL** last May, at certain AG Offices, including Florida's *(who took them 2 months to acknowledge that received)*, It would take 10 minutes for an inspector to visit any Walmart store, purchase the specific products and verify -beyond reasonable doubt- the scams which systematically -special during the pandemic- ripping off customers. But amazingly nobody dared or bothered to lift a finger. Until one day America see it on the News or Social Media, this multi billions dollars scandal will continue to embarrass government states and cities the so called "CONSUMER PROTECTION AGENCIES".



*Walmart sought to have the case dismissed, arguing that Mr. Kukorinis (the plaintiff) was not deceived by its pricing practices because, even after he claimed to have noticed the pricing discrepancies, he "continued purchasing weighted goods with incorrect unit prices," and willingly paid the price displayed on the packages (They call me masochist?).*

Thankfully Judge J. MARTINEZ rejected Walmart's argument. "Contrary to Walmart's assertion," he ruled, *"the fact that Plaintiff continued to purchase weighted goods does not negate his injury but may in fact highlight the pervasive effect of the alleged misconduct."* Thank you, your Honor.

Once the Judge ruled that the case could proceed – Walmart and Plaintiffs' counsel *(behind his back)* quickly decided to settle. Allegedly, according to Mr Janchunis he "carefully weighted with me – who I was present for the November 2019 1st mediation (true but nothing then agreed)," **AND available !!! throughout the March 2020 2nd mediation session**, where the parties hard-fought at arm's length, (but VIRTUALY).

**And that it's NOT TRUE**. Since January and up to this day, nobody updated me, talk, text or e-mail me about the case.

And now I am learning from websites that "The costs, risks, and delay of trial and appeal weigh in favor of settlement approval"!!!

So The Plaintiff **started** by A)"accusing    Defendant "WALMART actions constitute unconscionable, deceptive, or unfair acts or practices because, as alleged herein, Defendant advertised, marketed, and sold the Weighted Goods at one value but charged consumers a higher value at checkout, thereby offending an established public policy, and engaging in immoral, unethical, oppressive, and unscrupulous activities that are and were substantially injurious to consumers"… Plaintiff hereby demands trial by jury of claims in this Amended Class Action Complaint.

And **ended**-thanks to successful negotiations- scot free, so DECLARES that B)**"Walmart does not concede the Plaintiff's allegations, nor does it concede all of the factual statements set forth herein. For purposes of this Settlement, however, Walmart does not oppose    the    filing    of    this    Motion    for    Preliminary Approval**."



So why FTC requires that any retailer who offers price comparisons **"should make certain that the bargain offer is genuine and truthful, and not contain any deceptive or unfair aspect**. What about the words of Wal-Mart founder Sam Walton, who built Walmart?

**"Personal and moral integrity is one of our basic fundamentals, and it has to start with each of us." "Don't compromise your reputation. It's a precious commodity. Don't compromise your integrity ... have a good name."**

I guess current CEO should add **"The devil is in the details.** The winner takes it all, the loser standing small. Speaking of details please enlarge these photos from the Walmart's site www.jet.com which recently "absorbed" by www.walmart.com and get a taste of how their **"creative math"** stolen from its online customers billion by overcharging them up to 1500%



## In conclusion.

I, Vassilios Kukorinis known as "Plaintiff" I declare under penalty of perjury that all the above is true and correct. I do not oppose this motion for preliminary approval of the settlement, and whatever terms the attorneys of both parties agreed, with exceptions:

**1) Plaintiff not** to receive the suggested AWARD PRICE OF $ 25,000.00

**2)** Understanding that Members of the Class in order to receive the "benefits" provided under the settlement, will have to release any legal claims that may arise but, **ONLY** for the facts alleged in the Second Amended Complaint. **Not FACTS for related, like the photo examples.**

**3)** If it's not mandatory, I do not wish to be present at Court on 21st of February 2021.

Thank you all for your times and efforts. -

Sincerely

**VASSILIOS KUKORINIS**

Vassilios Kukorinis

2524 W. De Leon Street

Tampa, FL 33609.

e-mail: Vaskuko@gmail.com

Tel: 347-837 1918



REDUCED on 05/04/2020

SAVE $3.59
FRESH SALMON FILLETS
IS $5.24/LB
YOU PAY: $6.97

Responsibly Farm Raised
ATLANTIC
SALMON

Fresh Never Frozen

| PRICE PER LBS. | TOTAL PRICE | SELL BY |
|---|---|---|
| 7.94 | | 05-05-20 |
| NET 1.04lb WT/LB | $8.26 | PLU# 1272 TARE: 0.07 LB |

FARMED
PRODUCT OF
LOT

40826

6 MINUTES

REDUCED on 08/18/2020

SAVE $1.88
ABF ATL SALMON
IS $8.61/LB
YOU PAY: $9.90

Responsibly Farm Rais
ATLANTIC
SALMON

NO ANTIBIOTICS EVER
Fresh Never Frozen

| PRICE PER LBS | TOTAL PRICE | SELL BY |
|---|---|---|
| 10.24 | | AUG 20.20 |
| NET 0.95lb WT/LB | $9.73 | PLU# 8231 TARE: 0.06 LB |

FARMED
PRODUCT OF NORWAY

Aug 20

$ 3.59 + $ 6.97 = $ 10.56



Net Wt: 12.68 Lbs

REDUCED on 02/18/2020

SAVE $6.14

BTTRBL YNG TRKY

IS $0.99/LB

YOU PAY! $15.04

Net Wt: 12.68 Lbs

Price per Lb: $1.67

Total Price: $21.18

YOU PAY! $15.04

Are U smarter
than
a 3rd grade
student ?

12.68 Lbs
x 0.99 $/LB
= $15.04

02 ...

# 2 44

LESS

Thats why
WALMART
CALL
CVP
customer
VALUE ...









Iced Tea, Hot Tea & Tea Bever

https://jet.com/search?bypassMisspellings=false&category=6717207592&experienceId=23&page=2

jet Departments GROCERY & HOUSEHOLD Search Account Cart

Pantry Household Drugstore Baby Essentials Pet Essentials Reorder

teapigs, Premium Organic Matcha Sachets, 14 count

~~$24.99~~
**$14.29** ($0.29/Count)

SanPellegrino Pesca+tea, 8.45 Fl Oz (Case of 24)

**$29.82** ($0.01/Fluid Ounces)

Choose Options

Traditional Medicinals Organic Herbal Tea, Raspberry Leaf, 16 Ct (Pack of 16)

**$5.26** ($0.02/Count)

< 1 2

Type here to search

SanPellegrino Pesca+tea, 8.45 Fl Oz (Case of 24)

**$29.82** ($0.01/Fluid Ounces) => should be 2982 Fl.oz

SanPellegrino Pesca+tea, 8.45 Fl

https://jet.com/product/SanPellegrino-Pescatea-845-Fl-Oz-Case-of-24/6238926bb9804b8d9277c0399c1a568a?beaconId=1e10

jet Departments GROCERY & HOUSEHOLD Search Account Cart

Pantry Household Drugstore Baby Essentials Pet Essentials Reorder

Grocery & Household > Pantry > Beverages > Iced Tea, Hot Tea & Tea Beverages > Packaged Tea

Sanpellegrino &te

SanPellegrino Pesca+tea, 8.45 Fl Oz (Case of 24)

4867 Fluid Ounces

Write a review

$29.82

Order within 1 hr 58 mins
Get it by **Thu, Apr 9**
**FREE Shipping over $49 & FREE Returns** Details

1 Add to Cart

Share: Fave:

Type here to search

**Sanpellegrino &te**

## SanPellegrino Pesca+tea, 8.45 Fl Oz (Case of 24)

4867 Fluid Ounces

Write a review

**$29.82**

4867 / 8.45 oz = 575 CANS

But you get only 24 cans

Order within 1 hr 58 mins
Get it by **Thu, Apr 9**

**FREE Shipping over $49 & FREE Returns** Details

1 **Add to Cart**

JMG_20200428_130123648

ate taken

| April | 28 | 2020 |
|-------|-----|------|
| 1 | 01 | PM |

ze
7 MB

imensions
36 x 3264

ot
30 sec. f/1.8 3.95mm

O
4

evice
oto g(7)

older path
:\Users\wal\Desktop\April 21st20

ource
his PC

cation
mpa

**Clearance**

ON APRIL 28th 2020
this infant Formula
bought for ...
$ 13⁷² but
according to Clearance TAG

WAS      $ 13¹²
NOW      $ 12³²

and at cash Register
$ 13⁷²

PLUS  WAS EXPIRED  1 Year and 1 month ag





**File info**
IMG_20200428_130153199

| Date taken | | |
|---|---|---|
| April | 28 | 2020 |
| 1 | 01 | PM |

Size
1.4 MB

Dimensions
1836 x 3264

Shot
1/40 sec. f/1.8 3.95mm

ISO
113

Device
moto g(7)

Folder path
C:\Users\wah\Desktop\April 21st20

Source
This PC

Location
Tampa



**File info**    ✕
IMG_20200428_125855994

| Date taken | | |
|---|---|---|
| April | 28 | 2020 |
| 12 | 58 | PM |

Size
1.7 MB

Dimensions
1836 x 3264

Shot
1/40 sec. f/1.8 3.95mm

ISO
116

Device
moto g(7)

Folder path
C:\Users\wah\Desktop\April 21st20

Source
This PC

Location
Tampa



→ UPC #



**File info**    ✕
IMG_20200428_125910156

| Date taken | | |
|---|---|---|
| April | 28 | 2020 |
| 12 | 59 | PM |

Size
1.7 MB

Dimensions
1836 x 3264

Shot
1/30 sec. f/1.8 3.95mm

ISO
158

Device
moto g(7)

Folder path
C:\Users\wah\Desktop\April 21st20

Source
This PC

April 28th/20



→ 01/APR/2019



813-371-9444 Mgr:COLLEEN
4302 W GANDY BLVD
TAMPA FL 33611
ST# 04681 OP# 002699 TE# 05 TR# 05754
RAMEN NOODLE 004178900121 F        0.37 0
SEASON LOIN   026182630711 F       7.11 0
RAMEN NOODLE 004178900121 F        0.37 0
 ** VOIDED ENTRY **
RAMEN NOODLE 004178900121 F        0.37-0
 REDUCED TO CLEAR        WAS 1.00
BREAD        020056660100 F         0.75 0
GRANNY APPLE 000000004017KF
 1.20 lb  @  1 lb /1.37  UPC         1.64 N
PRO RTF 8OZ  030087510250 F        13.72 N
 ** VOIDED ENTRY **
PRO RTF 8OZ  030087510250 F        13.72-N
PRO RTF 8OZ  030087510250 F        13.72 N
PRO RTF 8OZ  030087510250 F        13.72 N
 ** VOIDED ENTRY **
PRO RTF 8OZ  030087510250 F        13.72-N
 ** VOIDED ENTRY **

We Canseled and inform the coshier
to notify the supervisor that
in EXPIRED

2 weeks later → On May 12th we returned on the store
and the products were agan at shelve

**UNITED STATES**

**UNITED STATES POSTAL SERVICE.**  Retail

**P**  **US POSTAGE PAID**
**$7.75**  Origin: 33602
09/22/20
1189140620-9

**PRIORITY MAIL ®**

0 Lb 8.60 Oz
1006

EXPECTED DELIVERY DAY:

SHIP
TO:
Miami FL 33128

**USPS TRACKING® NUMBER**



9505 5157 8726 0266 3370 10

To schedule free
Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**PRIORITY**
**★ MAIL ★**

**UNITED STATES POSTAL SERVICE ®**
**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

FROM:
VASSILIOS KUKORIMS
CASE 1:19-cv 20592-3EM
2524 W. De Leon Street
TAMPA, FL 33609

TO:
Clerk of Court
Wilkie D Ferguson Jr U.S Court house
400 North Miami Ave.
MIAMI, FL 33128

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE



tic only.   ✖ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.