UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 19-20592-CIV-MARTINEZ-OTAZO-REYES**

VASSILIOS KUKORINIS,
     Plaintiff,

vs.

WALMART, INC.,
     Defendant.

_____/

## ORDER STRIKING DECLARATION AND SETTING STATUS HEARING

THIS CAUSE is before the Court upon Plaintiff Vassilios Kukorinis's Declaration of Plaintiff's Representative in Support of Plaintiff's Objections to the Settlement ("Declaration"), [ECF No. 43]. The filing does not comport with Local Rules 7.7 and 11.1(d)(4). *See* S.D. Fla. L.R. 7.7, 11.1(d)(4). Specifically, Local Rule 11.1(d)(4) states:

> (4) Whenever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney of such party, and to the opposite party; provided, that the Court may in its discretion hear a party in open court, notwithstanding the fact that the party has appeared or is represented by an attorney.

S.D. Fla. L.R. 11.1(d)(4). Accordingly, the Declaration is due to be stricken. Nonetheless, the Court will set a status conference to address the issues raised therein.

After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff Vassilios Kukorinis's Declaration of Plaintiff's Representative in Support of Plaintiff's Objections to the Settlement ("Declaration"), [ECF No. 43], is **STRICKEN**.

2. The Clerk is **DIRECTED** to restrict public access to the document.

3. Plaintiff's counsel shall send a copy of this Order to Mr. Kukorinis and file a certificate

of service on the record **on or before October 1, 2020.**

4.  The parties, including Mr. Kukorinis, shall appear before the Court on **October 7, 2020 at 2:00 PM** for a Status Conference on the matter. Such appearances shall be telephonic.

5.  A few minutes before 2:00 PM, those appearing shall call the toll-free number, **1-888-684-8852**; and:

a.  Enter Access Code Number **7677597** followed by the # sign;
b.  Enter Security Code Number **5590** followed by the # sign; and
c.  State your name, the name of the party you represent, and enter the Conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of September 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Otazo-Reyes

Vassilios Kukorinis
2524 W. De Leon Street
Tampa, Florida 33609

2