UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff, v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/



## DECLARATION OF VASSILIOS KUKORINIS

I, Vassilios Kukorinis, declare as follows:

1. I personally prepared and filed declaration dated September 22, 2020 [Doc. 43].

2. It was filed based on my understanding that the release in the agreement was too broad, and released Defendant from other conduct relating to its advertising practices which are not the subject of this lawsuit.

3. As I have been told by John Yanchunis that the agreement does not and will not exclude the ability of pursuing those other claims, and will be made clear on the record, I withdraw my prior declaration and request that it be sealed.

4. I am in agreement with the settlement and seek its final approval.

I declare under penalty of perjury of the laws of the United States and the State of Florida that the foregoing is true and correct.

    Executed on September 28, 2020, at Tampa, Florida

_____
Vassilios Kukorinis



TAMPA FL 335
SAINT PETERSBURG FL
28 SEP 2020 PM 6 L

To Clerk of Court
Wilkie Ferguson Jr U.S. Court house
400 North Miami Ave.
MIAMI, FL 33128

33128—771699

From
Vassilios Kutornis
Case 1:19-cv-20592-JEM
2524 W. De Leon Street
TAMPA, FL 33609

USMS
INSPECTED  RECEIVED

OCT 01 2020
1:04 PM