# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

## Case No.: 1:19-cv-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation

    Defendant.

## NOTICE OF COMPLIANCE WITH COURT'S ORDER

Appointed Class Counsel provide this Notice of Compliance with the Court's September 28, 2020 Order, (Doc. No. 44) and state as follows:

1. On September 25, 2020, Class Counsel received Plaintiff's Declaration via the Clerk of Court's CM/ECF filing. (Doc. No. 43).

2. On September 25, 2020, Class Counsel contacted Plaintiff to discuss the substance of his Declaration.

3. On September 25, 2020, Class Counsel prepared an updated declaration, which Plaintiff executed on September 28, 2020. (Doc. No. 45). Class Counsel confirms this declaration was filed with their consent.

4. On September 28, 2020, Class Counsel received the Court's September 28, 2020 Order, (Doc. No. 44), and immediately discussed this order with Plaintiff and provided the Order

1

for Plaintiff's review. Plaintiff has confirmed Plaintiff's receipt and review of the Order, and that Plaintiff will participate in the Court's October 7, 2020 2:00 P.M. hearing.

Dated: October 1, 2020　　　　　　　Respectfully submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

/s/ *John A. Yanchunis*
John A. Yanchunis (Bar No. 324681)
Ryan McGee (Bar No. 64957)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

*Counsel for Vassilios Kukorinis*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *John A. Yanchunis*