

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself
and those similarly situated,

      Plaintiff,

vs.

WALMART, INC., a Delaware
Corporation

      Defendants.

### NOTICE OF APPEARANCE BY CLASS MEMBER AND INTENDED *OBJECTOR*, STEVEN F. HELAND; NOTICE OF INTENT TO ATTEND THE OCTOBER 7, 2020 STATUS CONFERENCE

Class member / intended *Objector*, in *pro se*, STEVEN F. HELFAND,[1] [hereafter "HELFAND"] respectfully files this *Notice of Appearance* as a class member and intended *Objector* in this case.

HELFAND is aware of the Court's status conference which is set for October 7, 2020.

HELFAND intends to dial into the hearing to observe.

HELFAND requests permission to address the Court for no more than two minutes. In particular, the Named-Plaintiff, VASSILIOS KUKORINIS, has filed a document at *Docket 43* on

---

[1] Helfand is not an ordinary, *pro se*, litigant, having graduated from the *University of Miami, School of Law* in December 1999. Plaintiff was admitted to the *State Bar of California* for nearly twenty years. While no longer eligible to practice and disabled, Plaintiff discloses this upfront to the Court because lessened pleading standards for *pro se* litigants generally, are plainly inapplicable here.

*Pacer / ECF* that is not accessible to the general public. It is seemingly an objection to the proposed class action settlement; regarding the scope of the release that was subsequently withdrawn. The entire class and the general public, including HELFAND, are entitled to know, in the first instance, the specifics of the VASSILIOS KUKORINIS declaration and the reasons for its withdrawal.

    These issues should be discussed at the status conference. HELFAND requires access to the VASSILIOS KUKORINIS declaration; and requests limited discovery on the withdrawal and the right to depose VASSILIOS KUKORINIS.

October 4, 2020                                    /S/ Steven F. Helfand
                                                         *Class Member*

STEVEN F. HELFAND
1400 SW 137TH AVENUE, F 112
PEMBROKE PINES, FL 33027
786.676.1018
1400STEVEN.HELFAND@GMAIL.COM

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 4th day of October, 2020, that a true and correct copy of the foregoing was emailed and served on all counsel for parties appearing in this action.

October 4, 2020                                    /S/ Steven F. Helfand
                                                         *Class Member*