UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

**UNOPPOSED MOTION FOR NAOMI G. BEER TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully filed this unopposed motion for the admission *pro hac vice* of Naomi G. Beer, Esq., of the law firm of Greenberg Traurig, LLP, 1144 Fifteenth St., Ste. 32300, Denver, CO 80202, for purposes of appearance as co-counsel on behalf of Defendant, Walmart Inc. ("Walmart"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Naomi G. Beer to receive electronic filings in this case, and in support thereof states as follows:

    1.    Naomi G. Beer is not admitted to practice in the Southern District of Florida and is a member in good standing of the Colorado State Bar, No. 29144 (January 9, 1998), the Washington D.C. State Bar, No. 450875 (May 3, 1996), the New York State Bar, No. 2675726

(June 7, 1995, 2nd Judicial Division) and the Virginia Bar, No. 39825 (May 27, 1996)[1]. Naomi G. Beer has also been admitted to the following courts: US Court of Appeals District of Columbia (February 10, 1997); US Court of Appeals Fourth Circuit (October 2, 1996); US Court of Appeals Ninth Circuit (July 9, 2008); US Court of Appeals Tenth Circuit (July 26, 2000); US District Court District of Colorado (October 15, 1998); and US District Court for District of Columbia (July 1, 1996).

2. Movant, Mark A. Salky, Esq., of the law firm of Greenberg Traurig, P.A., 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131, (305) 579-0816, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Mark A. Salky consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Naomi G. Beer, Esq. has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Naomi G. Beer, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Naomi G. Beer at email address: beern@gtlaw.com.

---

[1] Admitted but presently inactive.

WHEREFORE, Mark A. Salky moves this Court to enter an Order for Naomi G. Beer, Esq., to appear before this Court on behalf of Walmart for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to Naomi G. Beer, Esq.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant certifies that he has conferred with Plaintiff's counsel, John Yanchunis, Esq., by telephone on October 5, 2020 regarding the relief requested herein. Plaintiff's counsel stated that Plaintiff does not oppose the requested relief.

Dated: October 5, 2020

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant Walmart Inc.*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: /s/ *Mark A. Salky*
    MARK A. SALKY
    Florida Bar No. 058221
    Email: salkym@gtlaw.com
    JAMES E. GILLENWATER
    Florida Bar No. 1013518
    Email: gillenwaterj@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.



/s/ *Mark A. Salky*
MARK A. SALKY

## SERVICE LIST

*Vassilios Kukorinis v. Walmart Inc.*
**CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:
John A. Yanchunis
jyanchunis@forthepeople.com
Ryan McGee
rmcgee@forthepeople.com
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

### CERTIFICATION OF NAOMI G. BEER

I, Naomi G. Beer, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am admitted to practice in Colorado State Bar, No. 29144 (January 9, 1998), and Washington D.C. State Bar, No. 450875 (May 3, 1996), New York State Bar, No. 2675726 (June 7, 1995, 2nd Judicial Division), and the Virginia Bar, No. 39825 (May 27, 1996)[2]. I have also been admitted to the following courts: US Court of Appeals District of Columbia (February 10, 1997); US Court of Appeals Fourth Circuit (October 2, 1996); US Court of Appeals Ninth Circuit (July 9, 2008); US Court of Appeals Tenth Circuit (July 26, 2000); US District Court District of Colorado (October 15, 1998); and US District Court for District of Columbia (July 1, 1996).

Dated this 5th day of October, 2020.



_____
Naomi G. Beer

---

[2] Admitted but presently inactive.