UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

    Plaintiff,

v.

WALMART INC., a Delaware corporation,

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR NAOMI G. BEER TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Unopposed Motion to Appear *Pro Hac Vice* for Naomi G. Beer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [D.E. __] (the "Motion"), pursuant to the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court, having considered the Motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that the Motion is GRANTED.  Naomi G. Beer, Esq., may appear and participate in this action on behalf of Defendant, Walmart Inc.  The Clerk shall provide electronic notification of all electronic filings to Naomi G. Beer, Esq., at the email address: beern@gtlaw.com.

    DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this ____ day of _____, 2019.

 

                                                         _____
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished via CM/ECF to Counsel of Record