# EXHIBIT D

SUPREME COURT
FILED

FEB 21 2020

Jorge Navarrete Clerk

_____
Deputy

(State Bar Court No. 17-O-00411)

S259614

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re STEVEN FRANKLYN HELFAND on Discipline

The court orders that Steven Franklyn Helfand (Respondent), State Bar Number 206667, is disbarred from the practice of law in California and that Respondent's name is stricken from the roll of attorneys.

Respondent must comply with California Rules of Court, rule 9.20, and perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the effective date of this order.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment.

**CANTIL-SAKAUYE**
*Chief Justice*

I, Jorge Navarrete, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.
Witness my hand and the seal of the Court this
_____ day of  FEB 2 1 2020 , 20___.
              Month
By _____
        Deputy