UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number:  19-20592-CIV-MARTINEZ-OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
himself and those similarly situated,

      Plaintiff,

vs.

WALMART INC.,

      Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Naomi G. Beer to Appear *Pro Hac Vice,* Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion to Appear *Pro Hac Vice*") [ECF No. 50]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The Motion to Appear *Pro Hac Vice* [ECF No. 50] is hereby **GRANTED**. Designated local counsel, Mark A. Salky, Esq., shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, beern@gtlaw.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of October, 2020.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record