UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  19-20592-CIV-MARTINEZ-OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of himself
and those similarly situated,
      Plaintiff,

vs.

WALMART, INC.,
      Defendant.
_____/

## ORDER ON OCTOBER 7, 2020 STATUS CONFERENCE

THIS CAUSE is before the Court upon the parties' Joint Response to the Court's Order requiring expedited briefing on Mr. Steven F. Helfand's "Notice of Appearance by Class Member and Intended Objector." [ECF Nos. 47, 49, 51]. Specifically, Mr. Helfand's Notice requests permission to both attend the scheduled Status Conference on October 7, 2020 and be permitted to address the Court regarding Plaintiff's previously stricken Declaration. [ECF No. 47]. The Court required the parties to jointly file a response to Mr. Helfand's request.

The Court has considered the parties' Response, the pertinent portions of the record, and is otherwise duly advised in the premises. For the following reasons, Mr. Helfand will be permitted to attend the Conference and address the Court with limitations.

## I.  Factual Background

On August 26, 2020, the Court granted Plaintiff's Motion for an Order Preliminarily Approving Class Settlement and Directing Class Motion. [ECF No. 41–42]. The Settlement Class was thereby certified, notice was directed, and the Final Approval Hearing was scheduled for

February 26, 2021. [ECF No. 42]. On September 25, 2020, Plaintiff Kukorinis—on his own behalf—filed a "Declaration in Support of Plaintiff's Objection of the Settlement" ("Declaration"), [ECF No. 43]. On September 28, 2020, observing the confidential nature of Plaintiff's filing, the Court *sua sponte* issued an Order striking the Declaration as violative of Local Rules 7.7 and 11.1(d)(4). [ECF No. 44]. The Court's Order directed the Clerk to limit public access to Plaintiff's Declaration in light of the seemingly privileged and confidential nature of the filing—including information related to communications made during the parties' confidential mediation discussions. *Id.*; *see* Fla. Stat. § 44.405(1) (mandating that a "mediation participant shall not disclose a mediation communication to a person other than another mediation participant or a participant's counsel"). The Court further ordered the parties to attend a Telephonic Status Conference to discuss the issues raised in the Declaration. *Id.*

On September 28, 2020, Plaintiff Kukorinis filed an additional "Declaration," this time withdrawing his previous declaration and requesting it be placed under seal, ("Second Declaration"). [ECF No. 45]. On October 5, 2020, Mr. Helfand filed the instant "Notice of Appearance by Class Member and Intended Objector," requesting he be permitted to attend the Conference and arguing that the public has the right to view the Plaintiff's Declaration. [ECF No. 47].

## II.    The October 7, 2020 Status Conference

As set forth in this Court's Order, [ECF No. 44], the original purpose of the October 7, 2020 Status Conference was indeed to discuss the contents of Plaintiff's Declaration and the issues raised therein. The Court is aware of and appreciates the general public's common law right of access to judicial proceedings. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d

1304, 1311 (11th Cir. 2001). As such, the Court must first determine whether a hearing on the Declaration—and the Declaration itself—should remain sealed. Accordingly, the October 7, 2020 Status Conference will now solely address those issues. Mr. Helfand is permitted to attend and address the Court solely as to the issue of public access—*i.e.*, this shall not be construed to allow Mr. Helfand to lodge premature objections to the Settlement. The parties shall be prepared to discuss the foregoing issues, bearing in mind that the Declaration will be referred to generally and the specifics therein shall not be discussed.

Additionally, the Status Conference will now take place via Zoom rather than telephonically. Information on the virtual Conference will be sent to the participants separately.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of October 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

Steven F. Helfand
1400 SW 137th Ave. F112
Pembroke Pines, FL 33027
1400Steven.Helfand@gmail.com

3