FILED BY PG D.C.

NOV 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,
**Plaintiff,**

v.

WALMART, INC., a Delaware corporation
**Defendant.**

Case No. 1:19-CV-20592-MARTINEZ/OTAZO-REYES

### NOTICE[1] OF OBJECTION AMENDED WITH SIGNATURE, AND, NOTICE OF INTENT NOT TO APPEAR IN THE FAIRNESS HEARING

Shiyang Huang previously filed an identical 10-page objection. The objection, however, included a signature block without actual signature, because Huang signed other accompanying filings. While the content of objection remains identical, Huang hereby timely includes a *signed* copy of objection as demanded by the Settlement Notice.

Huang additionally elects not to attend the fairness hearing.[2]

Dated: November 3, 2020

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2800 SW Engler Ct., Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

---

[1] ***Certificate of Service:*** I certify that a true and correct copy of the foregoing was filed with the Clerk of Court by U.S. mail. CM/ECF will then notify all counsels of record.
[2] And the Court still can "examine the settlement ... and set forth on the record a reasoned response to the objections including findings of fact and conclusions of law necessary to support the response." *Cotton v. Hinton*, 559 F.2d 1326, 1331 (5th Cir. 1977).

1

CLERK OF COURT
ATTN CASE NO 1:19-cv-20592-JEM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FL, MIAMI DIVISION
400 NORTH MIAMI AVE
MIAMI, FL 33128

NOV 13 2020 2:17 PM
RECEIVED
USMS INSPECTED

SHIYANG HUANG
2800 SW ENGLER CT
TOPEKA KS 66614