UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

        Plaintiff,

v.

WALMART, INC., a Delaware corporation

        Defendant.

**JOINT RESPONSE TO SHIYANG HUANG'S MOTION FOR EXTENSION**

Plaintiff, Vassilios Kukorinis ("Plaintiff"), and Walmart Inc. ("Defendant") (collectively, the "Parties"), respond to non-party Shiyang Huang's "Expedited Motion for Extension of Time to File a Class Member Objection as Timely (Ruling Required by Jan. 22, 2021)," [ECF No. 68] (the "Motion"). For the reasons stated herein, the Motion is moot.:

**RELEVANT PROCEDURAL BACKGROUND**

On August 7, 2020, Plaintiff moved this Court for an Order Preliminarily Approving Class Settlement and Directing Class Notice (the "Motion"). [ECF No. 41]. On August 26, 2020, the Court granted Plaintiff's Motion, certified the Settlement Class, directed notice to the Class, and set the Objection Deadline for November 4, 2020. [ECF No. 42]. In the Court's Preliminary Approval Order, one method of submitting an objection was to be "postmarked by no later than" November 4, 2020. [ECF No. 42]. On or about November 2, 2020, Huang mailed his objection to the Court, which was docketed on November 13, 2020 (the "Objection"). [ECF No. 64]. During the interim between mailing the Objection and the Court docketing the Objection, on November

1

12, 2020, Huang contacted Class Counsel and Walmart's Counsel and stated that with the Presidential Election, COVID, and federal holiday, Huang believed the Objection had been delayed through USPS, and requested that Class Counsel and Walmart's Counsel confirm that the Court received the Objection. [ECF No. 68, ¶ 10]. Counsel, without knowledge of the Court's receipt of the Objection, informed Huang that any received objection would be docketed. Huang insisted that filing the Motion was necessary and sent the Court the Motion on or about November 12, 2020, which was docketed November 16, 2020, three days after the Objection was docketed. [ECF No. 68].

## ARGUMENT

The relief requested in Huang's Motion is moot, as the Motion was filed after Huang's Objection was docketed. As the Court indicated in its Preliminary Approval Order, receipt of objections postmarked on or before the Objection Deadline (*i.e.*, November 4, 2020), would be considered timely. [ECF No. 42]. As Huang's Objection is postmarked on or before November 4, 2020, the relief requested in the Motion (*i.e.*, extension of the objection deadline) is moot, and the Motion should be denied accordingly.

## CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court deny Shiyang Huang's "Expedited Motion for Extension of Time to File a Class Member Objection as Timely (Ruling Required by Jan. 22, 2021)," [ECF No. 68], as moot.

Dated: November 30, 2020            Respectfully submitted,

| | |
|---|---|
| **MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP** | **GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131 |
| /s/ *John A. Yanchunis* | Telephone: (305) 579-0500 |
| John A. Yanchunis (Bar No. 324681) | Facsimile:  (305) 579-0717 |
| Ryan McGee (Bar No. 64957) | |
| 201 N. Franklin St., 7th Floor | By:    /s/ *Mark A. Salky* |
| Tampa, FL 33602 | MARK A. SALKY |
| Telephone: (813) 223-5505 | Florida Bar No. 058221 |
| Facsimile: (813) 222-2434 | Email: salkym@gtlaw.com |
| jyanchunis@forthepeople.com | JAMES E. GILLENWATER |
| rmcgee@forthepeople.com | Florida Bar No. 1013518 |
| | Email: gillenwaterj@gtlaw.com |
| *Attorneys for Plaintiff Vassilios Kukorinis* | and |
| | Naomi G. Beer (*pro hac vice pending*)<br>**GREENBERG TRAURIG, LLP**<br>1144 Fifteenth St., Ste. 32300<br>Denver, CO 80202<br>Telephone:  (303) 572-6500<br>Email: beern@gtlaw.com |
| | *Attorneys for Defendant Walmart Inc.* |

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 30, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Shiyang Huang solely via electronic mail at defectivesettlement@gmail.com.

/s/ *John A. Yanchunis*