

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS,<br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br>Defendant. | Case No. 1:19-CV-20592-<br>MARTINEZ/OTAZO-REYES |

### PREEMPTIVE NOTICE OF TO STRIKE LATER IDENTICAL FILING OF REPLY BRIEF TO [DE 68] AS DUPLICATING DOCKET ENTRIES

Shiyang Huang respectfully asks the Court to strike *later* filings Huang filed duplicating copies of his Reply Brief to [DE 68]. Huang's Reply Brief was initially sent via 2-day mail, on the *same Monday* when Settling Parties filed their joint response [DE 74].

But the inexplicable carrier delays, four days later, may jeopardize timeliness of Huang's Reply Brief again, and Huang hereby sends one more identical copy—already served to Settling Parties, via overnight mail to ensure delivery by December 7, 2020.

Dated: December 5, 2020

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2800 SW Engler Ct., Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

### Certificate of Service

I certify that a true and correct copy of the foregoing was filed with the Clerk of Court by mail. ECF will notify all counsels of record and Objector Steven F. Helfand. All parties are additionally served with a copy of this brief via E-mail.

/s/Shiyang Huang





**GUARANTEED\* ★ TRACKED ★ INSURED**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT\*

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

US POSTAGE
12/05/2020
From 66614
Zone 6

Pitney Bowes
ComBasPrice
Flat Rate Envelope
026W0004897469

www.paypal.com

**PRIORITY MAIL EXPRESS 2-DAY™**

Scheduled Delivery Date: 12/07/2020

0007

WAIVER OF SIGNATURE  C075

US DISTRICT COURT, S.D. FLA.
400 NORTH MIAMI AVE.
ATTN: CASE NO. 1:19-CV-20592-JEM
MIAMI FL 33128-1801

USPS TRACKING #
9470 1282 0633 4168 3546 46

UNITED STATES POSTAL SERVICE®

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

000006