

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, <br> Plaintiff, <br> v. <br> WALMART, INC., <br> Defendant. | Case No. 1:19-CV-20592- <br> MARTINEZ/OTAZO-REYES |

### NOTICE OF TO STRIKE [DE ], [DE ] AS DUPLICATING DOCKET ENTRIES

Shiyang Huang respectfully asks the Court to strike filings [DE 67] and [DE 72] of his, from the docket as duplication. As Huang explained in [DE 68] at 1-3, Huang filed duplicating copies because he assumed that the earlier versions were lost in the mail.

Dated: November 30, 2020

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2800 SW Engler Ct.,
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

### Certificate of Service

I certify that a true and correct copy of the foregoing was filed with the Clerk of Court by mail. ECF will notify all counsels of record and Objector Steven F. Helfand. All parties are additionally served with a copy of this brief via E-mail.

/s/Shiyang Huang