UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:19-cv-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation

    Defendant.

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S MOTION FINAL APPROVAL, AMENDED ATTORNEYS' FEES REQUEST, RESPONSES TO OBJECIOTNS, AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Vassilios Kukorinis ("Plaintiff"), pursuant to Local Rule 7.1(c)(2), requests permission from the Court to exceed the twenty (20) page limit for his Motion for Final Approval, Amended Attorneys' Fees Request, Responses to Objections, and Incorporated Memorandum of Law ("Motion for Final Approval"), and as good cause would state the following:

1. On August 26, 2020, this Court granted Plaintiff's Motion to Direct Class Notice and Grant Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law. (Doc. No. 42).

2. The Court's August 26, 2020 Order granting preliminary approval requires Plaintiff to file a motion for final approval, as well as respond to objections, in one motion. Pursuant to the Court's Local Rules, such a motion may not exceed twenty (20) pages without leave of Court.

1

3. In anticipation of filing, Plaintiff's counsel has drafted the Motion for Final Approval, and anticipates requiring at most an additional ten (10) pages under the Local Rules.

4. These additional pages will allow Plaintiff to fully address all aspects of final approval, the objections presented in this case, as well as present argument for a decrease in Class Counsel's request for attorneys' fees.

5. Plaintiff will endeavor to exercise brevity where appropriate, and may not use the entirety of the extra ten (10) additional pages; however, Plaintiff requests the ten (10) additional pages-up to no more than 30 pages—out of an abundance of caution.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests that this Motion be granted.

### Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has conferred with counsel of record for Walmart and has been authorized to state that there are no objections to this Motion.

Dated: February 5, 2021                Respectfully submitted,

                                                  **MORGAN & MORGAN**
                                                **COMPLEX LITIGATION GROUP**

                                                /s/ *John A. Yanchunis*
                                                John A. Yanchunis (Bar No. 324681)
                                                Ryan McGee (Bar No. 64957)
                                                201 N. Franklin St., 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile: (813) 222-2434
                                                jyanchunis@forthepeople.com
                                                rmcgee@forthepeople.com

                                                *Class Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2021, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *John A. Yanchunis*