**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:19-cv-20592-MARTINEZ/OTAZO-REYES**

VASSILIOS KUKORINIS, on behalf of
himself and those similarly situated,

          Plaintiffs,

    v.

WAL-MART STORES, INC., a Delaware
corporation

          Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

**THIS MATTER** came before the Court upon Plaintiff's Unopposed Motion to Exceed

Page Limitation for Plaintiff's Motion for Final Approval, Amended Attorneys' Fees Request,

Responses to Objections, and Incorporated Memorandum of Law, [ECF No. __]. The Court has

carefully reviewed the Motion, the docket, notes that it is unopposed, and is otherwise fully

advised in the premises.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff may file his

Motion for Final Approval, Amended Attorneys' Fees Request, Responses to Objections, and

Incorporated Memorandum of Law up to thirty (30) pages pursuant to Local Rule 7.1(c).

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida, this

____ day of February, 2021.


                            _____
                            JOSE E. MARTINEZ
                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record