### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO.: 19-20592-CIV-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
Himself and those similarly situated,

      Plaintiff,

v.

WALMART INC., a Delaware corporation,

      Defendant.

_____/

### DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION OF SETTLEMENT NOTICE PROGRAM

I, Cameron Azari, declare as follows:

1.      My name is Cameron R. Azari, Esq.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3.      I am the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"), a firm that specializes in designing, developing, analyzing and implementing, large-scale legal notification plans.  Hilsoft is a business unit of Epiq Class Action & Claims Solutions, Inc. ("Epiq").

4.      This declaration will describe the implementation of the Settlement Notice Plan ("Notice") here for the Settlement in *Kukorinis v. Walmart Inc*. Case No. 1:19-cv-20592-JEM, S.D. Fla.  I previously executed my *Declaration of Cameron R. Azari, Esq. on Settlement Notice Program,* on August 7, 2020, in which I detailed Hilsoft's class action notice experience and attached Hilsoft's *curriculum vitae*.  I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice programs.

5.      We developed the Notice based on our extensive prior experience and research into the notice issues in this case.  We analyzed the most effective method of notice for this Settlement Class.  The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Hilsoft and Epiq.

## OVERVIEW

6.      On August 25, 2020, the Court approved the Notice as designed by Hilsoft and appointed Epiq as the Claims Administrator in the *Order Preliminarily Approving Class Settlement and Directing Class Notice* ("Preliminary Approval Order").  In the Preliminary Approval Order, the Court certified the following Settlement Class:

> All persons who purchased Weighted Goods from Walmart in the United States from February 13, 2015, to the date of this Order, whose Weighted Goods' unit sale price was not accurately reflected in the final sale price.

7.      After the Court's Preliminary Approval Order was entered, we began to implement the Notice.  This declaration will detail the notice activities undertaken and explain how and why the Notice was comprehensive and well-suited to the Settlement Class.  This declaration will also discuss the administration activity to date.

## NOTICE SUMMARY

8.      Federal Rule of Civil Procedure 23 directs that notice must be the best notice practicable under the circumstances.[1]  The Notice as implemented satisfied this requirement.  The Notice reached approximately 75% of the Settlement Class.  In my experience, the reach of the Notice is consistent with other court-approved notice programs, and was designed and implemented to meet due process requirements, including its "desire to actually inform" requirement.[2]

---

[1] Fed. R. Civ. P. 23(c)(2)(B).

[2] "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.  The reasonableness and hence the constitutional validity of

### *The Media Plan*

9.       The Media Plan included various forms of notice, which utilized national consumer print publications, internet banner advertising, social media, sponsored search and a national informational release.  The combined measureable reach of the overall Notice (accounting for national publications, national digital media and social media only) is approximately 75% of Adults, Aged 18+ in the United States who shop at Walmart, an average of 3.5 times each. "Reach" refers to the estimated percentage of the unduplicated audience exposed to the notice. "Frequency," in contrast, refers to how many times, on average, each member of the target audience had the opportunity to view the notice.  The reach was further enhanced by internet sponsored search listings, a national information release and a settlement website, which were not included in the estimated reach and frequency calculations.

### *National Consumer Publications*

10.       The Notice included a highly visible national print program.  On October 26, 2020, a 1/3 page notice appeared one time in the weekly magazine *People,* the number one consumer publication in the United States.  On October 26, 2020, a 3/10 page notice also appeared in the weekly magazine *Parade*, a national newspaper supplement, which was inserted into more than 700 Sunday newspapers nationwide with distribution in large cities and small towns.  *People* has a circulation of 3.4 million and a readership of approximately 35 million.  *Parade* has a circulation of 18 million and a readership of over 39 million.  Combined, *People* and *Parade* have an estimated circulation of 21.4 million, and a readership of 74 million.

11.       Positioning was sought for the notices and placed opposite news articles with documented high readership, and in certain other sections of publications that helped ensure that, over the course of the media schedule, the greatest practicable number of potential Settlement Class Members saw the notice.  The Publication Notice is included as **Attachment 1**.  The tear

---

any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . . ."  *Mullane v. Cent. Hanover Bank & Trust Co*., 339 U.S. 306, 315 (1950).

sheets are included as **Attachment 2**.

*Digital Banner Notice*

12.     Internet advertising has become a standard component in legal notice programs. The internet has proven to be an efficient and cost-effective method to target and provide measurable reach of persons covered by a settlement.  According to GfK MRI syndicated research, over 87% of Adults Aged 18+ who shop at Walmart are online.

13.     The Notice included banner notice advertising on selected advertising networks that Settlement Class Members likely visit regularly, all selected banner notice advertising were based on cost efficiency, timing, and contribution to the overall reach of the target audiences.  The Banner Notices linked directly to the settlement website, which allowed visitors easy access to relevant information and documents.  The Banner Notices used language from the Publication Notice headline, which allowed users to identify themselves as potential Settlement Class Members.

14.     The Notice included Banner Notices in various sizes, including 728 x 90 pixels, 300 x 600 pixels, 970 x 250 pixels, and 300 x 250 pixels, which were placed on the advertising networks, *Google Display Network* and *Verizon (Yahoo) Audience Network*.  Combined, these ad networks cover 90% of the United States' population that is online.  Banner Notices on the *Google Display* and *Verizon (Yahoo) Audience* ad networks ran on desktop, mobile and tablet devices and were targeted to Adults 18+ and other specific targets listed in the table in paragraph 15.  Banner Notices were also targeted (remarketed) to people who visited the settlement website.

15.     The Notice also included advertising on social media, which consisted of Banner Notices on *Facebook* in various sizes, including newsfeed and right-hand column ads.  In addition, Banner Notices were placed on *Instagram*, as newsfeed ads.  *Facebook* is the leading social networking site in the United States and combined with *Instagram* covers over 200 million users in the United States.  By using *Facebook* and *Instagram,* those whose interests include Walmart were targeted based on their likes and interests as well as content they consume.  More details

regarding the Banner Notices, is as follows.

| Network/Property | Target | Language | Ad Sizes | Delivered Impressions |
|---|---|---|---|---|
| Google Display Network | A18 + & Custom Affinity Audience: "Shopping at Walmart" | English Spanish | 728x90, 300x250, 300x600, 970x250 | 238,386,084 |
| Verizon (Yahoo) Audience Network | A18+ | English | 728x90, 300x250, 300x600, 970x250 | 66,598,014 |
| Facebook | A18+ & A18+ whose interests include Walmart | English | Newsfeed Right-Hand Col. | 176,308,046 |
| Instagram | A18+ & A18+ whose interests include Walmart | English | Newsfeed | 41,393,414 |
| TOTAL | | | | 522,685,558 |

16.     Combined, approximately 522.6 million adult impressions were generated by the Banner Notices, which ran from September 25, 2020, through October 28, 2020, nationwide[3]. Clicking on the Banner Notices linked the reader to the settlement website, where they can easily file a claim for benefits online, request a paper claim form and obtain detailed information about the Settlement.

17.     Throughout the implementation of the Notice, Hilsoft continuously monitored the effectiveness of the Notice to ensure impression goals were met.  Examples of the Banner Notices are included as **Attachment 3**.

*Sponsored Search Listings*

18.     The Notice included sponsored search listings to facilitate locating the settlement website.  Sponsored search listings were acquired on the three most highly visited internet search engines: *Google*, *Yahoo!* and *Bing*.  When search engine visitors searched on selected common keyword combinations related to the Settlement, the sponsored search listing were generally

---

[3] The third-party ad management platform, ClickCease was used to audit the digital Banner Notice ad placements.  This type of platform tracks all Banner Notice ad clicks to provide real-time ad monitoring, fraud traffic analysis, blocks clicks from fraudulent sources, and quarantines dangerous IP addresses.  This helps reduce wasted, fraudulent or otherwise invalid traffic (*e.g.*, ads being seen by "bots" or non-humans, ads not being viewable, etc.).

displayed at the top of the page prior to the search results or in the upper right-hand column.

19.     From September 25, 2020, through November 4, 2020, the sponsored listings were displayed 82,062 times, which resulted in 1,637 clicks that displayed the case website.  A complete list of the sponsored search keyword combinations is included as **Attachment 4**.  Examples of the sponsored search listing as displayed on each search engine are included as **Attachment 5**.

### *Informational Release*

20.     To build additional reach and extend exposures, on September 25, 2020, a party-neutral, Informational Release was issued broadly over PR Newswire to approximately 5,000 general media (print and broadcast) outlets, including local and national newspapers, magazines, national wire services, television and radio broadcast media across the United States as well as approximately 4,500 websites, online databases, internet networks and social networking media. In addition, the Informational Release in Spanish was issued to the Hispanic newsline.  The Hispanic newsline reaches approximately 7,000 U.S. Hispanic media contacts including online placement of over 100 Hispanic websites nationally.

21.     The Informational Release included the address of the settlement website and the toll-free telephone number.  The Informational Release served a valuable role by providing additional notice exposures beyond that which was provided by the paid media.  The Informational Release is included as **Attachment 6**.

### *Settlement Website*

22.     On September 24, 2020, a settlement website was established with an easy-to-remember domain name (www.WalmartWeightedGoodsSettlement.com).  The Settlement Class is able to obtain detailed information about the case and review key documents, including the Settlement Agreement, Notice of Class Settlement (in English and Spanish), Claim Form, answers to frequently asked questions ("FAQs"), other important court documents.  Settlement Class Members were also able to easily file a claim online at the website, or download a paper claim form to submit by mail.  The website address was displayed prominently on all notice documents.

The Notice of Class Settlement (in English and Spanish) is included as **Attachment 7**.

23.     As of February 5, 2021, there have been 287,022 unique visitors to the website and 1,337,100 websites pages presented.

### *Toll-free Telephone Number and Postal Mailing Address*

24.     On September 24, 2020, a toll-free telephone number (855-424-1334) was also established to allow the Settlement Class to call for additional information, listen to answers to FAQs, and request that a notice be sent to them.  The toll-free telephone number was prominently displayed in the notice documents as well.  The automated phone system is available 24 hours per day, 7 days per week.  As of February 5, 2021, the toll-free telephone number has handled 763 calls representing 2,133 minutes of use.  As of February 5, 2021, 397 notices have been sent as a result of requests made via the toll-free telephone number.

25.     A post office box for correspondence about the Settlement were also established and maintained, to allow Settlement Class Members to contact the Claims Administrator by mail and/or email with any specific requests or questions.

### *Status of Claims Process*

26.     The deadline for Settlement Class Members to file a claim was January 8, 2021. As of February 5, 2021, Epiq has received 171,157 Claim Forms (170,500 online and 657 paper). All claims submitted are currently undergoing a complete review and audit by Epiq, including identifying duplicate and/or fraudulent claims.

27.     The following is an initial breakdown of the 170,500 Claims Forms Epiq has received from online submissions (this does <u>not</u> account for removing duplicate and/or fraudulent claims so these numbers will decrease):

- "Option 1" Claims - 166,639 Claims where the Claimant does not have receipts, proof of purchase or other documentation;

- "Option 2" Claims - 3,657 Claims where the Claimant attests that they have receipts, proof of purchase or other documentation; and

- "Option 3" Claims - 204 claims where the Claimant attests that they have the original packaging to substantiate the amount overcharged.

28.     Epiq is in the process of determining with counsel how the 657 paper claims will be processed since Claimants often incorrectly selected more than one option instead of selecting only Option 1, 2 or 3 on the Claim Form.

### *Requests for Exclusion and Objections*

29.     The deadline to request exclusion from the Settlement or to object to the Settlement was November 4, 2020.  As of February 5, 2021, Epiq has received one request for exclusion from the Settlement, which was determined to be invalid under the terms of the Settlement Agreement, upon consultation with counsel.  As of February 5, 2021, I am aware of five objections to the Settlement, including an objection that was stricken from the record.  I have reviewed the objections and none relate to notice or settlement administration.

### *Cost of Notice Administration*

30.     The combined, approximate cost to provide notice and handle the claims administration is currently estimated at $560,000.  As of February 5, 2021, Epiq has invoiced $387,950.60 for notice and claims administration.  The actual total cost for providing claims administration is dependent upon variables such as the number of calls to the toll-free line, the number of claims submitted, the validity and completeness of those claim submissions and the number of Settlement Class Members sent a payment.  All costs are subject to the Service Contract under which Epiq will be retained as the Claims Administrator, and the terms and conditions of that agreement.

### <u>CONCLUSION</u>

31.     In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by federal and local rules and statutes, and further by case law pertaining to notice.  This framework directs that the notice plan be optimized to reach the class and, in a settlement class action notice situation such as this, that the

notice or notice plan itself not limit knowledge of the availability of benefits—nor the ability to exercise other options—to class members in any way.  All of these requirements were met in this case.

32.     Our Notice effort followed the guidance for how to satisfy due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions, which are: a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably calculated to do so:

A.     "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it," *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).

B.     "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156 (1974) citing *Mullane* at 314.

33.     The Notice combined measureable reach (accounting for national publications, national digital media and social media only) was approximately 75% of Adults, Aged 18+ who shop at Walmart in the United States.  The reach was further enhanced by internet sponsored search listings, a national information release and a settlement website.  In 2010, the Federal Judicial Center issued a Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.  This Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70–95%."  Here, the Notice readily achieved a reach within this standard.

34.     The Notice provided the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rules of Civil Procedure 23, and comported with the guidance for effective notice articulated in the Manual for Complex Litigation 4th Ed.

35.     The Notice schedule afforded sufficient time to provide full and proper notice to Settlement Class Members before the opt-out and objection deadlines.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed on February 5, 2021, at Beaverton, Oregon.

_____
Cameron R. Azari

# Attachment 1

ment 84-5 Entered on FLSD D

# If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 and the Weighted Goods' unit sale price was not accurately reflected in the final sale price you could receive a payment from a class action settlement.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

**What is the lawsuit about?** The lawsuit claims that at times Walmart improperly labeled "Weighted Goods" when it reduced the price of those goods as they neared their expiration dates, allegedly causing instances where customers were overcharged for certain reduced-priced perishable goods and did not receive the full value of the goods purchased. Walmart denies these allegations and all liability regarding the claims asserted in the lawsuit.

**Who is included?** The Court has decided that any person who purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 whose Weighted Goods' unit sale price was not accurately reflected in the final sale price, is considered a Settlement Class Member. "Weighted Goods" means beef, pork, poultry, fish and other types of goods marked with unit pricing and sold accordingly thereto.

**What does the Settlement provide?** The Settlement provides for the following relief:

A. Walmart will fund a Qualified Settlement Fund ("QSF") of between $4,500,000 and, depending on the number of valid claims submitted, up to $9,500,000. The QSF will be used to pay Settlement Class Members who submit a claim, and pay for the costs of notice and administration of the Settlement, attorneys' fees and litigation expenses, and a service award to the Class Representative.

B. In exchange for the payment, the Class Representative and each Settlement Class Member who has not validly and timely requested exclusion from the Settlement will have fully, finally, and forever released any and all claims against Walmart relating to the nature of the lawsuit.

Each Settlement Class Member is entitled to a monetary payment under the Settlement, but the actual amount will not be known until all Claims have been processed.

**What are your options?** To qualify for a payment from the Settlement, you must submit a Claim Form before **January 8, 2021**. If you do not want a payment and do not want to be legally bound by the Settlement, you must exclude yourself with a timely and valid "Opt Out Letter" **postmarked no later than November 4, 2020**. Unless you exclude yourself, you give up the right to sue Walmart for the same claims that this Settlement resolves. You must exclude yourself from this Settlement Class to continue your own lawsuit. If you are a Settlement Class Member, and have not excluded yourself from the Settlement, you can object to the Settlement if you don't like any part of it. This objection must be **postmarked no later than November 4, 2020**. The Court will hold a Fairness Hearing on **February 26, 2021**, to consider whether the Settlement is fair, reasonable and adequate and whether to approve attorneys' fees not to exceed $2,375,000 and litigation expenses not to exceed $100,000, both from the QSF. You may appear at the Fairness Hearing, but you are not required to attend. You may also hire your own attorney, at your own expense, to appear or speak for you at the hearing The Notice of Class Settlement available at the website below explains how to ask the Court for permission to speak at the hearing. For more information, call or visit the website below.

**1-855-424-1334**
**www.WalmartWeighted**
**GoodsSettlement.com**

# Attachment 2



**Gwen!**
ON BLAKE, KIDS & HER BIG MOVE

**1955-2020**
**Eddie Van Halen**
The Wild Life & Loves of a Rock Legend

**INDIA OXENBERG**
**My Escape from the NXIVM Cult**

THE HOLIDAYS ARE FOR EVERYONE! NEW MOVIES 24/7 ON **LIFETIME**.

People

October 26, 2020

**People**
*Exclusive*

His Kids Took This Photo!

**Matthew McConaughey**

# 'Being a Dad Was Always My Dream'

**HIS REVEALING INTERVIEW**

At 50, the star opens up about raising three strong kids with wife Camila, his new memoir *Greenlights* and moments that changed his life forever

LEGAL NOTICE

*United States District Court for the Southern District of Florida*

**If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 the Weighted Goods' unit sale price was not accurately reflected in the final sale price you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

**What is the lawsuit about?** The lawsuit claims that at times Walmart improperly labeled "Weighted Goods" when it reduced the price of those goods as they neared their expiration dates, allegedly causing instances where customers were overcharged for certain reduced-priced perishable goods and did not receive the full value of the goods purchased. Walmart denies these allegations and all liability regarding the claims asserted in the lawsuit.

**Who is included?** The Court has decided that any person who purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 whose Weighted Goods' unit sale price was not accurately reflected in the final sale price, is considered a Settlement Class Member. "Weighted Goods" means beef, pork, poultry, fish and other types of goods marked with unit pricing and sold accordingly thereto.

**What does the Settlement provide?** The Settlement provides for the following relief:

A. Walmart will fund a Qualified Settlement Fund ("QSF") of between $4,500,000 and, depending on the number of valid claims submitted, up to $9,500,000. The QSF will be used to pay Settlement Class Members who submit a claim, and pay for the costs of notice and administration of the Settlement, attorneys' fees and litigation expenses, and a service award to the Class Representative.

B. In exchange for the payment, the Class Representative and each Settlement Class Member who has not validly and timely requested exclusion from the Settlement will have fully, finally, and forever released any and all claims against Walmart relating to the nature of the lawsuit.

Each Settlement Class Member is entitled to a monetary payment under the Settlement, but the actual amount will not be known until all Claims have been processed.

**What are your options?** To qualify for a payment from the Settlement, you must submit a Claim Form before **January 8, 2021**. If you do not want a payment and do not want to be legally bound by the Settlement, you must exclude yourself with a timely and valid "Opt Out Letter" **postmarked no later than November 4, 2020**. Unless you exclude yourself, you give up the right to sue Walmart for the same claims that this Settlement resolves. You must exclude yourself from this Settlement Class to continue your own lawsuit. If you are a Settlement Class Member, and have not excluded yourself from the Settlement, you can object to the Settlement if you don't like any part of it. This objection must be **postmarked no later than November 4, 2020**. The Court will hold a Fairness Hearing on **February 26, 2021**, to consider whether the Settlement is fair, reasonable and adequate and whether to approve attorneys' fees not to exceed $2,375,000 and litigation expenses not to exceed $100,000, both from the QSF. You may appear at the Fairness Hearing, but you are not required to attend. You may also hire your own attorney, at your own expense, to appear or speak for you at the hearing. The Notice of Class Settlement available at the website below explains how to ask the Court for permission to speak at the hearing. For more information, call or visit the website below.

**1-855-424-1334
www.WalmartWeighted
GoodsSettlement.com**



Lee directs Byrne's acclaimed stage show.

## HBO | David Byrne's American Utopia

**CONCERT** Director Spike Lee has made an exciting film from the Talking Heads singer's recent stage show. Byrne, in his typically funny but playfully oblique way, uses his songs to create a pop tapestry about the country in the Trump age—something to do with connection, community. The whole performance is sharp as a blade and jumping with energy. *(Oct. 17, 8 p.m.)*



Amalia Yeo as *Grand* pupil.

## NETFLIX | Grand Army

**DRAMA** Set at a Brooklyn high school in the aftermath of a terrorist incident, *Army* depicts a student body in which everyone is up to the minute on social media, thoroughly aware of both trigger moments and identity politics and yet, for all that, miserable in the special timeless way that defines adolescence. The opening episodes are very smart. *(Launches Oct. 16)*



# Q&A

## Luke Wilson

*The actor, 49, hosts the new ABC reality series* Emergency Call *(Mondays, 10 p.m.), about emergencies told from the perspective of 911 operators.*

**This is a new sort of show for you—how'd you prepare?**
I was lucky enough to be able to go into call centers and speak to the people who took the calls. Man, they are truly there for you.



Wilson also executive-produces *Call.*

**And what did you learn?**
These centers are at the forefront of technology— satellite imaging, face recognition and cameras they can personally turn, whether it's on the promenade at Santa Monica or the pier.

**How have you been handling quarantine?**
After a couple of weeks I was like, "Okay, this place could be a lot cleaner."

—**ROBYN MERRETT**

LEGAL NOTICE
United States District Court for the
Southern District of Florida

**If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 and the Weighted Goods' unit sale price was not accurately reflected in the final sale price you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

**What is the lawsuit about?** The lawsuit claims that at times Walmart improperly labeled "Weighted Goods" when it reduced the price of those goods as they neared their expiration dates, allegedly causing instances where customers were overcharged for certain reduced-priced perishable goods and did not receive the full value of the goods purchased. Walmart denies these allegations and all liability regarding the claims asserted in the lawsuit.

**Who is included?** The Court has decided that any person who purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 whose Weighted Goods' unit sale price was not accurately reflected in the final sale price, is considered a Settlement Class Member. "Weighted Goods" means beef, pork, poultry, fish and other types of goods marked with unit pricing and sold accordingly thereto.

**What does the Settlement provide?** The Settlement provides for the following relief:

A. Walmart will fund a Qualified Settlement Fund ("QSF") of between $4,500,000 and, depending on the number of valid claims submitted, up to $9,500,000. The QSF will be used to pay Settlement Class Members who submit a claim, and pay for the costs of notice and administration of the Settlement, attorneys' fees and litigation expenses, and a service award to the Class Representative.

B. In exchange for the payment, the Class Representative and each Settlement Class Member who has not validly and timely requested exclusion from the Settlement will have fully, finally, and forever released any and all claims against Walmart relating to the nature of the lawsuit.

Each Settlement Class Member is entitled to a monetary payment under the Settlement, but the actual amount will not be known until all Claims have been processed.

**What are your options?** To qualify for a payment from the Settlement, you must submit a Claim Form before **January 8, 2021**. If you do not want a payment and do not want to be legally bound by the Settlement, you must exclude yourself with a timely and valid "Opt Out Letter" **postmarked no later than November 4, 2020**. Unless you exclude yourself, you give up the right to sue Walmart for the same claims that this Settlement resolves. You must exclude yourself from this Settlement Class to continue your own lawsuit. If you are a Settlement Class Member, and have not excluded yourself from the Settlement, you can object to the Settlement if you don't like any part of it. This objection must be **postmarked no later than November 4, 2020**. The Court will hold a Fairness Hearing on **February 26, 2021**, to consider whether the Settlement is fair, reasonable and adequate and whether to approve attorneys' fees not to exceed $2,375,000 and litigation expenses not to exceed $100,000, both from the QSF. You may appear at the Fairness Hearing, but you are not required to attend. You may also hire your own attorney, at your own expense, to appear or speak for you at the hearing. The Notice of Class Settlement available at the website below explains how to ask the Court for permission to speak at the hearing. For more information, call or visit the website below.

**1-855-424-1334**
**www.WalmartWeighted**
**GoodsSettlement.com**

# *Live* Smart

## COULD YOU PASS A

# Cognitive Test?

Here's what you need to know about a memory-and-thinking-skills screening.

By Paula Spencer Scott

There's been a lot of talk about cognitive testing during the buildup to this year's election. It might make you wonder—*What is it? Would I pass?*

There's no need to worry: Just as we're tested for vision and heart health, at some point most of us will be tested for memory and thinking skills—at a Medicare checkup at 65 or after a concussion, fall, injury or stroke. Or you might get screened if you have neurological or cognitive symptoms.

"Everyone should get a baseline screen—a checkup from the neck up—so you know where you are going forward," says Charles Fuschillo, CEO of the Alzheimer's Foundation of America. Here's the lowdown on cognitive tests.

**Quick & Easy** Cognitive tests screen only for possible problems, meaning they look for red flags.

They're meant to be easy. They're not IQ tests that rate how smart you are! "The point is to assess your strengths and weaknesses," says Stanford neurologist Sharon Sha, M.D. "It's not pass/fail."

The Mini-Cog, Memory Impairment Screen (MIS) and Brief Alzheimer Screen (BAS) have just a few questions and take less than 5 minutes. Among the most widely used since 2005 is the 30-question, 10- to 12-minute Montreal Cognitive Assessment (MoCA). Research shows MoCA can detect 90 percent of mild cognitive impairment cases and 100 percent of cases of cognitive impairment associated with Alzheimer's.

**Big Benefits** Most test-takers wind up reassured, says neurologist Norman Foster, M.D., of the University of Utah. Those having symptoms are sometimes the least likely to be screened, he says—often out of fear that "nothing can be done." But "so much can be done," he says: A surprising number of thinking or memory

problems can be reversed when causes like nutrient deficiencies, depression or thyroid disease are treated. If it is mild cognitive impairment or dementia, early diagnosis can mean fast-tracking support to those who need it.

**Don't Cheat!** "You shouldn't practice or memorize tests," Sha says. The best test prep of all? "Just use your brain," she says. "Do fun, analytical, stimulating things that you enjoy and that don't stress you."

**The Test Questions** "Each question on the test assesses a different area of the brain," says MoCA's creator, neurologist Ziad Nasreddine. For example:

▶ Working memory: Repeat three to five words and recall them a few minutes later.

▶ Language skills: Identify animals in pictures or generate words starting with a certain letter.

▶ Visuospatial skills: Draw a three-dimensional object by copying it.

▶ Abstract reasoning: Compare what similar objects, like a train and a bicycle, have in common.

▶ Attention: Count backward from 100 by 7s.

▶ Planning and other executive functions: Draw an analog clock face, then show a specific time. You have to know what numbers mean, that an hour hand is shorter than a minute hand and figure out how to accurately space the numbers.

### HOW TO GET TESTED

Sign up for the online Mini-MoCA: **info@mocatest.org**

Get a one-on-one videoconference screening from the Alzheimer's Foundation of America: **alzfdn.org** or 866-232-8484

Join the Brain Health Registry to take tests that help scientists: **brainhealthregistry.org**

iSTOCK

# Attachment 3

USA TODAY

SUBSCRIBE NOW
Only $4.99 per month

RGB'S IMPACT
**8 strides for women**

ELECTIONS 2020
**Register to vote** 🗳️

2020 TV PREMIERES
**When do shows debut?**

NFL'S 0-2 SQUADS
**Which teams have hope?**

News | Sports | Entertainment | Life | Money | Tech | Travel | Opinion | 🔍 | Subscribe | Sign In ⌄



**Breonna Taylor's mom saw her hopes for justice dashed twice**

Tamika Palmer made the hour-long drive to hear the news from Attorney General Cameron directly and learned she wouldn't get the justice she sought.

NATION 10:31 a.m. ET Sep. 25



**Coronavirus updates: US deaths projected to almost double by Jan. 1**

HEALTH 12:21 p.m. ET Sep. 25



**'A long, tough week': 24 arrested in Breonna Taylor protests, curfew extended**

NATION 10:07 a.m. ET Sep. 25



**Make a move to 1 of these 5 laid-back cities**

Story from Rocket Mortgage®



# 34 men have received the honor of lying in state at the Capitol. Ginsburg is the first woman.

Ruth Bader Ginsburg made history Friday when she became the first woman and Jewish person to lie in state at the U.S. Capitol.

POLITICS 12:00 p.m. ET Sep. 25

• Photos: RBG makes history again 📷



**Women couldn't have a bank account without a man in '73. RBG altered that.**

As Ginsburg becomes first woman to lie in state, here are 8 other strides she made for women.

LIFE 10:18 a.m. ET Sep. 25



**SEC opens season with COVID-19 infection rates double the national average. A look at the numbers**

Daily new coronavirus cases in SEC counties tumbled during the past week but remain high compared to the rest of the country.

SPORTS 11:19 a.m. ET Sep. 25



**How floods are making it harder for Black communities to vote**

First came the floods. Then came the polling place changes. That adds confusion for voters already reconstructing their lives following a disaster.

NATION 11:29 a.m. ET Sep. 25

## Top Headlines

**Va. Gov. Northam, wife test positive for COVID-19**

**Cop injured in Breonna Taylor shooting threatens lawsuits after called 'murderer'**

**Queen Elizabeth cutting costs as COVID-19 hits income**

**Trump calls for Biden to release list of SCOTUS choices**

**Ginsburg's trainer honors her with 3 push-ups in front of her casket at the Capitol**

**NFL's 2-0 teams: Who's legit and who's not?**

**Column: Will Ginsburg death stiffen Democratic backbones?**

**'Man cave' with beer, TV found under New York's Grand Central Terminal**

✉️ **Get the Daily Briefing in your inbox**

Advertisement

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020,



**The Short List, in your inbox!**

What happened today? We make the long story short in this snappy news roundup.

Email Address →

*Notice our new look? As you get used to things, please let us know what you think!*

AD CONTENT                    Taboola

**20 Questions to Tell If You're Ready to Retire**

SMARTASSET



## Featured Videos



**Golden Gate Bridge glows behind fog**

TRAVEL



**Are you washing your clothes enough?**

PROBLEM SOLVED



**Airman mom pulls off sneaky surprise for sons**

MILITARYKIND



**Horse airlifted after falling down ravine**

HAVE YOU SEEN

**USA TODAY**

RGB'S IMPACT
8 strides for women

ELECTIONS 2020
Register to vote

2020 TV PREMIERES
When do shows debut?

NFL'S 0-2 SQUADS
Which teams have hope?

SUBSCRIBE
Only $4.99 p...

News    Sports    Entertainment    Life    Money    Tech    Travel    Opinion    🔍    **Subscribe**    Sign In ⌄



**Breonna Taylor's mom saw her hopes for justice dashed twice**

Tamika Palmer made the hour-long drive to hear the news from Attorney General Cameron directly and learned she wouldn't get the justice she sought.

NATION 10:31 a.m. ET Sep. 25



**Coronavirus updates: US deaths projected to almost double by Jan. 1**

HEALTH 12:21 p.m. ET Sep. 25



**'A long, tough week': 24 arrested in Breonna Taylor protests, curfew extended**

NATION 10:07 a.m. ET Sep. 25



**Make a move to 1 of these 5 laid-back cities**

Story from Rocket Mortgage®



# 34 men have received the honor of lying in state at the Capitol. Ginsburg is the first woman.

Ruth Bader Ginsburg made history Friday when she became the first woman and Jewish person to lie in state at the U.S. Capitol.

POLITICS 12:00 p.m. ET Sep. 25

• Photos: RBG makes history again 📷



**Women couldn't have a bank account without a man in '73. RBG altered that.**

As Ginsburg becomes first woman to lie in state, here are 8 other strides she made for women.

LIFE 10:18 a.m. ET Sep. 25



**SEC opens season with COVID-19 infection rates double the national average. A look at the numbers**

Daily new coronavirus cases in SEC counties tumbled during the past week but remain high compared to the rest of the country.

SPORTS 11:19 a.m. ET Sep. 25



**How floods are making it harder for Black communities to vote**

First came the floods. Then came the polling place changes. That adds confusion for voters already reconstructing their lives following a disaster.

NATION 11:29 a.m. ET Sep. 25

## *Top Headlines*

**Va. Gov. Northam, wife test positive for COVID-19**

**Cop injured in Breonna Taylor shooting threatens lawsuits after called 'murderer'**

**Queen Elizabeth cutting costs as COVID-19 hits income**

**Trump calls for Biden to release list of SCOTUS choices**

**Ginsburg's trainer honors her with 3 push-ups in front of her casket at the Capitol**

**NFL's 2-0 teams: Who's legit and who's not?**

**Column: Will Ginsburg death stiffen Democratic backbones?**

**'Man cave' with beer, TV found under New York's Grand Central Terminal**

✉ **Get the Daily Briefing in your inbox**

Advertisement



you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeighted GoodsSettlement.com to learn more.

**The Short List, in your inbox!**

What happened today? We make the long story short in this snappy news roundup.

Email Address →

*Notice our new look? As you get used to things, please let us know what you think!*

## AD CONTENT

Taboola

20 Questions to Tell If You're Ready to Retire
SMARTASSET



## *Featured Videos*



**Golden Gate Bridge glows behind fog**



Problem Solved

**Are you washing your clothes enough?**



**Airman mom pulls off sneaky surprise for**

**Horse airlifted after falling down ravine**

**HGTV**

TRENDING      SHOWS      DESIGN      OUTDOORS      LIVING      HOW TO      SWEEPSTAKES      SHOP      PHOTO INSPIRATION

Home → Lifestyle → Holidays

# 15 Fall Mantel Decor Ideas Under $50

Flock your fall fireplace mantel with these high-style, low-budget decor finds.

Keep in mind: Price and stock could change after publish date, and we may make money from these links.

August 14, 2020

 Pinterest    Facebook    Twitter     Email

 If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020,

 By: Maria Conti

Related To:   Shopping   Fall Decorating   Design 101   Fall   Mantels   Home & Garden Products

 sincro
Local Marketing Synchronized
In the Moment Service

Nothing feels more at home to us than a seasonally decorated mantel and a crackling fire underneath. And once you spruce up the fireplace, it's time to start decorating. Get those creative juices flowing with these gorgeous fall mantel ideas that also happen to be under 50 bucks.



 Instapage

Personalized experiences in minutes.

SEE HOW



● LIVE NOW FIXER TO FABULOUS

TRENDING   SHOWS   DESIGN   OUTDOORS   LIVING   HOW TO   SWEEPSTAKES   SHOP   PHOTO INSPIRATION

Home → Lifestyle → Holidays

# 15 Fall Mantel Decor Ideas Under $50

Flock your fall fireplace mantel with these high-style, low-budget decor finds.

Keep in mind: Price and stock could change after publish date, and we may make money from these links.

August 14, 2020

 Pinterest     Facebook     Twitter     Email



 By: Maria Conti

Related To:   Shopping   Fall Decorating   Design 101   Fall   Mantels   Home & Garden Products


Local Marketing Synchronized
In the Moment Service

Nothing feels more at home to us than a seasonally decorated mantel and a crackling fire underneath. And once you spruce up the fireplace, it's time to start decorating. Get those creative juices flowing with these gorgeous fall mantel ideas that also happen to be under 50 bucks.




Instapage
Personalized experiences in minutes.
SEE HOW

The Weather Channel | An IBM Business

Search City or Zip Code

US | °F ▾

☀ 74° New York City, NY

Today    Hourly    10 Day    Weekend    Monthly    Radar    ▶ Video    More Forecasts ▾



THE 2020
**GRAND CHEROKEE**
HAVE CONFIDENCE IN STYLE
WITH THE MOST LUXURIOUS
VEHICLE IN ITS CLASS¹

**BUILD & PRICE**

1. Based on 2019 Ward's Middle/Sport Utility Vehicle - Excludes Other FCA US LLC Vehicles. Based on Summit model offerings. ©2020 FCA US LLC. All Rights Reserved. Jeep and the Jeep grille are registered trademarks of FCA US LLC.

Jeep

## New York City, NY Weather

as of 12:19 pm EDT

# 74°

**Sunny**



78°/64°

Advertisement

If you purchased Weighted
Goods from Walmart
in the United States
from February 13, 2015 to
August 26, 2020, you may be
entitled to a payment from a
Class Action Settlement.
Visit www.WalmartWeighted
GoodsSettlement.com
to learn more.



## Today's Forecast for New York City, NY

| Morning | **Afternoon** | Evening | Overnight |
|---------|---------------|---------|-----------|
| 69° | **77°** | 69° | 66° |
| ☀ | ⛅ | ☁ | ☁ |
| -- | 5% | 5% | 10% |

**Next Hours**

## Top Stories


What to Expect for the
Rest of Hurricane
Season


Florida Island Split
Into Three Pieces


Firefighter Exposes
Hidden Danger
Lurking Underground


Fall Chill: Time To
Break Out the Jackets

**See More**

## Track Coronavirus in Your County



United States


# Los Angeles Times

| SUBSCRIBE NOW $1 for 8 weeks | LOG IN |

# DODGERS

$1 for 8 weeks

**Sports**   **Lakers**   **Dodgers**   **Clippers**   **Rams**   **USC Sports**   **More ⌄**

$98 for 1 year

ADVERTISEMENT



**Hamptons Stone Supplier - Marble, Quartzite & Porcelain**

Luxury Stone Supplier Slabs & Tiles, Design Assistance Services. Call Now!

Fame Luxury Stone          Visit Site ›

---

## TOP HEADLINES



### Brewers' Game 2 hopes against Dodgers rest with Brandon Woodruff and Josh Hader

Injuries and a poor start by Brett Suter have the Brewers in a 1-0 hole against the Dodgers. Yet they like their chances with two fresh arms available.

Oct. 1, 2020



**Dodgers' Julio Urías does what he's asked, and against Brewers that meant putting up zeros**

Oct. 1, 2020

**Kenley Jansen isn't at his best, but gets Game 1 save**

Oct. 1, 2020

**14 photos capturing Game 1 of Dodgers vs. Brewers in wild-card playoffs**

Sep. 30, 2020



**Dodgers' bullpen holds off Brewers to take Game 1 of wild-card series**

**Hernández: Walker Buehler's blister saga reveals a deeper truth — Dodgers aren't invincible** ▶



**World Series quest begins despite the lack of playoff atmosphere at Dodger Stadium**



**A rejuvenated Clayton Kershaw set to start for the Dodgers in Game 2 vs. Brewers**

## ALSO

**Six teams vying to become Dodgers' first playoff foe share this in common: Mediocrity**

Sep. 23, 2020

ADVERTISEMENT

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.

---

## MOST READ

**MUSIC**

**The moonlight confessions of Stevie Nicks**

CBSSPORTS.COM    247SPORTS    MAXPREPS    SPORTSLINE    SHOP    PLAY GOLF    STUBHUB

NFL

HOME    SCORES    SCHEDULE    STANDINGS    TEAMS    STATS    ODDS    EXPERT PICKS    •••

PLAY    WATCH    PODCASTS    LOG IN

NFL SCORES ▼    ODDS BY *William Hill* SPORTSBOOK

| CIN | o47.5 | | LAR | o46.5 | | CHI | o47 | | WAS | o45 | | SF | o41.5 | | HOU | o45 | | LV | o45 | | TEN | o50 | | |
| PHI | -4.5 | | BUF | -2 | | ATL | -3 | | CLE | -7 | | NYG | +3.5 | | PIT | -4 | | NE | -5.5 | | MIN | +2.5 | | |
| SUN 1:00P | CBS | | SUN 1:00P | CBS | | SUN 1:00P | FOX | | SUN 1:00P | FOX | | SUN 1:00P | FOX | | SUN 1:00P | CBS | | SUN 1:00P | CBS | | SUN 1:00P | CBS | | |

ALL NFL SCORES

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020,





WEEK 3

## La Canfora's best bets: Cardinals keep sizzling

**Dolphins dominate, slow Minshew hype**
31 / 13

JONATHAN JONES
**NFL gambling still has far to go; notes**

WILL BRINSON
**Picks: Panthers, Rams secure upsets**

**Mock Draft: Giants land playmaker WR**

Fitz joins Walter Payton in accomplishing rare stat line
JEFF KERR

Mullens to start for Garoppolo in Week 3
CODY BENJAMIN

Bills rule out Moss; heavy Singletary usage likely
TYLER SULLIVAN

Sanu says playing for Pats 'just wasn't a good fit'
PATRIK WALKER

Robinson sets rookie UDFA record through three games
JEFF KERR

Playoff projections: NFC West could make history
JOHN BREECH



TOM FORNELLI
## Best bets: Vikings upset Titans



## Age-old plight: NFL a young man's game

Brees, Brady, Rivers and Big Ben don't resemble the young athletes who've taken over the spot.


### Throwback: Super Bowl III's little known facts
BRYAN DEARDO





CBSSPORTS.COM   247SPORTS   MAXPREPS   SPORTSLINE   SHOP   PLAY GOLF   STUBHUB

 

NFL    HOME    SCORES    SCHEDULE    STANDINGS    TEAMS    STATS    ODDS    EXPERT PICKS    •••    PLAY    WATCH    PODCASTS    LO

NFL SCORES ▼   ODDS BY William Hill SPORTSBOOK

| CIN | ø47.5 | LAR | ø46.5 | CHI | ø47 | WAS | ø45 | SF | ø41.5 | HOU | ø45 | LV | ø47.5 | TEN | ø50 |
| PHI | -4.5 | BUF | -2 | ATL | -3 | CLE | -7 | NYG | +3.5 | PIT | -4 | NE | -5.5 | MIN | +2.5 |
| SUN 1:00P | CBS | SUN 1:00P | FOX | SUN 1:00P | FOX | SUN 1:00P | FOX | SUN 1:00P | FOX | SUN 1:00P | CBS | SUN 1:00P | CBS | SUN 1:00P | CBS |

ALL NFL SC


you may be entitled to a payment from a Class Action Settlement.
Visit www.WalmartWeightedGoodsSettlement.com to learn more.



**WEEK 3**

**La Canfora's best bets: Cardinals keep sizzling**

Dolphins dominate, slow Minshew hype
31  13

JONATHAN JONES
**NFL gambling still has far to go; notes**

WILL BRINSON
**Picks: Panthers, Rams secure upsets**

**Mock Draft: Giants land playmaker WR**

Fitz joins Walter Payton in accomplishing rare stat line
JEFF KERR

Mullens to start for Garoppolo in Week 3
CODY BENJAMIN

Bills rule out Moss; heavy Singletary usage likely
TYLER SULLIVAN

Sanu says playing for Pats 'just wasn't a good fit'
PATRIK WALKER

Robinson sets rookie UDFA record through three games
JEFF KERR

Playoff projections: NFC West could make history
JOHN BREECH



TOM FORNELLI



**Age-old plight: NFL a young man's game**

Brees, Brady, Rivers and Big Ben don't resemble the young athletes who've taken over the spot.


**Throwback: Super Bowl III's little known facts**
BRYAN DEARDO


Microsoft Teams
Learn more



 

Miami Herald

SECTIONS

SIGN IN

SUBSCRIBE

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020,

## News ▲

SOUTH FLORIDA   CRIME   STATE POLITICS   LOCAL OBITUARIES   EDUCATION   ENVIRONMENT   GUANTANAMO   AMERICAS   CUBA   HAITI

### TRENDING STORIES

**Diamondback rattlesnake with no diamonds? Extremely rare mutant found in North Florida**

UPDATED SEPTEMBER 23, 2020 01:32 PM

**257,000 saws sold at Lowe's got recalled. There's a problem that can cut parts off you**

UPDATED SEPTEMBER 24, 2020 07:46 PM

**Cops: Teen murdered Miami High Coach Corey Smith, stole $7,450 cash. He's under arrest**

UPDATED 58 MINUTES AGO

SPONSORED CONTENT

**3 AREAS WHERE PEOPLE WITH RELAPSING MS PUT UP WITH TOO MUCH**

BY SANOFI

**More diabetes medicine recalled after testing finds too much carcinogen content**

SEPTEMBER 24, 2020, 10:18 AM

**Why did Fla. woman's account wire $97K to a Syrian later tied to chemical**



ENVIRONMENT

## Florida's sugar harvest sends fields up in smoke. Some residents are literally sick of it

SEPTEMBER 25, 2020, 7:00 AM



CUBA

**Instead of smuggling Cubans into the U.S., feds say, two men did far worse to them**



MIAMI-DADE COUNTY

**Blind since birth, she's teaching visually impaired people how to use technology**




you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.

# Miami Herald

SIGN IN    SUBSCRIBE

SECTIONS

## News ▲

SOUTH FLORIDA    CRIME    STATE POLITICS    LOCAL OBITUARIES    EDUCATION    ENVIRONMENT    GUANTANAMO    AMERICAS    CUBA    HAITI

### TRENDING STORIES

**Diamondback rattlesnake with no diamonds? Extremely rare mutant found in North Florida**

UPDATED SEPTEMBER 23, 2020 01:32 PM

**257,000 saws sold at Lowe's got recalled. There's a problem that can cut parts off you**

UPDATED SEPTEMBER 24, 2020 07:46 PM

**Cops: Teen murdered Miami High Coach Corey Smith, stole $7,450 cash. He's under arrest**

UPDATED 59 MINUTES AGO

SPONSORED CONTENT

**DON'T MISS THESE TIPS FOR WEIGHING RELAPSING MS TREATMENTS**

BY SANOFI

**More diabetes medicine recalled after testing finds too much carcinogen**



ENVIRONMENT

## Florida's sugar harvest sends fields up in smoke. Some residents are literally sick of it

SEPTEMBER 25, 2020, 7:00 AM





CBSSPORTS.COM   247SPORTS   MAXPREPS   SPORTSLINE   SHOP   PLAY GOLF   STUBHUB

CBS SPORTS   SPORTS HQ   FANTASY   NFL   NCAA FB   GOLF   NBA   MLB   CHAMPIONS LEAGUE   •••

PLAY   WATCH   PODCASTS   LOG IN

MLB SCORES ▼ | *William HILL* ODDS BY SPORTSBOOK | STL MIL 5:15P o5.5 +110 | NYM WAS 6:05P o8.5 -140 | BAL TOR 6:37P o9.5 -180 | PHI TB 6:40P o8.5 -153 | COL ARI 6:40P o6 -172 | MIA NYY 7:05P o9.5 -198 | SD SF 7:10P o6.5 -118 | PIT CLE 7:10P o7.5 -250 | BOS ATL 7:10P | ► | ALL MLB SCORES



If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.



JONATHAN JONES

## NFL notes: Where league stands with gambling

Embrace the homer robe

How Herro fell in 2019 NBA Draft

Bills' Allen ready to answer Rams CB's 'trash' talk
NFL

Dolphins' Fitzpatrick makes history with rare stat line
NFL

Nuggets' Malone takes jab at Lakers over foul calls
NBA

Pac-12 reverses course, will play football this fall
COLLEGE FOOTBALL

Lakers put pesky Nuggets on brink of elimination
NBA

Jags' Robinson ejected for making contact with official
NFL





POSTSEASON

AL WILD CARD   ALDS   ALCS   NLDS   AL WILD CARD

WORLD SERIES

## MLB playoff picture: Still



Claim disclosure

2020 RANGER
Your Local Ford Dealer

UNTIL ALL ROADS ARE PAVED. AVAILABLE FX4 OFF-ROAD PACKAGE.

BUILT TOUGH

BUILD & PRICE
LEARN MORE

NOW   RADAR   AIR QUALITY   MINUTECAST   HOURLY   **DAILY**   MONTH

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.

SEPTEMBER 25 - OCTOBER 6

| FRI 9/25 | ☀️ | 83° /62° | Clouds giving way to sun | 💧 0% → |
| SAT 9/26 | ☀️ | 83° /62° | Mostly sunny | 💧 0% → |
| SUN 9/27 | ☀️ | 84° /63° | Mostly sunny and warm | 💧 0% → |
| MON 9/28 | ☀️ | 89° /64° | Very warm with plenty of sun | 💧 0% → |



SKIP AD



★ ★ ★ ★ ★
"Amazing private space to get work done."

READ REVIEWS

ROOM



SIGNIFICANT CHANGE

November-like chill to overtake



Fútbol   Tenis   Case 1:19-cv-20592-JEM   Document 84-5   Entered on FLSD Docket 02/05/2021   Page 30 of 88

Fútbol   Tenis   Triunfadores del Deporte   Vive el golf   X-games

# Deportes

Síguenos  



**FÚTBOL**

## Messi despide a su amigo Suárez

Lionel Messi esperó hasta último momento para despedirse de Luis Suárez y lo ha hecho dejando un mensaje no muy amigable contra el Barcelona.



### LeBron James y otros atletas reaccionan al caso de Breonna Taylor



Si compró productos por peso en Walmart en los Estados Unidos desde el 13 de febrero de 2015 hasta el 26 de agosto de 2020,

Publicidad

---

**ÚLTIMAS NOTICIAS**



**CORONAVIRUS**

**La Supercopa UEFA marca un hito contra el covid-19**



**FÚTBOL**

**Luis Suárez rompe en llanto durante homenaje de despedida**



**FÚTBOL**

**Ibrahimović: El covid tuvo el valor de desafiarme**







Fútbol    Tenis    Triunfadores del Deporte    Vive el golf    Al galope

# Deportes

Síguenos  



**FÚTBOL**

# Messi despide a su amigo Suárez

Lionel Messi esperó hasta último momento para despedirse de Luis Suárez y lo ha hecho dejando un mensaje no muy amigable contra el Barcelona.



## LeBron James y otros atletas reaccionan al caso de Breonna Taylor



puede tener derecho a recibir un pago según un acuerdo de demanda colectiva. Para obtener más información, visite www.WalmartWeighted GoodsSettlement.com.

Publicidad

---

## ÚLTIMAS NOTICIAS



**CORONAVIRUS**

La Supercopa UEFA marca un hito contra el covid-19



**FÚTBOL**

Luis Suárez rompe en llanto durante homenaje de despedida



**FÚTBOL**

Ibrahimović: El covid tuvo el valor de desafiarme










# msn | noticias ⌄
por Microsoft News

Iniciar sesión ⚙ 🌐 ES

Titulares  Coronavirus  Elecciones 2020  EEUU  Tu país  Inmigración  Mundo  Crimen  Tecnología  Ciencia  Economía ⊙

No esperes a que un censista toque a tu puerta.
Dale forma a tu futuro
EMPIEZA AQUÍ ›
United States Census 2020
▷ Gestión anuncios


Si compró productos por peso en Walmart en los Estados Unidos desde el 13 de febrero de 2015 hasta el 26 de agosto de 2020,
▷ Gestión anuncios



Wall Street baja por el COVID-19 y la política

AP Associated Press



Noticias

Lucha por declaraciones de impuestos de Trump llega a la corte

47 Telemundo New York



Noticias

Francia, una década en el blanco de los islamistas

Agencia EFE



Noticias

Desolados, manifestantes toman las calles por



**msn** | noticias ⌄

por Microsoft News

Iniciar sesión   ⚙   🌐 ES

Titulares   Coronavirus   Elecciones 2020   EEUU   Tu país   Inmigración   Mundo   Crimen   Tecnología   Ciencia   Economía ▶

Aún puedes llamar el censo por internet.   Empieza aquí   Dale forma a tu futuro EMPIEZA AQUÍ ›   United States Census 2020

▷Gestión anuncios



puede tener derecho a recibir un pago según un acuerdo de demanda colectiva. Para obtener más información, visite www.WalmartWeighted GoodsSettlement.com.

Gestión anuncios



Wall Street baja por el COVID-19 y la política

AP Associated Press



Noticias

Lucha por declaraciones de impuestos de Trump



Noticias

Francia, una década en el blanco de los islamistas



NEVER GIVE UP



**TRENDING    SHOWS    DESIGN    OUTDOORS    LIVING    HOW TO    SWEEPSTAKES    SHOP    PHOTO INSPIRATION**

LIVE NOW FIXER TO FABULOUS





INICIO    IMÁGENES    VIDEOS    VOTA    SORTEO    DETRÁS DEL DISEÑO    EDICIONES ANTERIORES

 Pinterest     Facebook     Twitter     Email





Si compró productos por peso en Walmart en los Estados Unidos desde el 13 de febrero de 2015 hasta el 26 de agosto de 2020, puede tener derecho a recibir un pago según un acuerdo de demanda colectiva. Para obtener más información, visite www.WalmartWeighted GoodsSettlement.com.

## ¡Regístrate aquí!

Participa para tener la oportunidad de ganar el Urban Oasis de "HGTV" en Mineápolis. ¡Un premio valuado en más de $700,000!

Sponsored by:

    



Stream with speed

Meet Nest Wifi. Get it today at Google Store. Buy now.

NO SE REQUIERE COMPRA. Abierto a residentes legales de los 50 estados de Estados Unidos y D.C., mayores de 21 años. Nulo donde esté prohibido. Las probabilidades de ganar dependen del número de entradas recibidas. El Sorteo termina a las 5:00 pm el 11/21/19. Para obtener las reglas oficiales completas, y para participar, visite www.hgtv.com. Patrocinado por Scripps Networks, LLC dba Home & Garden Television.



Nest

Keep your whole family connected with reliable Wi-Fi

 **AccuWeather** Miami, Florida **Go** Buscar ubicación código ☰

AHORA   RADAR   CALIDAD DEL AIRE   MINUTECAST   CADA HORA   DIARIO   MES


G Nest   $129.99

Alerts let you know what's happening around your home.

Nest Cam Indoor

Terms apply.

**Buy now**

## EL TIEMPO AHORA
13:08


# 86°F
RealFeel® 95°

Lluvia débil

| | |
|---|---|
| RealFeel Shade™ | 93° |
| Calidad del aire | Buena |
| Viento | SSO 6 mi/h |
| Ráfagas de viento | 12 mi/h |

MÁS DETALLES →


Si compró productos por peso en Walmart en los Estados Unidos desde el 13 de febrero de 2015 hasta el 26 de agosto de 2020, puede tener derecho a recibir un pago según un acuerdo de demanda colectiva. Para obtener más información, visite www.WalmartWeightedGoodsSettlement.com.

## CALIDAD ACTUAL DEL AIRE

BETA


22
AQI

Buena

La calidad del aire es generalmente aceptable para la mayoría de personas. Sin embargo, los grupos sensibles pueden experimentar síntomas de menores a moderados por la exposición a largo plazo. Basado en los contaminantes actuales

Más detalles →

Más información en
○ plume labs

## HOY
25/9


# 87°Máx.
RealFeel® 98°

Algunos chubascos y tormentas →

## NOCHE
25/9


# 78°Baja

Nublado, una tormenta aislada →

NEW 2020 VOLVO XC60 T5 MOMENTUM


Si compró productos por peso en Walmart en los Estados Unidos desde el 13 de febrero de 2015 hasta el 26 de agosto de 2020,

Publicidad

 Latam | EE.UU. | Mundo | Dinero | Entretenimiento | Tecno | Deportes | Viajes | Salud | Estilo | Opinión | Video | Radio |  

**TEMAS DEL DÍA** Coronavirus | Condones usados | El nuevo hombre más rico de China | Podcast coronavirus | CNNEE en YouTube



**CORONAVIRUS**

# EE.UU. aún está en la primera ola de coronavirus

El Dr. Anthony Faucci dice que el país aún está en la primera ola de coronavirus, y que el país debe prepararse para el "desafío" que vendrá en otoño e invierno, por la temporada de gripe.


**CANADÁ**
Trudeau dice Canadá está en la segunda ola de covid-19


**FRANCIA**
2 heridos en un ataque con cuchillo en París



**ARMAS**
Los países con más armas nucleares del mundo



**TELEVISIÓN**
"Patria": Dos mujeres, una sola tierra





**Noticias de EE.UU.** Entrenador rinde homenaje a Ginsburg con flexiones

**BRASIL**                                    11 mins
Jair Bolsonaro fue operado y se encuentra estable

**EL SALVADOR**                              1 hora
Bukele desclasifica archivos sobre masacre de El Mozote

**ASIA**                                     15 horas
Incautan 345.000 condones usados y vendidos como nuevos





puede tener derecho a recibir un pago según un acuerdo de demanda colectiva. Para obtener más información, visite **www.WalmartWeightedGoodsSettlement.com.**

Publicidad

  
**TEMAS DEL DÍA** Coronavirus | Condones usados | El nuevo hombre más rico de China | Podcast coronavirus | CNNEE en YouTube



**CORONAVIRUS**

# EE.UU. aún está en la primera ola de coronavirus

El Dr. Anthony Faucci dice que el país aún está en la primera ola de coronavirus, y que el país debe prepararse para el "desafío" que vendrá en otoño e invierno, por la temporada de gripe.


**CANADÁ**
Trudeau dice Canadá está en la segunda ola de covid-19


**FRANCIA**
2 heridos en un ataque con cuchillo en París


**CORONAVIRUS**


**ARMAS**
Los países con más armas nucleares del mundo


**TELEVISIÓN**
"Patria": Dos mujeres, una sola tierra




**Noticias de EE.UU.** Entrenador rinde homenaje a Ginsburg con flexiones

**BRASIL**       11 mins
Jair Bolsonaro fue operado y se encuentra estable

**EL SALVADOR**       1 hora
Bukele desclasifica archivos sobre masacre de El Mozote

**ASIA**       15 horas
Incautan 345.000 condones usados y vendidos como nuevos

 


Si compró productos por peso en Walmart en los Estados Unidos
desde el 13 de febrero de 2015 hasta el 26 de agosto de 2020,



TELEMUNDO    SHOWS    NOTICIAS    COVID-19    DECISIÓN 2020    INMIGRACIÓN    ENTRETENIMIENTO    DEPORTES    HORÓSCOPOS    COMUNIDAD    EN VIVO    PEACOCK

**NOTICIAS TELEMUNDO**

CORONAVIRUS    INMIGRACIÓN    ESTADOS UNIDOS    MÉXICO    DECISIÓN 2020    PLANETA TIERRA    INVESTIGA    INTERNACIONAL



Olivier Douliery / AFP - Getty Images

ESTADOS UNIDOS

## La ceremonia en honor a la jueza Ruth Bader Ginsburg, la primera mujer con cargo público en recibir honores de Estado en el Capitolio

● El presidente Trump es abucheado: "¡Sáquenlo con el voto!"

● Por qué la muerte de la jueza Ruth Bader Ginsburg ha generado tanta tensión

puede tener derecho a recibir un pago según un acuerdo de demanda colectiva. Para obtener más información, visite www.WalmartWeightedGoodsSettlement.com.



TELEMUNDO   SHOWS   NOTICIAS   COVID-19   DECISIÓN 2020   INMIGRACIÓN   ENTRETENIMIENTO   DEPORTES   HORÓSCOPOS   COMUNIDAD   EN VIVO   PEACOCK

**NOTICIAS TELEMUNDO**   CORONAVIRUS   INMIGRACIÓN   ESTADOS UNIDOS   MÉXICO   DECISIÓN 2020   PLANETA TIERRA   INVESTIGA   INTERNACIONAL



ESTADOS UNIDOS

Olivier Douliery / AFP - Getty Images

## La ceremonia en honor a la jueza Ruth Bader Ginsburg, la primera mujer con cargo público en recibir honores de Estado en el Capitolio

● El presidente Trump es abucheado: "¡Sáquenlo con el voto!"

● Por qué la muerte de la jueza Ruth Bader Ginsburg ha generado tanta tensión






# yahoo!

Mail

Mail | Coronavirus | News | Finance | Sports | 2020 Election | BLM | Entertainment | Life | Shopping | Premium Offers | More...

Show ad +



**Louisville police major: BLM will be 'washing our cars'**

Maj. Bridget Hallahan, who commands the Louisville Police Department's Fifth Division, sent an internal email that disparaged supporters of Black Lives Matter and antifa.

**She's about to retire .**

### Trending Now

1. Ruth Bader Ginsb...
2. Rose Byrne
3. Coronavirus
4. Cate Blanchett
5. 5G Availability Map
6. AARP Dental Insu...
7. Gabrielle Union
8. Julianne Moore
9. Jennifer Aniston
10. Jeep Cherokee 2020


If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020,


Barkley, Shaq draw backlash for Breonna Taylor...


Rockers send Bill Murray epic cease-and-desist letter


Secret 'man cave' discovered below NYC landmark


'Anybody lose a 'nobody'?': Actor responds to Trump


Jessica Alba: Companies need to drop preconceptions



**Politics** HuffPost

## Biden Takes Trump's Favorite Line Of Attack, And Fires It Right Back At Him

The Democratic nominee uses Trump's own words to dismantle a persistent right-wing talking point.


Outsized support from women has Biden ahead or competitive in Iowa, Georgia, and Texas,...
The Week

Real journalism has never been more important. Become a HuffPost member today.

Join HuffPost Plus



**Ad** Definition

## Danielle Reveals Why She Left American Pickers

Unsettling Situations That Were Kept Secret On American Pickers



**Health** Best Life

## Half of COVID Patients Made This One Major Mistake, New Study Says

As the COVID-19 pandemic has progressed, medical experts have used several different methods for slowing the spread of the virus. By now, wearing a face mask, practicing social...


**U.S. offices are half-empty amid pandemic: Study**
Yahoo Finance Video


**Actors Fund Home In New Jersey, Once Hard-Hit By Coronavirus, Has Seen A...**
Deadline

### Westhampton

| Today | Sat | Sun | Mon |
|---|---|---|---|
| 74° 50° | 69° 58° | 73° 59° | 72° 60° |

### Scoreboard          Trending ⌄

Yesterday | Today | Tomorrow

| Miami | |
| Boston | 8:30 PM EDT |

| Tampa Bay | |
| Dallas | 8:00 PM EDT |

| Chi Cubs | |
| Chi White Sox | 8:10 PM EDT |

More scores »

### Horoscope

Libra (change)

September 25 - You feel a bit out of

# yahoo!

Mail | Coronavirus | News | Finance | Sports | 2020 Election | BLM | Entertainment | Life | Shopping | Premium Offers | More...

Sign In

Mail

Show ad  +



## Louisville police major: BLM will be 'washing our cars'

Maj. Bridget Hallahan, who commands the Louisville Police Department's Fifth Division, sent an internal email that disparaged supporters of Black Lives Matter and antifa.

**She's about to retire ◾**

### Trending Now

1. **Ruth Bader Ginsb...**
2. **Rose Byrne**
3. **Coronavirus**
4. **Cate Blanchett**
5. **5G Availability Map**
6. **AARP Dental Insu...**
7. **Gabrielle Union**
8. **Julianne Moore**
9. **Jennifer Aniston**
10. **Jeep Cherokee 2020**


you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeighted GoodsSettlement.com to learn more.





**Barkley, Shaq draw backlash for Breonna Taylor...**



**Rockers send Bill Murray epic cease-and-desist letter**



**Secret 'man cave' discovered below NYC landmark**



**'Anybody lose a 'nobody'?': Actor responds to Trump**



**Jessica Alba: Companies need to drop preconceptions**

### Westhampton 📍

| Today | Sat | Sun | Mon |
|---|---|---|---|
| 74° 50° | 69° 58° | 73° 59° | 72° 60° |

**Politics** HuffPost

## Biden Takes Trump's Favorite Line Of Attack, And Fires It Right Back At Him

The Democratic nominee uses Trump's own words to dismantle a persistent right-wing talking point.



**Outsized support from women has Biden ahead or competitive in Iowa, Georgia, and Texas,...**
The Week

Real journalism has never been more important. Become a HuffPost member today.

Join HuffPost Plus

### Scoreboard        Trending ⌄

Yesterday   **Today**   Tomorrow

**Ad** Definition

## Danielle Reveals Why She Left American Pickers

Unsettling Situations That Were Kept Secret On American Pickers

| | | |
|---|---|---|
|  Miami | | |
|  Boston | | 8:30 PM EDT |
|  Tampa Bay | | |
|  Dallas | | 8:00 PM EDT |
|  Chi Cubs | | |





**Health** Best Life



**yahoo!** sports
Search Players and Teams
Sign in | Mail

Sports Home | Fantasy | NFL | NBA | MLB | NHL | NCAAF | Golf | Sportsbook | Videos | ...

Trending

| NFL | Final | | NBA | Fri 8:30 PM | | Final | | NHL | Fri 8:00 PM | | MLB | Final 11 | | Fri 9:40 PM | | Fri 8:10 PM | | Fri 6:40 PM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MIA | 31 | | (5) MIA | 3-1 | | (1) LAL | 114 | | (2) TB | 2-1 | | COL | 5 | LAA | 26-31 | CHC | 32-25 | PHI | 28-29 |
| | JAX | 13 | | (3) BOS | 1-3 | | (3) DEN | 108 | | (3) DAL | 1-2 | | SF | 4 | LAD | 40-17 | CWS | 34-23 | TB | 37-20 |

Show ad +



**LeBron, Lakers so close to NBA Finals, yet so far**
The Nuggets have overcome two 3-1 series deficits this postseason. The Lakers are one victory from the NBA Finals. Something has to give in Saturday's Game 5. Chris Haynes »

ESPN announcer wants no police protection

Man who broke into MLB park had quite a morning

Week 3 fantasy storylines: Don't panic with Wentz yet
1-3 of 18

## Headlines
- John Calipari, despite Louisville's wishes, won't play rivalry game at neutral site
- Patriots take another big injury hit with center David Andrews' ailing thumb
- Watch: Man breaks into Brewers' ballpark, attempts to write name using a tractor
- USWNT star Christen Press honors Kobe by wearing No. 24 with Man United
- Charles Barkley takes heat for his comments on Breonna Taylor situation

  

THE LINE UP | NFL Week 3 odds: Highest bet game at BetMGM is 49ers-Giants, team getting... FRANK SCHWAB | 'It was winning time:' LeBron, Lakers enter dangerous territory by taking 3-1 West finals... CHRIS HAYNES | Back to returns, College odds PETE TI

### Featured Odds
See more odds ›

| Eintracht Frankfurt @ Hertha BSC | Money Line | Pt Spread | Total Pts |
|---|---|---|---|
| FFM | +185 | +1 | O 2.5 |
| BSC | +130 | -1 | U 2.5 |
| Draw | +275 | | |

Fri, 9/25, 2:30 PM — Game Info ›

| NBA: Miami Heat @ Boston Celtics | Money Line | Pt Spread | Total Pts |
|---|---|---|---|
| MIA | +125 | +3 | O 213.5 |
| BOS | -154 | -3 | U 213.5 |

Fri, 9/25, 8:30 PM — Game Info ›


If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020,

### Personalize
Personalize your videos, scores, and news! We've got you started with local teams.
Sign In


or affordable printing solutions, BUY NOW ›



**Sports** Complex
**NBA and Doc Rivers Reportedly Offer to Help Delonte West After Photo Surfaces Online**





yahoo! sports

Sign in   Mail

Sports Home  Fantasy  NFL  NBA  MLB  NHL  NCAAF  Golf  Sportsbook  Videos  ...

Trending

| NFL | Final MIA 31 JAX 13 | NBA | Fri 8:30 PM (5) MIA 3-1 (3) BOS 1-3 | Final (1) LAL 114 (3) DEN 108 | Fri 8:00 PM (2) TB 2-1 (3) DAL 1-2 | NHL | MLB | Final 11 COL 5 SF 4 | Fri 9:40 PM LAA 26-31 LAD 40-17 | Fri 8:10 PM CHC 32-25 CWS 34-23 | Fri 6:40 PM PHI 28-29 TB 37-20 |

Show ad +



ESPN announcer wants no police protection

Man who broke into MLB park had quite a morning

Week 3 fantasy storylines: Don't panic with Wentz yet
1-3 of 18

**LeBron, Lakers so close to NBA Finals, yet so far**
The Nuggets have overcome two 3-1 series deficits this postseason. The Lakers are one victory from the NBA Finals. Something has to give in Saturday's Game 5. Chris Haynes »

NFL Week 3 odds: Highest bet game at BetMGM is 49ers-Giants, team getting...
FRANK SCHWAB

'It was winning time:' LeBron, Lakers enter dangerous territory by taking 3-1 West finals...
CHRIS HAYNES

Back to returns, College odds
PETE T

**Featured Odds**                    See more odds ›

Eintracht Frankfurt @ Hertha BSC
Fri, 9/25, 2:30 PM   Money Line  Pt Spread  Total Pts
 FFM   +185   +1   O 2.5
BSC   +130   -1   U 2.5
Draw   +275
Game Info ›

NBA: Miami Heat @ Boston Celtics
Fri, 9/25, 8:30 PM   Money Line  Pt Spread  Total Pts
 MIA   +125   +3   O 213.5
BOS   -154   -3   U 213.5
Game Info ›

**Headlines**
John Calipari, despite Louisville's wishes, won't play rivalry game at neutral site — 47m
Patriots take another big injury hit with center David Andrews' ailing thumb — 1h
Watch: Man breaks into Brewers' ballpark, attempts to write name using a tractor — 1h
USWNT star Christen Press honors Kobe by wearing No. 24 with Man United — 3h
Charles Barkley takes heat for his comments on Breonna Taylor situation — 13h


you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.

**Personalize**
Personalize your videos, scores, and news! We've got you started with local teams.
Sign In


Best Luxury Midsize Sedans

Sports Complex
**NBA and Doc Rivers Reportedly Offer to Help Delonte West After Photo Surfaces Online**



Sign up for Yahoo Life's daily newsletter →

# yahoo/life

Life | Class of COVID | Well-being | Parenting | Style & Beauty | Elevate Your Day | Sexual Health | Watch

yahoo/life

# School Report Card: This week, parents flout pandemic rules and Trump flags cause controversy in virtual school

**Elise Solé**

Fri, September 25, 2020, 2:12 PM EDT · 9 mins read



Several students have gotten into trouble in virtual school for visible Trump flags. (Photo: Getty Images)

*Students are headed back to class amid the coronavirus pandemic, and to keep you posted on what's unfolding throughout U.S. schools — K-12 as well as colleges — Yahoo Life is running a weekly wrap-up featuring news bites, interviews and updates on the ever-unfolding situation.*

**Students get in trouble for displaying Trump flags in Zoom classes**

"Trump 2020" flags that are visible in virtual classes are causing distractions. On Tuesday, a student at Southridge High School in Kennewick, Wash., alleged he or she was dismissed from class when the teacher saw a flag on the wall that read, "Trump 2020 No More Bulls***," according to KEPR-TV, which interviewed the child's parents, who chose to remain anonymous.

- ADVERTISEMENT -



If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeighted GoodsSettlement.com to learn more.

## TRENDING

1. Young people may be driving the pandemic: CDC

2. What happened at protests across the country demanding justice for Breonna Taylor

3. Older women are 'supposed' to step aside. RBG showed we don't have to back down.

4. I got laid off in a pandemic. Cooking my grandmother's recipes is saving me

5. Lizzo says 'commercialized' body-positive movement doesn't serve 'girls with back fat, girls with bellies that hang'



**yahoo!** news

News Home    Coronavirus    US    World    Politics    2020 Election    Health    Veterans    Originals    ...

Follow Us

Recalculate Your House Payment In A Few Steps

LEARN MORE

## U.S.

Associated Press
### AP Explains: What lies behind Turkish support for Azerbaijan
Turkey has firmly put its weight behind oil-rich Azerbaijan as a decades-old territorial dispute flared anew into an armed conflict over Nagorno-Karabakh, a mountainous region situated...

Ad investing.com
### Costco Items You Should Stop Purchasing Now, Ok?
Costco is great for buying things cheap, but there are certain items you should not buy there under any circumstances...

Associated Press
### Sparkle, dance and postal service infuse Paris Fashion Week
From escapism at the disco, to resistance and aggression, even to pondering the importance of the postal service while working from home, designers in Paris have presented divergent creative responses to the global health crisis as spring-summer shows continued Friday. Like Milan before it, Paris is undertaking an unusual fashion season for spring-summe...

Associated Press
### Tests, background checks can thwart police diversity effort
Racism trips up Black police candidates at the very start of the application process and later as they seek promotion, complicating efforts to make law enforcement agencies more diverse,...

Reuters
### EU trade chief sees easier U.S. ties with Biden than Trump
The European Union's trade relations with the United States would likely be easier if Democratic challenger Joe Biden won November's U.S. election rather than President Donal...

Ad lifestyle-a2z.com
### He Promised to Marry Her Then Met Her as an Adult
Matt and Laura met in preschool and instantly fell in love, their lives paths split and they met again after 20 years. Here's what happened.

Reuters
### Oil down more than 3% after Trump's positive coronavirus test
Oil prices lost more than 3% on Friday after U.S. President Donald Trump tested positive for COVID-19 and negotiators failed to agree a U.S. stimulus package just as rising global oil...

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.

15-YEAR FIXED     30-YEAR FIXED
QuickenLoans
Mortgage Rates Fall Again
QL  Recalculate Your House Payment In A Few Steps

Westhampton

| Today | Sat | Sun | Mon |
|---|---|---|---|
| 63° 49° | 65° 46° | 64° 44° | 62° 52° |



# yahoo/life

Sign up for Yahoo Life's daily newsletter →

Sign in    Mail

Life   Class of COVID   Well-being   Parenting   Style & Beauty   Elevate Your Day   Sexual Health   Watch

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, 

YAHOO LIFE

# Young people may be driving the pandemic: CDC

A new report from the CDC found one in five new COVID-19 cases from May to August were among 20- to 29-year-olds.





REFINERY29

**What happened at protests across the country demanding justice for Breonna Taylor**



GLAMOUR

**Older women are 'supposed' to step aside. RBG showed we don't have to back down.**



THE OPRAH MAGAZINE

**I got laid off in a pandemic. Cooking my grandmother's recipes is saving me**

# Well-being

# yahoo!life

Sign up for Yahoo Life's daily newsletter →

Sign in    Mail

Life   Class of COVID   Well-being   Parenting   Style & Beauty   Elevate Your Day   Sexual Health   Watch

you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.



YAHOO LIFE

# Young people may be driving the pandemic: CDC

A new report from the CDC found one in five new COVID-19 cases from May to August were among 20- to 29-year-olds.





REFINERY29

**What happened at protests across the country demanding justice for Breonna Taylor**



GLAMOUR

**Older women are 'supposed' to step aside. RBG showed we don't have to back down.**



THE OPRAH MAGAZINE

**I got laid off in a pandemic. Cooking my grandmother's recipes is saving me**

>

# Well-being


Make it count! Voting Playbook presented by Yahoo S

# Yahoo! sports

Sign in · Mail

Sports Home | Fantasy | NFL | NBA | MLB | NHL | NCAAF | Golf | Sportsbook | Videos | ···

NFL Home | Fantasy Football | Scores/Schedule | Watch NFL Live | Standings | Stats | Teams | Players | Odds | Yahoo Sports Experts | Video | Tickets | Shop Team Gear

NFL · All Scores

| Final | Sun 1:00 PM | Sun 1:00 PM | Sun 1:00 PM | Sun 1:00 PM | Sun 1:00 PM | Sun 1:00 PM | Sun 1:00 PM | Sun 1:00 PM |
|---|---|---|---|---|---|---|---|---|
| MIA 31 | CHI 2-0 | LAR 2-0 | WAS 1-1 | TEN 2-0 | LV 2-0 | SF 1-1 | CIN 0-2 | HOU 0-2 |
| JAX 13 | ATL 0-2 | BUF 2-0 | CLE 1-1 | MIN 0-2 | NE 1-1 | NYG 0-2 | PHI 0-2 | PIT 2-0 |

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020,



**Cousins is holding the Vikings back right now**
If Minnesota is going to return to the playoffs, it'll need QB Kirk Cousins to play far better. Meanwhile, Cam Newton is balling out for the Patriots. **Terez Paylor's 'Things I Noticed' »**

**Depleted Pats may be down another key man**

**The NFL probably can't punish Robert Kraft now**

**Panthers getting lots of betting action in Week 3**
1-3 of 18

## Headlines

- Patriots down another man? Center David Andrews has broken thumb · 1h
- Fitzmagic is back: QB leads Dolphins past Gardner Minshew, Jaguars · 6h
- 'Disgusting': Dak Prescott responds to lack of charges in Breonna Taylor's death · 20h
- NFL green-lights MetLife Stadium's turf after injury-riddled 49ers complain · 19h
- NFL Podcast: The real reason Russell Wilson hasn't received an MVP vote · 1d

AdChoices

This bar does it all
Dove white
BUY NOW

 
THE LINE UP

NFL Week 3 odds: Highest bet game at BetMGM is 49ers-Giants, team getting...
**FRANK SCHWAB**


With his prostitution charge dropped, Patriots owner Robert Kraft decimated the...
**CHARLES ROBINSON**


NFL Po Gruder Taylor' & the r
TERE2




2020 VOTING PLAYBOOK
PRESENTED BY YAHOO SPORTS
Register to vote with help from local sports stars
Get registered


The Associated Press · 16 minutes ago
**Broncos receivers facing big tests with Sutton sidelined**
With Pro Bowler Courtland Sutton out for the season, who is the Denver Broncos' No. 1 receiver? Top draft pick Jerry Jeudy might soon change that, but for now the Broncos are...


Ad · Teddy Feed.com
**Tragedy Behind American Chopper Is Getting Sadder**
When it premiered in 2003, few could have predicted the future of American Chopper.


**The Story of American Chopper is Pretty Sad**
Teddy Feed.com


**Tragic News That Come Out About American Chopper**
Teddy Feed.com

## Yahoo Sports NFL Experts



🏠 Home   Mail   News   Finance   Sports   Entertainment   Search   Mobile   More

Make it count! Voting Playbook presented by Yahoo Sports

**yahoo!** sports

Search Players and Teams 🔍

Sign in   ✉ Mail

Sports Home   Fantasy   NFL   NBA   MLB   NHL   NCAAF   Golf   Sportsbook   Videos   •••

NFL Home   Fantasy Football   Scores/Schedule   Watch NFL Live   Standings   Stats   Teams   Players   Odds   Yahoo Sports Experts   Video   Tickets   Shop Team Gear

NFL ⌄
All Scores

| Final | | Sun 1:00 PM | | Sun 1:00 PM | | Sun 1:00 PM | | Sun 1:00 PM | | Sun 1:00 PM | | Sun 1:00 PM | | Sun 1:00 PM | | Sun 1:00 PM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MIA | 31 | CHI | 2-0 | LAR | 2-0 | WAS | 1-1 | TEN | 2-0 | LV | 2-0 | SF | 1-1 | CIN | 0-2 | HOU | 0-2 |
| JAX | 13 | ATL | 0-2 | BUF | 2-0 | CLE | 1-1 | MIN | 0-2 | NE | 1-1 | NYG | 0-2 | PHI | 0-2 | PIT | 2-0 |

you may be entitled to a payment from a Class Action Settlement.
Visit www.WalmartWeightedGoodsSettlement.com to learn more.



## Cousins is holding the Vikings back right now

If Minnesota is going to return to the playoffs, it'll need QB Kirk Cousins to play far better. Meanwhile, Cam Newton is balling out for the Patriots. **Terez Taylor's 'Things I Noticed' »**

**Depleted Pats may be down another key man**

**The NFL probably can't punish Robert Kraft now**



**Panthers getting lots of betting action in Week 3**

1-3 of 18

### Headlines

🏈 Patriots down another man? Center David Andrews has broken thumb   1h

🏈 Fitzmagic is back: QB leads Dolphins past Gardner Minshew, Jaguars   6h

🏈 'Disgusting': Dak Prescott responds to lack of charges in Breonna Taylor's death   20h

🏈 NFL green-lights MetLife Stadium's turf after injury-riddled 49ers complain   19h

🏈 NFL Podcast: The real reason Russell Wilson hasn't received an MVP vote   1d


PRICE DROP   PRICE DROP   PRICE DROP

Easy 365-Day Returns
Fanatics



THE LINE UP

NFL Week 3 odds: Highest bet game at BetMGM is 49ers-Giants, team getting...

**FRANK SCHWAB**

With his prostitution charge dropped, Patriots owner Robert Kraft decimated the...

**CHARLES ROBINSON**

NFL Po Gruder Taylor' & the r

TERE


20 20 **VOTING PLAYBOOK**
PRESENTED BY YAHOO SPORTS

Register to vote with help from local sports stars

Get registered



The Associated Press • 16 minutes ago

### Broncos receivers facing big tests with Sutton sidelined

With Pro Bowler Courtland Sutton out for the season, who is the Denver Broncos' No. 1 receiver? Top draft pick Jerry Jeudy might soon change that, but for now the Broncos are...


Ad · Teddy Feed.com

### Tragedy Behind American Chopper Is Getting Sadder

When it premiered in 2003, few could have predicted the future of American Chopper.


**The Story of American Chopper is Pretty Sad**
Teddy Feed.com


**Tragic News That Come Out About American Chopper**
Teddy Feed.com

### Yahoo Sports NFL Experts

 



Home    Mail    News    Finance    Sports    Entertainment    Search    Mobile    More

# yahoo! news

Search | Search News | Search web

Andrew    Mail

 

News Home    Coronavirus    US    World    Politics    2020 Election    Health    Science    Originals    •••

Follow Us    t    y    f    



If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.



## Teen charged in Kenosha shootings fights extradition

A 17-year-old in Illinois accused of killing two protesters in Kenosha, Wis., on Friday fought his return to the state to face homicide charges that could send him to prison for life.

**Judge sets hearing for Oct. 9 •**




**Louisville police major: BLM will be 'washing our…**


**N. Korea's Kim apologizes over death of S. Korean**


**Feds to investigate after ballots found in dumpster**


**2 charged after COVID-19 deaths at nursing home**


**Vehicle runs through crowd of protesters in L.A.**



**U.S.** Yahoo News

### In wake of Gardner's suicide, special prosecutor offers new details about events leading up to James Scurlock shooting

One day before Jake Gardner fatally shot James Scurlock outside his bar in downtown Omaha, President Trump threatened to send the military to Minneapolis in response to violent clashes…



Ad  The Motley Fool

### AI: 35X Bigger Than Amazon?

WHAT in the world could be worth 35 Amazons? The answer is a radical breakthrough that Wired says is "the rocket fuel of the AI."


**AI Company Behind Amazon**
The Motley Fool


**One New "Rocket Fuel" Tech**
The Motley Fool

**World** Associated Press

The 360
Perspectives on the news



## Should the voting age be lowered to 16?

"Enfranchising 16-year-olds would be good for them and good for our democracy."

**Read the 360**



RAM    POWER DAYS

GET $7,300 IN TOTAL VALUES
ON A 2020 RAM 1500 BIG HORN OR LONE STAR CREW IN QUAD CAB WITH SELECT ENGINES

**LEARN MORE**

### Westhampton ∨

| Today | Sat | Sun | Mon |
|-------|-----|-----|-----|
| 74° 50° | 69° 58° | 73° 59° | 72° 60° |

NEW 2020 SUBARU



 **yahoo!** news

If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020, you may be entitled to a payment from a Class Action Settlement. Visit www.WalmartWeightedGoodsSettlement.com to learn more.

Search News     Search web

Andrew      Mail

News Home   Coronavirus   US   World   Politics   2020 Election   Health   Science   Originals   •••

Follow Us   t  ⓥ  f  ⓘ

## Health



USA TODAY

### Coronavirus updates: 2M deaths worldwide 'likely' before vaccine, WHO official says; Virginia Gov. Northam, wife test...

Virginia Gov. Ralph Northam and first lady Pamela Northam test positive. US deaths are projected to almost double by Jan. 1. Latest COVID-19 news.



Ad   Trump MAGA Committee

### The Corrupt Dem Accountability Survey

Democrats are Terrified. They Know That the Corruption They've Gotten Away with in Washington Is About to End. Submit Your Response Before 11:59 PM.



The New York Times

### What We Know About Coronavirus Cases in K-12 Schools So Far

Schools are not islands, and so it was inevitable that when students and teachers returned this fall to classrooms, coronavirus cases would follow them.But more than a month after the first...



Reuters

### Some northern hemisphere countries struggling to source more flu vaccines: WHO

Some northern hemisphere countries are having trouble obtaining additional flu vaccines amid increased demand, but health workers and the elderly should be prioritised in case of any...



USA TODAY

### When should students stay home due to COVID-19? Here's what to know

Knowing which students should stay home to stop the spread of the coronavirus isn't always easy. Here are five things families need to know.



Ad   Wayfair

### Darby Home Co Warburton 72" Double Bathroom Vanity Set

Shop Everything Home. All in One Place. Get FREE two day-shipping on thousands of items.

The 360
Perspectives on the news

## Should the voting age be lowered to 16?

"Enfranchising 16-year-olds would be good for them and good for our democracy."

Read the 360

Claim disclosure



TURN A BLACK DIAMOND INTO A BUNNY HILL. AVAILABLE TRAIL CONTROL.™*

2020 RANGER     BUILD & PRICE
                LEARN MORE

Westhampton ⌄

Today    Sat    Sun    Mon

74° 50°   69° 58°   73° 59°   72° 60°





WALMARTWEIGHTEDGOODSSETTLEMENT.COM

**Class Action Settlement**

Learn More






Search

Home   Find Friends   Create

Andrew

News Feed

Messenger

Watch

Marketplace

Explore

Voting Information …

Pages

Events

Groups

Fundraisers

See More...



**Amazon Prime Video** ✔
Sponsored · 🌐

What fresh hell is this? It's chaos as usual on the next episode of The Boys.



AMAZON ORIGINAL

They're close
to a breakthrough
at the Sage Grove Center.

🔇

AMAZON.COM
**New Episodes Friday**       Watch More
The Boys Season 2



👍❤️ 7.3K                          1.6K Comments   669 Shares

👍 Like        💬 Comment        ↪ Share

Sponsored                                    Create Ad





**Class Action Settlement**
walmartweightedgoodssettlement.com
If you purchased Weighted Goods from Walmart,
you may be entitled to payment.

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch
+

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2020



Andrew

**News Feed** ...

Messenger

Watch •

Marketplace

**Explore**

Voting Information ...

Pages

Events

Groups

Fundraisers

▼ See More...

 **Domino's Pizza** ✔
Sponsored · 🌐

···

We can hear your stomach growling from over here. 🎉 Get two or more medium 2-topping pizzas for $5.99 each. Order now at dominos.com.



👍❤ 3.6K

373 Comments 140 Shares

👍 Like          💬 Comment          ↪ Share

Sponsored                     Create Ad



**Class Action Settlement**
walmartweightedgoodssettlement.com
If you purchased Weighted Goods from Walmart, you may be entitled to payment.

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2020



## Explore

 **claims_notice**
Sponsored

· · ·



**Learn More** ›

♡  ○  ◁                                                    🔖

claims_notice If you purchased Weighted Goods from
Walmart, you may be entitled to payment.

Attachment 4

## Sponsored Search Listings - Keyword List

### Kukorinis v. Walmart Settlement

Walmart Settlement
Walmart Class Action
Walmart Lawsuit
Walmart Money Back
Walmart Weighted Goods
Overpay Weighted Goods
Walmart Overcharge
Weighted Goods Overcharge
Walmart Grocery
Weighted Goods Settlement
Weighted Goods Class Action
Weighted Goods Lawsuit
Walmart Produce
Walmart Beef
Walmart Pork
Walmart Poultry
Walmart Chicken
Walmart Fish
Walmart Litigation
Weighted Goods Litigation
Walmart Payment
Walmart Refund

Attachment 5

Google

walmart refund

| All | Shopping | News | Images | Videos | ⋮ More | | Settings | Tools |

About 25,100,000 results (0.69 seconds)

Ad · www.walmartweightedgoodssettlement.com/ ▾

**Walmart Class Action - Purchasers of Weighted Goods**

If you purchased weighted goods at Walmart, you could receive a payment.

www.walmart.com › help › article › refunds ▾

**Refunds - Walmart.com**

The merchandise may be returned and a cash **refund** provided if the **refund** value of the returned item is less than $25. The merchandise will be returned and a **Walmart** shopping card or gift card is provided if the **refund** value of the returned merchandise is equal to or greater than $25.



People also ask

| How long does Walmart take to refund? | ⌄ |
|---|---|
| How do I get a refund from Walmart? | ⌄ |
| Will Walmart give me a cash refund? | ⌄ |
| Can I get a refund from Walmart without a receipt? | ⌄ |

*Feedback*

www.walmart.com › help › article › how-do-i-get-a-ref... ▾

**How do I get a refund - Walmart.com**

How do I get a **refund**? If you return your item to a **Walmart** store or by mail, you should see the money appear on your original payment method within five ...

www.walmart.com › grocery › help › article › how-do-... ▾

**How do I get a refund - Walmart.com**



walmart grocery

All    Shopping    News    Maps    Books    More          Settings    Tools

About 430,000,000 results (0.88 seconds)

Ad · www.walmartweightedgoodssettlement.com/

**Class Action Settlement - Money Back to Walmart Shoppers**

Some Walmart shoppers may have been overcharged for weighted goods.

www.walmart.com › grocery

**Walmart Grocery - Walmart.com**

Shop Walmart's selection online anytime, anywhere. You can use the **Walmart Grocery** App and start shopping now. Choose a convenient pickup or delivery ...

**Walmart curbside pickup**
That's why we're offering curbside pickup & delivery: shop your ...

**Food & Grocery**
Shop for Food & Grocery in Shop by Brand.

**Walmart's Grocery Pickup**
Shop Walmart's selection online anytime, anywhere. You can ...

**Pickup Locations**
Order groceries online & pick up your order for free at your local ...

**Pickup & delivery**
Walmart curbside pickup & delivery. We know you have ...

**Favorites**
You'll love Favorites. Sign in or create an account to use your ...

More results from walmart.com »



Hours

See results about



Walmart
Retail company

walmart class action

Q All     ▷ Videos     🖾 Images     📰 News     More ▾     Anytime ▾

yahoo/mobile  Unlimited talk, data and text. $39.99/mo. Get started

Also try: walmart class action lawsuits 2020, walmart class action suits

Ad related to: walmart class action

**Walmart Class Action - Purchasers of Weighted Goods**
www.walmartweightedgoodssettlement.com
If you purchased weighted goods at **Walmart** , you could receive a payment.

---

Walmart agreed to pay $160 million to settle a securities class-action lawsuit filed
by the $502 million Pontiac (Mich.) General Employees' Retirement System,
confirmed Walmart spokesman Randy Hargrove in an email.

Reference:
Walmart to pay $160 million to settle securities class-action ...

---

People also ask

| | |
|---|---|
| What is the Walmart class action suit? | ⌄ |
| How many lawsuits against Walmart? | ⌄ |
| What is a class action lawsuit? | ⌄ |
| What happens to unclaimed settlement money? | ⌄ |

**Walmart class action lawsuit settlement - Top 7 Picks! [2020]**
www.returnpolicyguide.com/walmart-class-action... ▾
**Walmart** Class Action Says **Bill Payment Services** Aren't Reliable One of the Walmart
customers has accused the company of misinterpreting its bill paymentand said that the
company's bill payment service is not reliable. Also, the bill payments sent to him are not
carrying the right information.

**Walmart Ethics Shown in Class Action Employee Lawsuits**
www.thebalancesmb.com/walmart-classic-action... ▾
Dec 12, 2019 · **Walmart's** Legal Response to Employee **Class Action** Suits In 2009, **Walmart**
(WMT) found itself defending against a massive employee **class-action** suit in California when
a judge certified that **Walmart** broke the law by refusing to provide suitable seating for its
cashiers who requested it.

**Wal-Mart Stores, Inc. v. Dukes - Wikipedia**

walmart goods settlement

 digitaim...  **yahoo!**

Q All    🖾 Images    ▷ Videos    📰 News    More ⌄    Anytime ⌄

**yahoo/mobile** Unlimited talk, data and text. $39.99/mo. Get started

Ad related to: walmart goods settlement

### Class Action Settlement - Money Back to Walmart Shoppers
www.walmartweightedgoodssettlement.com
Some **Walmart** shoppers may have been overcharged for weighted **goods**.

MIAMI – Walmart Inc. agreed to settle a class action lawsuit that accused the
retailer of improperly labeling weighted goods — including beef, pork, poultry,
fish and other types of goods marked with unit pricing — when reducing the price
of those goods as they near their expiration dates.

Reference:
Walmart settles lawsuit alleging overcharges for meat I 2020 ...

---

People also ask

| | |
|---|---|
| What was the settlement for Walmart? | ⌄ |
| Did Walmart settle a class action lawsuit? | ⌄ |
| What was the settlement for E.S. v Walmart? | ⌄ |

---

### If you purchased Weighted Goods from Walmart in the United ...
finance.yahoo.com/news/purchased-weighted-goods... ⌄
MIAMI, Sept. 25, 2020 /PRNewswire/ --. What is the lawsuit about? The lawsuit claims that at
times **Walmart** improperly labeled "Weighted **Goods**" when it reduced the price of those
**goods** as they ...

### Walmart could owe you refund for meat overcharge - South ...
www.sun-sentinel.com/business/fl-bz-walmart-95... ⌄
Aug 11, 2020 · **Walmart** agreed to the **settlement** without admitting any wrongdoing, but
agreed to change how it prices and marks its weighted **goods**, terms of the **settlement** state.
Kukorinis filed his suit in...

### If you purchased Weighted Goods from Walmart in the United ...
news.yahoo.com/purchased-weighted-goods-walmart... ⌄
18 hours ago · A. **Walmart** will fund a Qualified **Settlement** Fund ("QSF") of between
$4,500,000 and, depending on the number of valid claims submitted, up to $9,500,000.The
QSF will be used to pay **Settlement** Class Members who submit a claim, and pay for the costs
of notice and administration of the **Settlement**, attorneys' fees and litigation expenses, and a
service award to the Class Representative.

Class Action Lawsuit Alleges Walmart Advertises False Unit

walmart class action

ALL   IMAGES   VIDEOS   MAPS   NEWS   SHOPPING

Also try:   walmart class action lawsuit 2018   ·   walmart class action lawsuit settlement

23,800,000 Results      Any time ▾

### Walmart Class Action - Purchasers of Weighted Goods
https://www.walmartweightedgoodssettlement.com ▾
Ad  If you purchased weighted goods at **Walmart**, you could receive a payment.

Walmart agreed to pay **$160 million** to settle a securities class-action lawsuit filed by the $502 million Pontiac (Mich.) General Employees' Retirement System, confirmed Walmart spokesman Randy Hargrove in an email.

### Walmart to pay $160 million to settle securities class ...
📰 www.pionline.com/article/20181029/ONLINE/181029835/walmart-to-pay-160-...

Was this helpful?  👍  👎

PEOPLE ALSO ASK

| | |
|---|---|
| What is the Walmart class action suit? | ⌄ |
| How many lawsuits against Walmart? | ⌄ |
| What is a class action lawsuit? | ⌄ |
| What happens to unclaimed settlement money? | ⌄ |

Feedback

### Walmart Ethics Shown in Class Action Employee Lawsuits
https://www.thebalancesmb.com/walmart-classic... ▾
Dec 12, 2019 · **Walmart's** Legal Response to Employee **Class Action** Suits In 2009, **Walmart** (WMT) found itself defending against a massive employee **class-action** suit in California when a judge certified that **Walmart** ...

### Walmart class action lawsuit settlement - Top 7 Picks! [2020]
https://www.returnpolicyguide.com/walmart-class-action-lawsuit-settlement ▾
Walmart Class Action Says **Bill Payment Services** Aren't Reliable One of the Walmart customers has accused the company of misinterpreting its bill paymentand said that the company's bill payment ...

### Wal-Mart Stores, Inc. v. Dukes - Wikipedia
https://en.wikipedia.org/wiki/Wal-Mart_Stores,_Inc._v._Dukes ▾

| ‹ | Overview | Background | Federal District Court | Court of Appeals | › |
|---|---|---|---|---|---|

Wal-Mart v. Dukes, 564 U.S. 338 (2011), was a United States Supreme Court case in which the Court ruled that a group of roughly 1.5 million women could not be certified as a valid class of plaintiffs in a class-action lawsuit for employment discrimination against Walmart. Lead plaintiff Betty Dukes, a Walmart

walmart goods settlement

ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS

45,200,000 Results    Any time ▾

## Class Action Settlement - Money Back to Walmart Shoppers
https://www.walmartweightedgoodssettlement.com ▾
Ad  Some **Walmart** shoppers may have been overcharged for weighted **goods**.



MIAMI – Walmart Inc. agreed to settle a **class action lawsuit** that accused
the retailer of improperly labeling weighted goods — including beef, pork,
poultry, fish and other types of goods marked with unit pricing — when
reducing the price of those goods as they near their expiration dates.

## Walmart settles lawsuit alleging overcharges for meat ...
⊕ www.meatpoultry.com/articles/23614-walmart-settles-lawsuit-alleging-overchar...

Was this helpful?  👍  👎

PEOPLE ALSO ASK

Did Walmart settle a class action lawsuit?                          ⌄

What was the settlement for Walmart?                                ⌄

What was the settlement for E.S. v Walmart?                         ⌄

Feedback

## If you purchased Weighted Goods from Walmart in the United ...
https://finance.yahoo.com/news/purchased-weighted... ▾
MIAMI, Sept. 25, 2020 /PRNewswire/ —. What is the lawsuit about? The lawsuit claims that at times
**Walmart** improperly labeled "Weighted **Goods**" when it reduced the price of those **goods** as they ...

## Walmart could owe you refund for meat overcharge - South ...
https://www.sun-sentinel.com/business/fl-bz... ▾
Aug 11, 2020 · **Walmart** agreed to the **settlement** without admitting any wrongdoing, but agreed to change
how it prices and marks its weighted **goods**, terms of the **settlement** state. Kukorinis filed his ...

## If you purchased Weighted Goods from Walmart in the United ...
https://news.yahoo.com/purchased-weighted-goods... ▾
18 hours ago · A. **Walmart** will fund a Qualified **Settlement** Fund ("QSF") of between $4,500,000 and,
depending on the number of valid claims submitted, up to $9,500,000.The QSF will be used to pay
**Settlement** Class Members who submit a claim, and pay for the costs of notice and administration of the
**Settlement**...

## Class Action Lawsuit Alleges Walmart Advertises False Unit ...

Attachment 6

# If you purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 and the Weighted Goods' unit sale price was not accurately reflected in the final sale price you could receive a payment from a class action settlement

English ▾

---

NEWS PROVIDED BY

**United States District Court for Southern District of Florida, Miami Division →**
Sep 25, 2020, 09:00 ET

---

MIAMI, Sept. 25, 2020 /PRNewswire/ --

**What is the lawsuit about?** The lawsuit claims that at times Walmart improperly labeled "Weighted Goods" when it reduced the price of those goods as they neared their expiration dates, allegedly causing instances where customers were overcharged for certain reduced-priced perishable goods and did not receive the full value of the goods purchased. Walmart denies these allegations and all liability regarding the claims asserted in the lawsuit. Neither the Court nor a jury have considered or decided the merits of the allegations in the lawsuit. The parties have negotiated and entered into the proposed Settlement to avoid the risk, uncertain outcome, expense and distraction of continued litigation.

**Who is included?** The Court has decided that any person who purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 whose Weighted Goods' unit sale price was not accurately reflected in the final sale price, is considered a Settlement Class Member.  "Weighted Goods" means beef, pork, poultry, fish and other types of goods marked with unit pricing and sold accordingly thereto.

**What does the Settlement provide?** The Settlement provides for the following relief:

A. Walmart will fund a Qualified Settlement Fund ("QSF") of between $4,500,000 and, depending on the number of valid claims submitted, up to $9,500,000.  The QSF will be used to pay Settlement Class Members who submit a claim, and pay for the costs of notice and administration of the Settlement, attorneys' fees and litigation expenses, and a service award to the Class Representative.

B. In exchange for the payment, the Class Representative and each Settlement Class Member who has not validly and timely requested exclusion from the Settlement will have fully, finally, and forever released any and all claims against Walmart relating to the nature of the lawsuit.

**What are your options?** Each Settlement Class Member is entitled to a monetary payment under the Settlement, but the actual amount will not be known until all Claims have been processed. To qualify for a payment from the Settlement, you must submit a Claim Form before **January 8, 2021**.  If you do not want a payment and do not want to be legally bound by the Settlement, you must exclude yourself with a timely and valid "Opt Out Letter" **postmarked no later than November 4, 2020**.  Unless you exclude yourself, you give up the right to sue Walmart for the same claims that this Settlement resolves.  You must exclude yourself from this Settlement Class to continue your own lawsuit.  If you are a Settlement Class Member, and have not excluded yourself from the Settlement, you can object to the Settlement if you don't like any part of it.  This objection must be **postmarked no later than November 4, 2020**.  The Court will hold a Fairness Hearing on **February 26, 2021**, to consider whether the Settlement is fair, reasonable and adequate and whether to approve attorneys' fees not to exceed $2,375,000 and litigation expenses not to exceed

$100,000, both from the QSF.  You may appear at the Fairness Hearing, but you are not required to attend. You may also hire your own attorney, at your own expense, to appear or speak for you at the hearing.  The Notice of Class Settlement available at the website explains how to ask the Court for permission to speak at the hearing.  For more information, call 1-855-424-1334 or visit www.WalmartWeightedGoodsSettlement.com.

SOURCE United States District Court for Southern District of Florida, Miami Division

Related Links

https://www.walmartweightedgoodssettlement.com/

# Si compró productos por peso en Walmart en los Estados Unidos entre el 13 de febrero de 2015 y el 26 de agosto de 2020 y el precio de venta por unidad no se reflejó en el precio final, podría recibir un pago gracias a un acuerdo de demanda colectiva

USA - español ▾

---

NEWS PROVIDED BY

**United States District Court for Southern District of Florida, Miami Division →**

Sep 25, 2020, 09:00 ET

---

MIAMI, 25 de septiembre de 2020 /PRNewswire-HISPANIC PR WIRE/ --

**¿De qué se trata esta demanda?** En la demanda se reclama que en ocasiones Walmart etiquetó incorrectamente "productos por peso" cuando bajó el precio de estos artículos porque se acercaba su fecha de expiración, lo que pudo haber causado que se cobrara de más a los clientes por ciertos artículos perecederos rebajados y que no recibieran el valor completo correspondiente de los productos comprados. Walmart niega estas denuncias y toda responsabilidad con respecto a las reclamaciones incluidas en la demanda. Ni la Corte ni ningún jurado han considerado o decidido los fundamentos de las reclamaciones en la demanda. Las partes han negociado y han entablado las conciliaciones propuestas para evitar el riesgo, los resultados inciertos, los gastos y las inconveniencias que supone un litigio en el tiempo.

**¿A quiénes incluye la demanda?** La Corte decidió que se considere miembro de la demanda colectiva a toda persona que haya comprado productos por peso en Walmart en los Estados Unidos entre el 13 de febrero de 2015 y el 26 de agosto de 2020 y a quien no se le haya reflejado correctamente el precio por unidad de los productos por peso en el precio final. "Productos por peso" hace referencia a carne vacuna, carne porcina, aves, pescados y otro tipo de productos que se etiquetan con un precio unitario y se venden de acuerdo con ese precio.

**¿Qué ofrece la demanda colectiva?** La demanda colectiva ofrece la siguiente reparación:

A. Walmart financiará un fondo calificado de conciliación (FCC) de entre USD 4.000.000 y USD 9.500.000 como máximo, según el número de reclamaciones válidas presentadas. El FCC se utilizará para pagar a los miembros de la demanda colectiva que presenten una reclamación y paguen el costo de notificación y administración de la demanda, los costos de abogados y litigios, y los honorarios por servicios prestados al representante del grupo.

B. A cambio del pago, el representante del grupo y cada miembro que no haya solicitado exclusión de la demanda en tiempo y forma, habrán renunciado por completo, finalmente y para siempre, a cualquier reclamación contra Walmart relacionada con la naturaleza de la demanda.

**¿Cuáles son sus opciones?** Cada miembro de la demanda colectiva tiene derecho a un pago monetario bajo las condiciones de la demanda. Sin embargo, el monto total no se conocerá hasta que se hayan procesado todas las reclamaciones. Para acceder al pago por la demanda, debe enviar un formulario de reclamación antes del **8 de enero de 2021**. Si no quiere recibir un pago y no quiere estar obligado legalmente por la demanda, debe excluirse mediante una carta de exclusión voluntaria presentada en tiempo y forma, **con sello postal no posterior al 4 de noviembre de 2020**. A menos que se excluya por cuenta propia, usted renuncia al derecho de demandar a Walmart por las mismas reclamaciones que resuelva esta demanda. Para seguir adelante con una demanda a título personal, debe excluirse de esta demanda colectiva. Si usted es miembro de la demanda colectiva y no se ha excluido de la demanda, podrá objetar

la demanda si no está de acuerdo con alguna parte de esta.  Esta objeción debe tener

un **sello postal no posterior al 4 de noviembre de 2020**.  La Corte celebrará una

audiencia de equidad el **26 de febrero de 2021** para evaluar si la demanda es justa,

razonable y adecuada, y para determinar que los costos de abogados no excedan los

USD 2.375.000 y los costos de litigio no excedan los USD 100.000, ambos

provenientes del FCC.  Usted podrá asistir a la audiencia de equidad, pero no es

obligación hacerlo. También puede contratar a su propio abogado, pagado por usted,

para que se presente o hable a su nombre en la audiencia.  En el anuncio de demanda

colectiva disponible en el sitio web se explica cómo solicitar a la Corte una

autorización para hacer uso de la palabra en la audiencia.  Para mayor información

comuníquese al teléfono 1-855-424-1334 o visite www.WalmartWeightedGoodsSettle-

ment.com.


FUENTE United States District Court for Southern District of Florida, Miami Division


Related Links

https://www.walmartweightedgoodssettlement.com/


SOURCE United States District Court for Southern District of Florida, Miami Division

# Attachment 7

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**TO:** **All those persons who purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 whose Weighted Goods' unit sale price was not accurately reflected in the final sale price.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

| **Vassilios Kukorinis, et al. v. Walmart Inc.** |
| --- |

**Case Name:**     *Vassilios Kukorinis, et al. v. Walmart, Inc.,* Case No. 1:19-cv-20592-JEM

**Class Period:**     February 13, 2015 through August 26, 2020

**Deadlines:**
- **Objections:** November 4, 2020
- **Exclusions:** November 4, 2020
- **Claim Filing:** January 8, 2021
- **Court Hearing on Fairness of Settlement:** February 26, 2021

**More Information:**

Walmart Weighted Goods Settlement          Toll Free: 1-855-424-1334
c/o Claims Administrator                          www.WalmartWeightedGoodsSettlement.com
PO Box 3015
Portland, OR 97208-3015

| Your Legal Rights and Options in this Settlement: | |
| --- | --- |
| **Submit a Claim Form** | In order to receive a monetary benefit from the Settlement, you must complete a Claim Form and mail it to the Claims Administrator or submit an online Claim Form on the settlement website on or before the Claim Filing Deadline. |
| **Exclude Yourself** | You have the right to exclude yourself from this Settlement. If you exclude yourself you will receive no payment, but you will not be giving up your legal claims against the Defendant. |
| **Object to the Settlement** | Write to the Court about why you don't like the Settlement. You may also appear at the fairness hearing. The Court will consider your objections whether or not you appear at the fairness hearing. |
| **Go to the Fairness Hearing** | Ask to speak in Court about the fairness of the Settlement. |
| **Do Nothing** | Get no payment. Give up rights. |

**These rights and options and the deadlines to exercise them are explained below.**

QUESTIONS? CALL 1-855-424-1334 OR VISIT WWW.WALMARTWEIGHTEDGOODSSETTLEMENT.COM

## BASIC INFORMATION

| 1.   What is the purpose of this Notice? |
|---|

The Court has granted preliminary approval of a class action settlement.

To be a part of this Settlement, you must meet the following definition of the Settlement Class:

> *All persons who purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 whose Weighted Goods' unit sale price was not accurately reflected in the final sale price.*

"Weighted Goods" means beef, pork, poultry, fish and other types of goods marked with unit pricing and sold accordingly thereto.

This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them. The Court in charge of the case is the United States District Court for the Southern District of Florida, Miami Division, and the case is known as *Vassilios Kukorinis, et al. v. Walmart, Inc.,* Case No. 1:19-cv-20592-JEM.

The Court authorized this notice because Settlement Class Members have a right to know about the proposed Settlement of the lawsuit, and about their rights and options, before the Court decides whether to approve the Settlement. If the Court approves it and after objections and appeals are resolved, an administrator appointed by the Court will disburse Settlement benefits allowed under the Settlement Agreement between the parties.

| 2.   What is this lawsuit about? |
|---|

The lawsuit claims that at times Walmart improperly labeled "Weighted Goods" when it reduced the price of those goods as they neared their expiration dates, allegedly causing instances where Plaintiff and other customers were overcharged for certain reduced-priced perishable goods and did not receive the full value of the goods purchased.

Walmart denies the Plaintiff's allegations and denies any and all wrongdoing or liability with respect to the claims asserted in the lawsuit.

Neither the Court nor a jury have considered or decided the merits of the allegations in the lawsuit. The parties have negotiated and entered into the proposed Settlement to avoid the risk, uncertain outcome, expense and distraction of continued litigation.

| 3.   Why is this a class action? |
|---|

In a class action, a person (or multiple people) called the "Class Representative" (in this case, Vassilios Kukorinis) sues on behalf of a "class" of all people who have the same or similar claims, depending on how the class is defined. One court resolves all the claims of the people who are or would be members of the class. When, as here, the class action settles, the members of the class become Settlement Class Members, except for those who elect to exclude themselves from the Settlement Class.

| 4.   Why is there a settlement? |
|---|

The Court did not decide in favor of the Plaintiff or Defendant. Instead, both sides agreed to a settlement in order to avoid the cost of a trial and the risk, expense and distraction of continued litigation. The Class Representative and the attorneys think the Settlement is best for everyone involved.

## WHO IS INCLUDED IN THE SETTLEMENT

| 5.   How do I know if I am part of the settlement? |
|---|

The Court has decided that, for settlement purposes, any person who purchased Weighted Goods from Walmart in the United States from February 13, 2015 to August 26, 2020 whose Weighted Goods' unit sale price was not accurately reflected in the final sale price, is considered a Settlement Class Member.  "Weighted Goods" means beef, pork, poultry, fish and other types of goods marked with unit pricing and sold accordingly thereto.

| 6.   I'm still not sure if I am included. |
|---|

If you are still not sure if you are included in the Settlement Class, you may speak with a claims specialist by calling the Claims Administrator toll-free at 1-855-424-1334.

## SETTLEMENT BENEFITS

| 7.   What does the settlement provide? |
|---|

The settlement provides for the following relief:

A. Walmart will fund a Qualified Settlement Fund of a minimum floor amount of $4,500,000 and, depending on the number of valid claims submitted, up to a maximum of $9,500,000. The Qualified Settlement Fund will be used to provide Settlement Class Members with the opportunity to submit a claim for a monetary payment and to pay for the costs of notice and administration of the settlement, attorneys' fees and litigation expenses, and a service award to the Class Representative.

B. In exchange for these settlement benefits, the Class Representative and each Settlement Class Member who has not validly and timely requested exclusion from the settlement shall be deemed to have fully, finally, and forever released any and all claims against the Defendant relating to the nature of the lawsuit.

| 8.   How much will my payment be? |
|---|

Each Settlement Class Member is entitled to a monetary payment under the Settlement, but the actual amount will not be known until the Claims Administrator has received and processed all of the timely and valid Claims after the close of the Notice period.  The Settlement Class Members will be sorted into three groups: 1) those who attest to the number of Weighted Goods they purchased, but do not have any receipts, packaging, or other documentation (the monetary payment for this group will be capped at a total of $10.00); 2) those who attest to the number of Weighted Goods they purchased and have receipts, but no packaging or other documentation to demonstrate how much they were overcharged (the monetary payment for this group will be capped at a total of $40.00); and 3) those who attest to the number of Weighted Goods they purchased and have receipts, packaging, and other documentation to demonstrate how much they were overcharged (the monetary payment for this group will not be capped).  Individual payments will be calculated on a pro rata basis, meaning the amount could be higher or lower depending on the number of claims submitted and ultimately approved.  Each Settlement Class Member may only choose one of the three groups and receive only one payment no matter how many Weighted Goods they may have purchased during the Settlement Class Period.

## HOW YOU GET A PAYMENT

| 9.   How can I get a payment? |
|---|

To qualify for a payment from the Settlement, you must be a Settlement Class Member and submit a Claim Form.  A Claim Form is included with the mailed Notice, and you also may obtain a Claim Form on the settlement website www.WalmartWeightedGoodsSettlement.com.  To submit your Claim Form, you may submit an electronic Claim Form online at the settlement website www.WalmartWeightedGoodsSettlement.com or mail a physical Claim Form to the Claims Administrator.  Claim Forms must be **postmarked or submitted online on or before January 8, 2021**. Failure to provide complete and accurate information could result in a denial of your claim.

| 10. When would I get my payment? |
|---|

The Court will hold a hearing on February 26, 2021 to decide whether to approve the settlement. If the settlement receives final approval, a payment in the form of a check will be mailed to approved claimants in a timely manner, provided there are no appeals of the Court's decision.  The checks will be mailed to the residential addresses provided on the submitted Claim Forms.  Please be patient – the process can take weeks or even months before the checks are ready to be mailed.

| 11. What am I giving up to stay in the Class? |
|---|

Unless you exclude yourself, you are staying in the Settlement Class, regardless of whether or not you submit a Claim Form.  This means that you will be bound by the release of claims set forth in the Settlement Agreement and can't sue, continue to sue, or be part of any other lawsuit against Walmart that pertains to the same legal issues in *this* case. It also means that all of the Court's orders will apply to you and legally bind you.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| 12. How do I exclude myself from the settlement? |
|---|

If you do not want a payment and do not want to be legally bound by the terms of the Settlement, you must exclude yourself by sending a timely and valid "Opt Out Letter" to the Claims Administrator. To be timely and valid, the letter must include the Settlement Class Member's full name and a statement that the Settlement Class Member requests to be excluded from the Settlement Class, and must also be signed and dated by the Settlement Class Member.  The request for exclusion must be mailed to the address below, **postmarked no later than November 4, 2020**:

Walmart Weighted Goods Settlement
c/o Claims Administrator
PO Box 3015
Portland, OR 97208-3015

You cannot exclude yourself on the phone or by e-mail. If you ask to be excluded, you are not eligible to receive any settlement payment, and you cannot object to the settlement; however you will not be legally bound by anything that happens in this lawsuit.

**13. If I don't exclude myself, can I sue for the same thing later?**

No. Unless you exclude yourself, you give up the right to sue Walmart for the same claims that this settlement resolves. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately. You must exclude yourself from this Settlement Class to continue your own lawsuit.

**14. If I exclude myself, can I receive payment from this settlement?**

No. If you exclude yourself from the settlement, you will no longer be entitled to payment. Do not send in a Claim Form if you also exclude yourself.

## THE LAWYERS REPRESENTING YOU

**15. Do I have a lawyer in this case?**

The Court has appointed attorneys John A. Yanchunis, Esq. and Ryan J. McGee, Esq. of the Morgan & Morgan law firm in Tampa, Florida as Settlement Class Counsel to represent you and other members of the Settlement Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**16. How will the lawyers be paid?**

Settlement Class Counsel will ask the Court to award them reasonable attorneys' fees in an amount not to exceed $2,375,000.00 (which is calculated from the Ceiling, of $9,500,000.00) from the Qualified Settlement Fund, and litigation expenses not to exceed $100,000.00, also to be paid from the Qualified Settlement Fund. If approved by the Court, Walmart will pay the attorneys' fees and litigation expenses as part of the Qualified Settlement Fund.

The attorneys' fees and litigation expenses requested will be the only payment to Settlement Class Counsel for their efforts in achieving this settlement and for their risk in undertaking this representation on a wholly contingent basis. To date, Settlement Class Counsel have not been paid for their services in conducting this litigation on behalf of the Class Representative and the Settlement Class, nor for their substantial expenses.

## OBJECTING TO THE SETTLEMENT

**17. How do I tell the Court that I don't like the settlement?**

If you're a Settlement Class Member, and have not excluded yourself from the settlement, you can object to the settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it, and the Court will consider your views. To object, you must send a letter to the Court and the Parties saying that you object to the settlement in *Vassilios Kukorinis, et al. v. Walmart, Inc.,* Case No. Case No. 1:19-cv-20592-JEM. To state a valid objection to the Settlement, an objecting Settlement Class Member must personally sign the objection and provide the following information in connection with and as part of any objection: (i) full name, current address, and current telephone number; (ii) documentation sufficient to establish membership in the Settlement Class; (iii) a statement of the position the objector wishes to assert, including the factual and legal grounds for the position and objection; and (iv) copies of any other documents that the objector wishes to submit in support of his/her/its position. In addition, the objecting Settlement Class Member must identify any previously filed objections filed by the Settlement Class Member and his/her/its counsel in any state or federal court. This listing must contain (i) the name of the case; (ii) the case number; (iii) the

court in which the objection was filed; and (iv) the outcome of the objection. This objection must be mailed to these three different places and must be **postmarked no later than November 4, 2020:**

| Clerk of the Court | Settlement Class Counsel | Defense Counsel |
|---|---|---|
| ATTN: Case No. 1:19-cv-20592-JEM<br>United States District Court<br>Southern District of Florida<br>Miami Division<br>400 North Miami Ave<br>Miami, Florida 33128 | John A. Yanchunis, Esq.<br>Ryan J. McGee, Esq.<br>Morgan & Morgan<br>201 N. Franklin St.<br>7th Floor<br>Tampa, Florida 33602 | Naomi Beer<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, CO 80202 |

### 18. What's the difference between objecting and excluding myself?

Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you do not exclude yourself from the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Class or the lawsuit. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

### 19. When and where will the Court decide whether to approve the settlement?

The Court will hold a Fairness Hearing on February 26, 2021, in the United States District Court for the Southern District of Florida, Miami Division Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Room 10-1, Miami, Florida 33128. At this hearing, the Court will consider whether the settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. The Judge will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the settlement.

### 20. Do I have to come to the hearing?

No. Settlement Class Counsel will answer questions the Judge may have. But, you are welcome to come at your own expense. If you submit an objection, you do not have to come to the Court to talk about it. As long as you delivered your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

### 21. May I speak at the hearing?

You may ask the Court for permission to speak at the fairness hearing. To do so, you must send a letter saying that it is your intention to appear in *Vassilios Kukorinis, et al. v. Walmart, Inc.,* Case No. 1:19-cv-20592-JEM. Be sure to include your name, address, telephone number and your signature. Your notice of intention to appear must be sent to the Clerk of the Court, Settlement Class Counsel, and Defense Counsel, at the addresses listed above by November 4, 2020. You cannot speak at the hearing if you exclude yourself from the Class.

### 22. What happens if the Court does not approve the Settlement?

If the Court does not enter an Order approving the Settlement, or if the Court enters an Order approving the Settlement but appellate review is sought and the Order is reversed and no final Order approving the Settlement is entered, the Settlement shall become null and void and the case will proceed as if the Settlement was never entered into.

# GETTING MORE INFORMATION

| **23. Are there more details about the settlement?** |
|---|

This Notice summarizes the proposed Settlement. More details are in the full version of the Settlement Agreement. You can obtain a copy of the Settlement Agreement from the settlement website, www.WalmartWeightedGoodsSettlement.com, or from the Clerk's office at the United States District Court for the Southern District of Florida, Miami Division Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Room 10-1, Miami, Florida 33128, during regular business hours.

| **24. How do I get more information?** |
|---|

If you would like more information about the Settlement, you can visit the settlement website, www.WalmartWeightedGoodsSettlement.com, or call the Claims Administrator toll free at 1-855-424-1334.

*It is your responsibility to inform the Claims Administrator*
*of address changes until your benefit is received.*

**DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS NOTICE.**

**T**RIBUNAL DE **D**ISTRITO DE LOS **E**STADOS **U**NIDOS PARA EL **D**ISTRITO **S**UR DE **F**LORIDA

**PARA:** **Todas las personas que compraron Productos por peso de Walmart en los Estados Unidos a partir del 13 de febrero de 2015 hasta el 26 de agosto de 2020, cuyo precio de venta unitario de Producto por peso no se reflejó correctamente en el precio de venta final.**

*Un tribunal federal autorizó esta notificación. Esto no es una solicitud de un abogado.*

| Vassilios Kukorinis, et al. v. Walmart Inc. |
| --- |

**Nombre del caso:**   *Vassilios Kukorinis, et al. v. Walmart, Inc.,* Caso N. º 1:19-cv-20592-JEM

**Periodo del grupo:**   Desde el 13 de febrero de 2015 hasta el 26 de agosto de 2020

**Fechas límite:**

- **Objeciones:** 4 de noviembre de 2020
- **Exclusiones:** 4 de noviembre de 2020
- **Presentación del reclamo:** 8 de enero de 2021
- **Audiencia Judicial sobre la Imparcialidad del Acuerdo:** 26 de febrero de 2021

**Más información:**

Walmart Weighted Goods Settlement
(Acuerdo de Productos por peso de Walmart)
Attn.: Claims Administrator (Administrador de reclamos)
PO Box 3015
Portland, OR 97208-3015

Número gratuito: 1-855-424-1334
www.WalmartWeightedGoodsSettlement.com

| Sus opciones y derechos legales en este acuerdo: | |
| --- | --- |
| **Presentar un Formulario de reclamo** | Para recibir un beneficio monetario del Acuerdo, debe completar un Formulario de reclamo y enviarlo por correo postal al Administrador de reclamos o enviar un Formulario de reclamos en línea en el sitio web del acuerdo hasta la Fecha límite para la presentación de reclamos, inclusive. |
| **Excluirse** | Usted tiene derecho a excluirse de este Acuerdo. Si se excluye, no recibirá pago, pero no renunciará a sus reclamos legales contra el Demandado. |
| **Objetar el Acuerdo** | Escriba al Tribunal para explicarle por qué no le gusta el Acuerdo. Usted también puede comparecer en la audiencia de imparcialidad del Acuerdo. El Tribunal considerará sus objeciones, independientemente de si comparece o no en la audiencia de imparcialidad del Acuerdo. |

¿**T**IENE ALGUNA PREGUNTA? **L**LAME AL **1-855-424-1334** O VISITE
WWW.**W**ALMART**W**EIGHTED**G**OODS**S**ETTLEMENT.COM

| Ir a Audiencia de Imparcialidad del Acuerdo | Solicite hablar en el Tribunal sobre la imparcialidad del Acuerdo. |
|---|---|
| **No realizar acción alguna** | No se obtiene pago alguno. Se renuncia a los derechos. |

**Estos derechos y opciones y las fechas límite para ejercerlos se explican a continuación.**

# INFORMACIÓN BÁSICA

### 1. ¿Qué propósito tiene esta Notificación?

El Tribunal otorgó la aprobación preliminar de un acuerdo de demanda colectiva.

Para ser parte de este Acuerdo, debe cumplir con la siguiente definición de Grupo de demandantes del Acuerdo:

> *Todas las personas que compraron Productos por peso de Walmart en los Estados Unidos a partir del 13 de febrero de 2015 hasta el 26 de agosto de 2020, cuyo precio de venta unitario de Producto por peso no se reflejó correctamente en el precio de venta final.*

"Productos por peso" se refieren a carne vacuna, porcina, aviar, pescado y otros tipos de productos marcados con precio unitario y que se venden de acuerdo con eso.

La presente notificación explica la demanda, el acuerdo, sus derechos legales, los beneficios que están disponibles, quién es elegible para recibirlos y cómo obtener dichos beneficios. El Tribunal a cargo del caso es el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Florida, División Miami, y el caso se conoce como *Vassilios Kukorinis, et al. v. Walmart, Inc.,* N. º de caso 1:19-cv-20592-JEM.

El Tribunal autorizó esta notificación porque los Miembros del grupo de demandantes del Acuerdo tienen derecho a estar informados con respecto al Acuerdo propuesto de la demanda y con respecto a sus derechos y opciones antes de que el Tribunal determine si aprobará o no el Acuerdo. Si el Tribunal lo aprueba, y una vez que las objeciones y apelaciones sean resueltas, un administrador designado por el Tribunal otorgará los beneficios del Acuerdo permitidos según el Acuerdo de conciliación entre las partes.

### 2. ¿De qué trata esta demanda?

La demanda reclama que en ciertas ocasiones Walmart etiquetó de manera inadecuada a los "Productos por peso" cuando redujo el precio de estos productos a medida que se acercaba su fecha de vencimiento, que supuestamente ocasionó instancias en las que al Demandante y otros clientes se les cobró un sobreprecio por ciertos productos perecederos de precio reducido y no recibieron el valor total de los productos comprados.

Walmart niega las acusaciones del Demandante, así como cualquier hecho ilícito o responsabilidad con respecto a los reclamos que se aseveran en la demanda.

Ni el Tribunal ni un jurado han considerado o decidido sobre los méritos de las acusaciones en la demanda. Las partes han negociado y celebrado el Acuerdo propuesto para evitar el riesgo, los resultados inciertos, gastos y distracción respecto del litigio continuo.

### 3. ¿Por qué es esta una demanda colectiva?

En una demanda colectiva, una persona (o personas múltiples) llamada "Representante del grupo de demandantes" (en este caso, Vassilios Kukorinis) entabla la demanda en representación de un "grupo"

de todas las personas que tuvieron el mismo reclamo o reclamos similares, según cómo se defina el grupo. Un tribunal resuelve todos los reclamos de las personas que son o serían miembros del grupo. Cuando, como en este caso, la demanda colectiva se resuelve, los miembros del grupo se convierten en Miembros del grupo de demandantes del Acuerdo, salvo por aquellos que eligen excluirse del Grupo de demandantes del Acuerdo.

| 4.   ¿Por qué hay un Acuerdo? |
| --- |

El Tribunal no ha resuelto ni a favor del Demandante ni del Demandado. En cambio, ambas partes aceptaron un acuerdo para evitar el costo de un juicio y el riesgo, los gastos y la distracción del litigio continuo. El Representante del grupo de demandantes y los abogados consideran que el Acuerdo es lo mejor para todas las partes involucradas.

## ¿QUIÉN ESTÁ INCLUIDO EN EL ACUERDO?

| 5.   ¿Cómo sé si formo parte del Acuerdo? |
| --- |

El Tribunal decidió que, a los fines del Acuerdo, se considera Miembro del grupo de demandantes del Acuerdo a todas las personas que compraron Productos por peso de Walmart en los Estados Unidos a partir del 13 de febrero de 2015 hasta el 26 de agosto de 2020, cuyo precio de venta unitario de Producto por peso no se reflejó correctamente en el precio de venta final. "Productos por peso" se refieren a carne vacuna, porcina, aviar, pescado y otros tipos de productos marcados con precio unitario y que se venden de acuerdo con eso.

| 6.   Aún no estoy seguro si estoy incluido. |
| --- |

Si aún no está seguro si está incluido en el Grupo de demandantes del Acuerdo, puede comunicarse con un especialista de reclamos llamando al Administrador de reclamos al número gratuito 1-855-424-1334.

## BENEFICIOS DEL ACUERDO

| 7.   ¿Qué proporciona el Acuerdo? |
| --- |

El Acuerdo proporciona los siguientes beneficios:

A. Walmart creará un Fondo del Acuerdo Calificado de una cantidad mínima de $4,500,000 y, según la cantidad de reclamos válidos presentados, hasta un máximo de $9,500,000. El Fondo del Acuerdo Calificado se usará para proporcionar a los Miembros del grupo de demandantes del Acuerdo la oportunidad de presentar un reclamo de pago monetario, y para pagar los costos de la notificación y administración del acuerdo, los honorarios de abogados y los gastos judiciales, así como la adjudicación del servicio al Representante del grupo de demandantes.

B. A cambio de estos beneficios del acuerdo, el Representante del grupo de demandantes y cada uno de los Miembros del grupo de demandantes del Acuerdo que no hayan solicitado la exclusión del acuerdo de manera válida y oportuna se considerará que eximen completa y finalmente, y para siempre de todo reclamo al Demandado respecto de la naturaleza de la demanda.

| 8.   ¿Cuál será el monto de mi pago? |
| --- |

Cada Miembro del grupo de demandantes del Acuerdo tendrá derecho a un pago monetario según el Acuerdo, pero el monto real no será conocido hasta que el Administrador de reclamos haya recibido y procesado todos los reclamos de manera válida y oportuna después del cierre del plazo de notificación.

Los Miembros del grupo de demandantes del Acuerdo serán divididos en tres grupos: 1) los que dan fe de la cantidad de Productos por peso que compraron, pero que no tienen ningún comprobante, embalaje u otra documentación (el pago monetario para este grupo tendrá un límite total de $10.00); 2) los que dan fe de una cantidad de Productos por peso que compraron y que tienen comprobantes, pero no tienen embalaje ni otra documentación para demostrar cuánto se les cobro en exceso (el pago monetario para este grupo tendrá un límite total de $40.00); y 3) los que dan fe de una cantidad de Productos por peso que compraron y tienen comprobantes, embalaje y otra documentación para demostrar cuánto se les cobró en exceso (el pago monetario para este grupo no tendrá límite). Los pagos individuales serán calculados de forma prorrateada, lo que significa que la cantidad podría ser superior o inferior según la cantidad de reclamos presentados y finalmente aprobados. Cada Miembro del grupo de demandantes del Acuerdo solo puede seleccionar uno de los tres grupos y recibir solo un pago, sin importar cuántos Productos por peso haya comprado durante el Período de la demanda colectiva del Acuerdo.

## ¿CÓMO OBTIENE UN PAGO?

### 9.   ¿Cómo puedo obtener un pago?

Para calificar para un pago del Acuerdo, debe ser un Miembro del grupo de demandantes del Acuerdo y presentar un Formulario de reclamo. Un Formulario de reclamo está incluido en la Notificación enviada por correo postal y usted también puede obtener un Formulario de reclamo en el sitio web del Acuerdo www.WalmartWeightedGoodsSettlement.com. Para presentar su Formulario de reclamo debe enviar un formulario de reclamo electrónico en línea al sitio web del acuerdo www.WalmartWeightedGoodsSettlement.com o enviar por correo postal un Formulario de reclamo impreso al Administrador de reclamos. Los Formularios de reclamos deben incluir **matasellos o enviarse en línea hasta el 8 de enero de 2021**, inclusive. El resultado de que no se proporcione información completa o precisa podría ser el rechazo de su reclamo.

### 10. ¿Cuándo obtendría mi pago?

El Tribunal celebrará una audiencia el 26 de febrero de 2021 para determinar si aprueba o no el acuerdo. Si el acuerdo recibe la aprobación final, un pago en forma de cheque será enviado por correo postal a los reclamantes aprobados oportunamente, siempre que no existan apelaciones de la decisión del Tribunal. Los cheques serán enviados por correo postal a los domicilios de residencia proporcionados en los Formularios de reclamo enviados. Por favor, sea paciente, el proceso puede demorar semanas e incluso meses antes de que los cheques estén listos para su envío por correo postal.

### 11. ¿A qué renuncio por quedarme en el Grupo de demandantes?

A menos que usted se excluya, permanece en el Grupo de demandantes del Acuerdo, sin importar si presentó o no su Formulario de reclamo. Esto significa que usted estará obligado por la liberación de los reclamos establecidos en el Acuerdo de conciliación y que no puede iniciar una demanda, proseguir con la demanda o ser parte de cualquier otra demanda contra Walmart vinculada con los mismos temas legales en *este* caso. También significa que todas las órdenes del Tribunal le serán aplicables y lo obligarán legalmente.

## EXCLUIRSE DEL ACUERDO

### 12. ¿Cómo me excluyo del acuerdo?

Si usted no quiere un pago y no quiere estar legalmente obligado por los términos del Acuerdo, usted debe excluirse enviando una "Carta de exclusión" oportunamente al Administrador de reclamos. Para

que el envío sea oportuno y válido, la carta debe incluir el nombre completo del Miembro del grupo de demandantes del Acuerdo y una declaración de que el Miembro del grupo de demandantes del Acuerdo solicita ser excluido del Grupo del Acuerdo y, también, debe estar firmada y fechada por el Miembro del grupo de demandantes del Acuerdo. La solicitud de exclusión debe enviarse por correo postal a la dirección siguiente con **matasellos a más tardar el 4 de noviembre de 2020**:

Walmart Weighted Goods Settlement (Acuerdo de Productos por peso de Walmart)
Attn.: Claims Administrator (Administrador de reclamos)
PO Box 3015
Portland, OR 97208-3015

No puede realizar su exclusión por teléfono ni por correo electrónico. Si solicita excluirse, usted no es elegible para recibir ningún pago del acuerdo, y no puede objetar el acuerdo; no obstante, usted no estará legalmente obligado por nada de lo que ocurra en esta demanda.

### 13. Si no me excluyo, ¿puedo demandar por el mismo motivo más adelante?

No. A menos que se excluya, usted renuncia al derecho de demandar a Walmart por los reclamos que resuelve este Acuerdo. Si usted tiene una demanda pendiente, hable de inmediato con el abogado que lo representa en dicha demanda. Debe excluirse de este Grupo de demandantes del Acuerdo para continuar con su propia demanda.

### 14. Si me excluyo, ¿puedo recibir el pago de este acuerdo?

No. Si se excluye de este acuerdo, ya no tendrá derecho al pago. No envíe un Formulario de reclamo si también se excluye.

## LOS ABOGADOS QUE LO REPRESENTAN

### 15. ¿Cuento con un abogado en este caso?

El Tribunal ha designado a los abogados John A. Yanchunis y Ryan J. McGee de la firma de abogados Morgan & Morgan en Tampa, Florida, como Abogado del grupo de demandantes del Acuerdo para representarlos a usted y a otros miembros del Grupo de demandantes del Acuerdo. No se le cobrará por estos abogados. Si desea ser representado por su propio abogado, puede contratarlo por cuenta propia.

### 16. ¿Cómo se pagará a los abogados?

El Abogado del grupo de demandantes del Acuerdo solicitará al Tribunal que otorgue los honorarios de abogados razonables por un monto que no supere los $2,375,000.00 (que se calcula desde el tope de $9,500,000.00) del Fondo del Acuerdo Calificado, y gastos judiciales que no superen los $100,000.00, que también se pagarán del Fondo del Acuerdo Calificado. Si es aprobado por el Tribunal, Walmart pagará los honorarios de abogados y gastos judiciales como parte del Fondo del Acuerdo Calificado.

Los honorarios de abogados y gastos judiciales que se solicitan constituirán el único pago a los Abogados del grupo de demandantes del Acuerdo por el esfuerzo dedicado a lograr este acuerdo y por el riesgo de emprender esta representación puramente sobre una base contingente. Al día de la fecha, el Abogado del grupo de demandantes del Acuerdo no ha recibido pago por sus servicios para llevar a cabo esta demanda en representación del Representante del grupo de demandantes y del Grupo de demandantes del Acuerdo ni por sus gastos sustanciales.

## CÓMO OBJETAR EL ACUERDO

### 17. ¿Cómo le digo al Tribunal que no me gusta el Acuerdo?

En caso de que usted sea un Miembro del grupo de demandantes del Acuerdo, y no se excluya del Acuerdo, puede objetar el Acuerdo, si no le gusta cualquiera de sus partes. Puede exponer los motivos por los que considera que el Tribunal no debe aprobarlo y el tribunal considerará sus puntos de vista. Para realizar una objeción, debe enviar una carta al Tribunal y a las Partes, que diga que usted objeta el acuerdo en *Vassilios Kukorinis, et al. v. Walmart, Inc.,* N. º de caso 1:19-cv-20592-JEM. Para indicar una objeción válida al Acuerdo, un Miembro del grupo de demandantes del Acuerdo debe personalmente firmar la objeción y proporcionar la siguiente información en relación con cualquier objeción y como parte de esta: (i) nombre completo, domicilio y número de teléfono actuales (ii) documentación suficiente para establecer participación en el grupo de demandantes del Acuerdo (iii) una declaración de que el que objeta desea testificar, incluyendo las causales de hecho y derecho para la posición y objeción; y (iv) copias de cualquier otro documento donde se indique que el que hace la objeción desea realizar una presentación para apoyar su posición. Además, el Miembro del grupo de demandantes del Acuerdo que objeta debe identificar cualquier objeción previamente presentada por el Miembro del grupo de demandantes del Acuerdo y su abogado en cualquier tribunal estatal o federal. Este listado debe contener (i) el nombre del caso; (ii) el número de caso; (iii) el tribunal en el cual se presenta la objeción; y (iv) el resultado de la objeción. Esta objeción debe ser enviada por correo postal a estos tres lugares diferentes y debe tener un **matasellos con fecha a más tardar del 4 de noviembre de 2020:**

| Clerk of the Court (Secretario del Tribunal) | Settlement Class Counsel (Abogado del grupo de demandantes del Acuerdo) | Defense Counsel (Abogado defensor) |
|---|---|---|
| ATTN: Case No. 1:19-cv-20592-JEM United States District Court Southern District of Florida Miami Division 400 North Miami Ave Miami, Florida 33128 | John A. Yanchunis, Esq. Ryan J. McGee, Esq. Morgan & Morgan 201 N. Franklin St. 7th Floor Tampa, Florida 33602 | Naomi Beer GREENBERG TRAURIG, LLP 1144 15th Street, Suite 3300, Denver, Colorado 80202 |

### 18. ¿Cuál es la diferencia entre objetar y excluirse?

Objetar es simplemente decirle al Tribunal que hay algo del Acuerdo que no le agrada. Puede objetar únicamente si usted no se excluye del Grupo de demandantes del Acuerdo. Excluirse es decirle al Tribunal que no quiere ser parte del Grupo de demandantes o de la demanda. Si se excluye, no tiene fundamento para objetar debido a que el caso ya no le afecta.

## AUDIENCIA DE IMPARCIALIDAD DEL ACUERDO DEL TRIBUNAL

### 19. ¿Cuándo y dónde determinará el Tribunal si aprueba o no el Acuerdo?

El Tribunal celebrará una Audiencia de Imparcialidad el 26 de febrero de 2021 en el United States District Court for the Southern District of Florida, Miami Division Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Room 10-1, Miami, Florida 33128. En esta audiencia, el Tribunal tendrá en cuenta si el Acuerdo es justo, razonable y adecuado. En caso de que haya

objeciones, el Tribunal las tendrá en cuenta. El Tribunal escuchará a las personas que hayan solicitado hablar en la audiencia. Después de la audiencia, el Tribunal decidirá si aprueba o no el acuerdo.

## 20. ¿Debo asistir a la audiencia?

No. Los Abogados del grupo de demandantes del Acuerdo responderán a las preguntas que pueda tener el Juez. Sin embargo, puede asistir por cuenta propia. Si envía una objeción, no es necesario que asista al Tribunal para hablar al respecto. Siempre y cuando usted haya entregado su objeción por escrito a tiempo, el Tribunal la tendrá en cuenta. También puede pagarle a su propio abogado para que asista, pero no es necesario.

## 21. ¿Puedo hablar en la audiencia?

Podrá solicitar el permiso del Tribunal para hablar en la Audiencia de imparcialidad. Para hacerlo, debe enviar una carta donde se establezca su intención de comparecer en *Vassilios Kukorinis, et al. v. Walmart, Inc.,* N. º de caso 1:19-cv-20592-JEM. Asegúrese de incluir su nombre, domicilio, número de teléfono y su firma. Su notificación de intención de comparecer se debe enviar al Secretario del tribunal, Abogado del grupo de demandantes del Acuerdo y al Abogado defensor a la dirección indicada anteriormente a más tardar el 4 de noviembre de 2020. No puede hablar en la audiencia si se excluye del Grupo de demandantes.

## 22. ¿Qué sucede si el Tribunal no aprueba el Acuerdo?

Si el Tribunal no ingresa una Orden de aprobación del Acuerdo, o si el Tribunal ingresa una Orden donde aprueba el Acuerdo, pero se exige la revisión de la apelación y la Orden se revierte y no se ingresa una Orden final para la aprobación del Acuerdo, el Acuerdo será nulo y el caso proseguirá como si el Acuerdo nunca se hubiera celebrado.

# CÓMO OBTENER MÁS INFORMACIÓN

## 23. ¿Hay más detalles referentes al Acuerdo?

Esta Notificación resume el Acuerdo propuesto. Consulte más detalles en la versión completa del Acuerdo de conciliación. Usted puede obtener una copia del Acuerdo de conciliación en el sitio web del acuerdo www.WalmartWeightedGoodsSettlement.com, o en la oficina del Secretario en el United States District Court for the Southern District of Florida, Miami Division Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Room 10-1, Miami, Florida 33128, durante las horas de atención normales.

## 24. ¿Cómo obtengo más información?

Si usted desea más información acerca del Acuerdo, puede visitar el sitio web del acuerdo www.WalmartWeightedGoodsSettlement.com o llamar al Administrador de reclamos al número gratuito 1-855-424-1334.

*Es su responsabilidad informar al Administrador de reclamos*
*acerca de los cambios de domicilio hasta que reciba su beneficio.*

**NO SE COMUNIQUE CON EL TRIBUNAL PARA HACER PREGUNTAS SOBRE ESTA NOTIFICACIÓN.**