UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION
Case No. 1:19-CV-20592-MARTINEZ/OTAZO-REYES

*VASSILIOS KUKORINIS, on behalf of himself and those similarly situated,*

*Plaintiff, v.*

*WALMART, INC., a Delaware corporation*

*Defendant.*



## OPPOSITION TO MOTION FOR FINAL APPROVAL BY INDISPUTABLE OBJECTOR STEVEN HELFAND & OPPOSITION TO NON-FILED AND NON-NOTICED "MOTION TO STRIKE" MADE WITH NO FOUNDATION AND CONTRARY TO PREVIOUSLY PRODUCED EVIDENCE; REQUEST FOR DISQUALIFICATION OF JOHN YANCHUNIS FOR MISLEADING THE COURT AND THE CLASS.

1. *Morgan and Morgan* ["*Morgan*"] harbors *animosity* towards Objector and absent Class member, Steven F. Helfand ["*Helfand*"]. Helfand is the so-called *"squeaky wheel in this case,"* and an absent class member, provably, to boot. [See **Exhibit A, receipts from Walmart for meat in question and Helfand's status as a Walmart customer**].[1] And for little wonder.

2. Both Helfand and this Court blew the *"whistle"* on *Morgan*. *Morgan* had recklessly attempted to block public access to judicial records. In this regard, *Morgan* attempted to, fundamentally, violate the Constitution and well-accepted notions of judicial transparency.[2] Walmart's counsel were, unwitting accomplices to *Morgan's* misadventures and, likely, were,

---

[1] If Helfand's evidence is insufficient to establish class membership, the settling parties must explain specifically, what else could possibly constitute the best evidence. This raises questions about the claims process, and how many claims will actually get approved, if the evidence Helfand has is somehow, deemed, insufficient, in spite of clear demonstration of class membership.

[2] In doing so, *Morgan* was found to be more about ***them***, than *"the people,"* or the Class it ostensibly seeks, inconsistently, now, to represent.

duped. Walmart likely believed that the named Plaintiff had, in fact, authorized the proposed settlement; prior to submittal of preliminary approval pleadings.

3. Outrageously, even after *Morgan's* story collapsed, fully and publicly, *Morgan* sought to stymie the public from uncovering the true extent of their own neglect, incompetence, and malpractice in failing to get client authorization. *Morgan* **lied** to the press about what happened, at least, according to the named Plaintiff. Walmart, wisely, had *"no-comment."*

4. Indeed, after the named representative *"blew the whistle"* on Mr. Yanchunis, too, *Morgan* sought to engage in the, initial, *cover-up*. *Morgan* first attempted to hide all the evidence from public view while obstructing justice. Never mind, the *declaration Morgan* sought to hide was from its own client's regarding complaints about Mr. Yanchunis. The named representative, unquestionably, sought to alert the rest of the class and the Court, something was amiss.[3] Given the inattention from *Morgan*, he had no other choice. The named Plaintiff's actions were entirely appropriate under the circumstances.

5. Regrettably to say, at the subsequent hearing demanded by the Court, Mr. Yanchunis further misled the Court, the Class and the general public.[4] Never mind, Mr. Yanchunis argued mediation privilege, falsely, to this Court, when no, meaningful, aspects of mediation privilege were implicated by the underlying filing. ***Nor could it have, given the gist was that the named***

---

[3] This Court never had a basis to strike or seal the declaration pursuant to Rule 23. Local Rules do not trump due process. The Court recognized the problem and then held an open hearing. Unfortunately, there was a lack of candor by attorneys from both *Morgan* and Walmart.

[4] These actions are entirely abhorrent and inconsistent with the fiduciary obligations of putative or appointed class attorneys. A fee forfeiture is the appropriate remedy should this Court, nevertheless, approve this settlement. *Morgan* and Mr. Yanchunis, in particular, through their actions, triggered an irreconcilable conflict of interest with both the class and the named Plaintiff. This conflict is not and cannot be waived.

***Plaintiff was not invited to the second mediation, and learned about the proposed settlement months later.***

6. Never mind, Mr. Yanchunis asserted, falsely, attorney work product, when the *only* work product disclosed in the underlying declaration was that from his own client, and completely irrelevant to his non-communication complaint about *Morgan*.

7. Never mind, Mr. Yanchunis asserted, falsely, attorney client privilege, when the sole motivation of the *"whistle-blower's" declaration* was, plainly, the named representative's claims of **non-communication** with Mr. Yanchunis and *Morgan*.

8. Specifically, the named Plaintiff indicated he never authorized the preliminary approval motion, never attended, nor was invited to the second mediation session, and never authorized the settlement. The named Plaintiff asserted he learned about the proposed settlement not through his attorneys; but, rather, this Court's docket. These are not communications subject to any genuine privilege or work product protection. Mr. Yanchunis simply was not candid, then or now.

9. Moreover, the *Morgan* request for sealing was, at best, far to ***over-inclusive.*** At worst, the *Morgan* request was a purposefully calibrated effort to try and mislead the Class at the expense of the named Plaintiff and general public.

10. If this were not all, sufficiently, disappointing, there was no basis for Mr. Yanchunis, other than *his own* personal embarrassment and potential loss of fees, to seal the declaration, in part or fully.

11. But Mr. Yanchunis then, recklessly, ***doubled-down.*** Even when it was or should have been abundantly clear there was no basis for the continued *cover-up*, *Morgan* attempted to, also,

seal a *declaration* submitted by Helfand (attaching the named Plaintiff's *declaration obtained freely from the public web and several news stories*). Helfand's *declaration* revealed the issue of sealing was, at least, now, moot. Helfand and the Court ultimately blew the lid on improprieties alleged by the named Plaintiff against *Morgan* which cannot be swept under the rug. If Walmart wants this deal approved, *"no-comment,"* no longer suffices.

12. Helfand filed the underlying *declaration* crafted by the named Plaintiff on the docket; **<u>but only after it was already widely disclosed publicly to establish that the only secrecy of these issues existed only on this docket</u>**. But never mind, Mr. Yanchunis failed, after the document was already publicly disseminated, and he had already, well-beforehand, commented to the press on these subjects, to alert the court that *"the cat was out of the bag;"* and that the issue was entirely, moot.[5] We all know the deal never had client consent (the named Plaintiff never even signed the *Settlement Agreement*); and *Morgan* skipped this Court's explicit invitation to clean up the mess at final approval stage, *Morgan* was solely responsible for creating.

13. Never mind, that in spite of seeking *extra* pages, no light is shed on any of the key elements or deficiencies, including, as to why Mr. Yanchunis made what may be, sadly, a variety of ***demonstrably*** false claims in the first place.[6] Nor is light shed discussing issues of Mr. Yanchunis' own, let alone, the named representative's adequacy under these circumstances. Helfand believes the named representative was adequate. It is his counsel who were not. Mr.

---

[5] Only Helfand did so, only to be accused, wrongly, of *"underhanded litigation"* tactics by this Court. The Court erred and should retract the statements impugning Helfand.

[6] The named Plaintiff previously testified he never approved the settlement. He was not invited to the second, mediation. The motion for preliminary approval was without authorization or consent. The named Plaintiff was unable to properly supervise this case, because *Morgan* failed to include the named Plaintiff on all key decisions. *Morgan* made a mockery of the need for a named Plaintiff in the first place. Why bother?

Yanchunis should be disqualified and *Morgan* should forfeit its entire fee. Their fees calculable should be awarded and then struck in full, and *Morgan* should absorb the costs of class *Notice* and any case-related expenses. Class attorneys cannot mishandle a named Plaintiff and the class, and still get paid.

14. In the meantime, in spite of Mr. Yanchunis' inattention, Helfand tried to resuscitate the settlement. Helfand invited John Morgan, into this case, to try and supervise Mr. Yanchunis and clear up what occurred. This was all ignored. Supplemental notice to the class should have been implemented at either Mr. Yanchunis' or Walmart's sole expense, with Mr. Morgan's and this Court's approval. There is still time to get this right.

15. Putting all this aside, Morgan, now, and without, foundation, and, lamely, contrary to existing evidence and meet and confer demands by Helfand, seeks to somehow *"strike"* Helfand's objection; but has not bothered with a genuine, motion.[7]

16. But even if *Morgan* followed the rules, Helfand is, provably, no matter, any prior, alleged, foibles or *"run-in's"* with Magistrate Judge Goodman or any other Court, an absent class

---

[7] The Court on February 8, 2021, gently chided *Morgan*, indicating, that at least, minimalistic notice, presumably to Helfand, is required. These are not $1,000 an hour attorneys. Their inattention and recklessness is confirmed by the record, *repeatedly*.

member.[8]  Some of Helfand's *"prior run-in's"* have resulted in district court's and settling parties going off the road.

Respectfully submitted by:

Dated: February 9, 2021

Steven F. Helfand
*In pro se*
1400 SW 137th Avenue, F112
Pembroke Pines, Fl 33027
786.676.1018

---

[8] Helfand will not impugn Magistrate Judge Goodman. He is a good judge and a great writer. Some, but not all of his remarks, were inappropriate and wrong. Judge Goodman should have permitted Helfand to defend himself. Helfand did not wish to turn the *Prevagen* case into a case about fundamental, due process, which Helfand could and perhaps, should, have, done, which would not have been, in the interests of the class. In any event, Helfand *apologized*, in writing to Judge Goodman for any real or imagined shortcomings. Yet, Mr. Yanchunis has never once apologized for making misrepresentations in this Court or failing to include his own, singular, client in the second mediation, session. There is no excuse. Helfand will not be impugned in this case to serve as a distraction for *Morgan* and Mr. Yanchunis. That is why neither Mr. Yanchunis nor *Morgan* offers one. As bad as Helfand is portrayed, Mr. Yanchunis, is far and provably, *worse*.  **<u>Mr. Yanchunis purported to and did settle a class action without client consent. Worse, Walmart's counsel, Mark Salky never indicates when and what he knew. A declaration from Mr. Salky setting forth what his understanding was as to the named plaintiff's approval and lack of attendance at the second mediation session would be helpful.</u>** **Absent a more full and candid disclosure from Messrs. Salky and Yanchunis, this case wreaks of collusion in the simplest terms. The deal cannot be approved given the preliminary approval motion never had client consent in the first place and all consequential issues remaining are inexplicably, left unexplained.**

## DECLARATION OF STEVEN F. HELFAND

1. I am over the age of 18 and make this declaration on my on personal knowledge.

2. I am an absent class member. I have attached records hereto, that Walmart always possessed and where previously offered to Mr. Yanchunis. There was no follow-up. I offered to sit for deposition. No follow up. No discovery was served on me, and the settling parties did not request documents. Presumably, Walmart, always, knew, I was a class member. This is because, in addition to in store purchases on multiple occasions during the class period, I ordered, online.

3. Class counsel is correct in noting that I typically did not keep receipts for purchases, especially for food. Nobody does. I also suffered an insurance casualty, destroying all of my personal property on November 6, 2019. But I do have receipts from Walmart showing weighted goods purchases. Nobody keeps the labels that are affixed to meat labels. It would be unsanitary.

4. But, through the Apple iCloud, I recovered documents sent to me from Walmart. These documents show, weighted goods purchases from Walmart. These are my documents, sent to me, at my email to: s.helfand@icloud.com, by Walmart, in the ordinary course of Walmart's business. I have not altered the records. They are preserved and Walmart can confirm genuineness. The materials are all genuine.

5. The goods where delivered to my address, where I resided at the time, 888 Biscayne Blvd., Unit 2712, Miami, Fl, 33023. I do have records and proof of my status as a class member. My objection cannot be struck. I was aggrieved, because I was cheated by Walmart in the same manner as the named Plaintiff. One reason I stopped ordering from Walmart was the quality of the meat (very low) and there never seemed to be the correct amount when measured (meaning, I

was overcharged for meat in a similar manner to that alleged by the named Plaintiff) and getting what was paid for. I am also aggrieved, because I was overcharged by Walmart. I am part of this class, whether, the settling parties like it or not.

6. This declaration is submitted under penalty of perjury under the laws of the United States of America. It is executed in Broward County, Florida on February 9, 2021.

/s/ _____

Steven Franklyn Helfand

From: **Walmart Grocery** grocery-wmt@walmart.com
Subject: steven, welcome to Delivery Unlimited
Date: July 26, 2019 at 7:11 PM
To: s.helfand@icloud.com




# Delivery Unlimited Trial

**Hi steven,**

Welcome – we're excited you're trying Delivery Unlimited for the next 15 days! Order online or use the app on-the-go, and leave the shopping to us.

**Here's an overview for your records:**

Trial expiration: **08/11/19 03:59 am EDT**
Selected plan: **Monthly**
Payment due: **08/11/19**
Payment amount: **$9.95 + applicable tax**

After the 15-day trial, we will charge your credit card the fee above on a recurring basis for the selected term at the fee then in effect until you cancel. To avoid charges for a new term, you must cancel before the end of the current term. Contact Customer Care or visit your Account to cancel. No refunds on any plan. Subject to complete Terms.

Thanks for shopping Walmart Grocery,
*Customer Care*

Shop now



### Questions?
Email Customer Care or call **(800) 924-9206.**



My Account   Go shopping   Help   Contact Us

Stay Connected      

*Exhibit A*

Please note that product prices and availability are limited-time and are subject to change.

Do not reply to this email. The mailbox is not monitored. If you require assistance, please click here for help.

Security & Privacy
Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email newsletter. If you receive such a request, please do not respond to the email. Learn more. See our Privacy Policy.

Email Marketing, Walmart.com. 850 Cherry Avenue, San Bruno, CA 94066

© 2019 Walmart Stores, Inc. All rights reserved.

From: **Walmart Grocery** grocery-wmt@walmart.com
Subject: **We got your delivery order, steven**
Date: **July 26, 2019 at 7:14 PM**
To: s.helfand@icloud.com





**View Order**

Order 7478196586268

# We got your order, steven

DELIVERY TIME
**Sat, Jul 27 between 6 - 7 PM**

DELIVERY ADDRESS
**888 Biscayne Boulevard**
2712
Miami FL 33132

ORDER **7478196586268**

 We'll let you know when your order is on the way. Someone 18 years or older must be present to sign for the order. ID required for alcohol delivery.

INSTRUCTIONS

 Be sure you're at the delivery address at the scheduled time

 Sign for your order when it arrives

 Rate your delivery experience

### Forgot something?
Make changes anytime until 1:45 am on Sat, Jul 27.

Make Changes



ORDER SUMMARY

| ITEM | QTY or WEIGHT | ALLOW | PRICE |
|------|---------------|-------|-------|

| | | | SUBSTITUTIONS? | |
|---|---|---|---|---|
| | Fresh Corn on the Cob, color varies, each | 6 | | $2.40 |
| | Freshness Guaranteed Chocolate Chunk Cookies, 14 oz, 10 Count | 1 | | $3.98 |
| | Freshness Guaranteed Persian Cinnamon Rolls, 6 Count | 1 | | $2.97 |
| | Freshness Guaranteed Blueberry Muffins, 14 oz, 4 Count | 1 | | $3.98 |
| | Pork Center Cut Loin Chops Bone-In, 1.1 - 1.75 lb | 1 | | $7.65 |
| | Tyson All Natural* Pork Baby Back Ribs Bone-In, 2.69 - 4.0 lb | 1 | | $10.96 |
| | Nature's Own Honey Wheat Bread 20 oz. Bag | 1 | | $2.88 |
| | Popsicle Ice Pops Sugar Free Tropicals 18ct | 1 | | $3.47 |
| | Klondike Classic Vanilla Ice Cream Sandwiches, 6 ct | 1 | | $3.50 |
| | OUTSHINE No Sugar Added Strawberry, Tangerine & Raspberry Frozen Fruit Bars, 12 Ct. Box | Gluten Free | 1 | | $4.98 |
| | OUTSHINE Strawberry Frozen Fruit Bars, 6 Ct. Box | Gluten Free | Non GMO | 1 | | $3.48 |
| | DRUMSTICK Vanilla, Vanilla Fudge & Vanilla Caramel Crunch Dipped Cones Ice Cream Cones Variety Pack 8 ct Box | 1 | | $5.97 |
| | Good Humor Ice Cream & Frozen Desserts Strawberry Shortcake Bar, 6 ct | 1 | | $3.48 |
| | Beef Choice Angus New York Strip Steak Thin, 0.54 - 1.25 lb | 1 | | $14.96 |
| | Beef Choice Angus Ribeye Steak Thin, 0.43 - 1.15 lb | 1 | | $13.54 |
| | 80% Lean/20% Fat, Ground Beef Chuck, 1 lb | 1 | | $4.47 |
| | Diet Coke Soda, 7.5 Fl. Oz., 6 Count | 1 | | $2.60 |
| | Sprite Zero Lemon Lime Diet Soda Soft | | | |

| | Item | Qty | | Price |
|---|---|---|---|---|
| | Drinks, 7.5 fl oz, 6 Pack | 1 | | $2.60 |
| | 7UP Caffeine-Free Lemon Lime Flavored Soda, 7.5 Fl. Oz., 6 Count | 1 | | $2.50 |
| | Mountain Dew Mini Cans, 7.5 Fl Oz, 6 Count | 1 | | $2.50 |
| | Sunkist Orange Soda, 7.5 Fl. Oz., 6 Count | 1 | | $2.50 |
| | Pepsi with Real Sugar Soda, 7.5 Fl. Oz., 6 Count | 1 | | $2.50 |
| | Sprite Lemon Lime Soda Soft Drinks, 7.5 fl oz, 10 Pack | 1 | | $3.78 |
| | Canada Dry Caffeine-Free Ginger Ale, 7.5 Fl. Oz., 6 Count | 1 | | $2.50 |
| | A&W Caffeine-Free Root Beer, 7.5 Fl. Oz., 6 Count | 1 | | $2.50 |
| | Coca-Cola Soda Soft Drink, 7.5 fl oz, 10 Pack | 1 | | $3.78 |
| | (4 Cans) Red Bull Sugar Free Energy Drink, 12 Fl Oz | 1 | | $9.86 |
| | Propel Workout Water Variety Pack, 16.9 Fl. Oz., 18 Count | 1 | | $8.98 |
| | G2 Thirst Quencher Low Calorie Sports Drink, Grape, 12 Fl Oz, 12 Count | 1 | | $5.64 |
| | Great Value Purified Drinking Water, 16.9 Fl. Oz., 40 Count | 1 | | $3.98 |
| | Capri Sun Roarin' Waters Strawberry Kiwi Surf Flavored Water, 10 ct - Pouches, 60.0 fl oz Box | 1 | | $1.98 |
| | Capri Sun Roarin' Waters Fruit Punch Wave Flavored Water, 10 ct - Pouches, 60.0 fl oz Box | 2 | | $3.96 |
| | Mott's 100% Apple Juice, 64 Fl Oz Bottle, 1 Count | 1 | | $2.64 |
| | Simply Orange Pulp Free Orange Juice, 52 fl oz | 1 | | $3.98 |
| | Minute Maid Premium Fruit Punch, 1.8 Quart, 59 Fl. Oz. | 1 | | $1.50 |

| Item | Qty | | Price |
|---|---|---|---|
| Clementines, each | 4 | | $1.76 |
| Red Banana | 2.00 lb | | $1.96 |
| Rainier Cherries Frescos, 16 oz | 1 | | $5.98 |
| Yellow (Ataulfo) Mangoes, each | 4 | | $2.32 |
| Navel Oranges, 3 lb | 1 | | $3.94 |
| Cantaloupe, each | 1 | | $2.48 |
| Yellow Peach, each | 4 | | $3.36 |
| Kiwi, each | 4 | | $1.92 |
| Personal Watermelon Seedless, each | 1 | | $2.98 |
| Yellow Nectarines, each | 6 | | $4.63 |
| Limes, each | 1 | | $0.24 |
| Lemons, each | 1 | | $0.56 |
| Pineapple | 1 | | $2.48 |
| Mangoes, each | 3 | | $2.34 |
| Green Seedless Grapes, bag | 1 | | $4.46 |
| Fresh Strawberries, 1 lb | 1 | | $2.57 |
| Bananas, each | 6 | | $1.42 |

Subtotal $208.35
Delivery fee Free

| | |
|---|---|
| Tax | $5.12 |
| **Estimated total** | **$213.47** |

Paid with: **MASTERCARD xxxx-0509**

Payment Temporary Hold: **$219.80**

**What's Payment Temporary Hold?**

This is the amount we hold to ensure there are funds to complete your purchase. This isn't a charge. It may be slightly different from your order total to cover items that need weighing or any bag fees in your state. But we'll only charge you for the final total once the order is picked up or delivered. Your bank should remove the authorization hold on your card within 3-5 business days.

Visit our FAQ page **for more information**



We're picky with our products
If an item doesn't look right, contact
**Customer Care** or call **(800) 924 9206.**



My Account     Go shopping     Help     Contact Us


Stay Connected              


Please note that product prices and availability are limited-time and are subject to change.

Do not reply to this email. The mailbox is not monitored. If you require assistance, please click here for help.

Security & Privacy
Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email newsletter. If you receive such a request, please do not respond to the email. Learn more. See our Privacy Policy.

Email Marketing, Walmart.com, 850 Cherry Avenue, San Bruno, CA 94066

© 2019 Walmart Stores, Inc. All rights reserved.

From: **Walmart Grocery** grocery-wmt@walmart.com
Subject: **We got your delivery order, steven**
Date: **August 14, 2019 at 3:16 PM**
To: s.heffand@icloud.com





View Order

Order 7497191670578

## We got your order, steven

**DELIVERY TIME**

**Thu, Aug 15
between
10 - 11 AM**

**DELIVERY ADDRESS**

**888 Biscayne Boulevard**
2712
Miami FL 33132

ORDER **7497191670578**

 We'll let you know when your order is on the way. Someone 18 years or older must be present to sign for the order. ID required for alcohol delivery.

**INSTRUCTIONS**

 Be sure you're at the delivery address at the scheduled time

 Sign for your order when it arrives

 Rate your delivery experience

## Forgot something?
Make changes anytime until 1:45 am on Thu, Aug 15.

Make Changes



**ORDER SUMMARY**

| ITEM | QTY or WEIGHT | ALLOW | PRICE |
|---|---|---|---|

| | | | SUBSTITUTIONS? | |
|---|---|---|---|---|
| | Red Banana | 1.00 lb | ✓ | $0.98 |
| | Great Value Original Hickory Smoked Bacon, 12 Oz. | 1 | ✓ | $3.73 |
| | Hilton Fresh Hand-Shucked Oysters Extra Small, 16 oz | 1 | ✓ | $10.84 |
| | Sam's Choice Premium Thai-Style Red Curry Seasoned Mahi Mahi Fillets 8.5 oz. Tray | 1 | ✓ | $7.97 |
| | Frozen Raw Large Shell-On, Tail-On, Easy Peel Shrimp, 12 oz | 1 | ✓ | $5.46 |
| | Walmart Seafood Frozen Mussels 2lb | 1 | ✓ | $4.78 |
| | Joseph's It's A Wrap Lavash Bread, 4 ct, 9 oz | 1 | ✓ | $2.56 |
| | Ocean's Halo Organic Sushi Nori, 1 oz. | 1 | ✓ | $2.88 |
| | Nature's Harvest Produce Snacks Hot Wasabi Peas, 9oz | 1 | ✓ | $2.98 |
| | Great Value Sliced Almonds, 4 oz | 1 | ✓ | $1.98 |
| | Golden Honeydew Melon, each | 1 | ✓ | $3.28 |
| | Fresh Black Sable Seedless Grapes, 1 lb | 1 | ✓ | $2.98 |
| | Tangerines, each | 3 | ✓ | $1.32 |
| | Papayas, each | 1 | ✓ | $3.19 |
| | Black Plums, per Pound | 5 | ✓ | $2.67 |
| | Kiwi, each | 4 | ✓ | $1.92 |
| | Yellow Nectarines, each | 4 | ✓ | $2.85 |

| | Item | Qty | | Price |
|---|---|---|---|---|
| | Fresh Strawberries, 1 lb | 1 | | $2.57 |
| | Bananas, each | 8 | | $1.89 |
| | Land O'Frost Premium Honey Smoked Turkey Breast, 16 Oz. | 1 | | $3.98 |
| | Great Value Large White Eggs, 18 count, 36 oz | 1 | | $1.27 |
| | Mixed Bell Peppers (Selection May Vary) 3 count | 1 | | $3.37 |
| | Capri Sun Roarin' Waters Fruit Punch Wave Flavored Water, 10 ct - Pouches, 60.0 fl oz Box | 1 | | $1.98 |
| | Mangoes, each | 3 | | $2.34 |
| | Fresh Corn on the Cob, color varies, each | 5 | | $2.00 |

Subtotal   $81.77
Delivery fee   $7.95
Tax   $0.74

**Estimated total**   **$90.46**

Paid with: **VISA xxxx-1002**
Payment Temporary Hold: **$95.09**

**What's Payment Temporary Hold?**

This is the amount we hold to ensure there are funds to complete your purchase. This isn't a charge. It may be slightly different from your order total to cover items that need weighing or any bag fees in your state. But we'll only charge you for the final total once the order is picked up or delivered. Your bank should remove the authorization hold on your card within 3-5 business days.

**Visit our FAQ page for more information**



### We're picky with our products
If an item doesn't look right, contact
Customer Care or call **(800) 924 9206**.



My Account   Go shopping   Help   Contact Us

**Stay Connected**    Mobile apps  

Please note that product prices and availability are limited-time and are subject to change.

Do not reply to this email. The mailbox is not monitored. If you require assistance, please click here for help.

Security & Privacy
Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email newsletter. If you receive such a request, please do not respond to the email. Learn more. See our Privacy Policy.

Email Marketing, Walmart.com, 850 Cherry Avenue, San Bruno, CA 94066

© 2019 Walmart Stores, Inc. All rights reserved.

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

STEVEN HELFAND
1400 SW 137th AVE
APT F112
PEMBROKE PINES FL 33027

TO:

U S DISTRICT COURT, SD
299 E BROWARD BLVD
STE 108
FORT LAUDERDALE, FL 33301

Retail

US POSTAGE PAID
$7.95
Origin: 33027
02/09/21
1139950301-91

…ITY MAIL 1-DAY®

0 Lb 5.10 Oz
1005

…ERY DAY: 02/10/21

C019

…RD BLVD
…le FL 33301-1922

…RACKING® NUMBER

…7 4563 1040 6903 18

…se.
…nsurance (restrictions apply).*
…y international destinations.
…n form is required.
…claims exclusions see
…ability and limitatior

Overnight Priority

T … …kage Pickup, … code.

USPS.COM/PICKUP

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

This product is for use with Priority Mail®.
Misuse may be a violation of federal law.
This label is not for resale.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.