UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 1:19-CV-20592-MARTINEZ/OTAZO-REYES

VASSILIOS KUKORINIS, on behalf of
himself and those similarly situated,

Plaintiff,

v.

WALMART, INC., a Delaware corporation

Defendant.

## NOTICE OF WITHDRAWAL OF OBJECTION AND MOTION

On October 13, 2020, I filed my Notice of Objection by Class Member, Steven F. Helfand: Notice of Intent to Attend the Fairness Hearing on Zoom (my "Objection"). (Doc. No. 55). Also, on February 10, 2021, I filed my Opposition to Motion for final Approval by Indisputable Objector Steven Helfand & Opposition to Non-Filed and Non-Noticed "Motion to Strike" Made with No Foundation and Contrary to Previously Produced Evidence: Request for Disqualification of John Yanchunis for Misleading the Court and the Class (my "Motion"). (Doc. No. 88).

I wish to inform the Court that I hereby withdraw my Objection and also hereby withdraw my Motion. No compensation has been promised or paid to me, pursuant to Rule 23(e)(5).

I am no longer seeking the relief in my Motion.

1

Dated: February 22, 2021

*[signature]*

Steven F. Helfand
1400 SW 137th Avenue, F112
Pembroke Pines, FL 33027
786.676.1018

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, *I caused to have* electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on any and all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Steven F. Helfand