# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Sam M Gibbons United States Court House

801 North Florida Avenue,Tampa,Florida 33602

CASE NUMBER: 1:19-CV-20592

VASSILIOS KUKORINIS

plaintiff(s)/petitioner(s)

-vs-

Walmart Inc

defendant(s)/respondent(s)

**NOTICE OF CLASS ACTION OPT-IN**

COMES NOW, Zsofia Ruha § a private citizen pursuant to 28 U.S.C. § 636 (c),(1),(3) or in the alternative 28 U.S.C § 1291

hereby gives notice to this Honorable Court of opt-in and in support of this motion Zsofia Ruha states: Zsofia Ruha is a citizen of Palm Beach county Florida who has been a consumer at the respondents place of business the subject matter discussed in this lawsuit for a period of 20 years as this is a class action suit Zsofia Ruha is entitled for a portion of the funds disbursed among class members.

**CERTIFICATE OF SERVICE**

I Zsofia Ruha hereby certify that a true and correct copy of the foregoing instrument has been furnished by the CM/ECF electronic filing system witch will send notifcation of such filing to record counsel Morgan and Morgan Complex Litigation Group Ryan Mcgee attorney at law John Allen Yanchunis attorney at law 201 North Franklin Street Fl 7 Tampa,Florida 33602 (813)-275-5272 jyanchunis@forthe people.com and rmgee@forthepeople.com on this day: 03/29/2021

**submitted by**

Zsofia Ruha

640 Clematis Street #531

West Palm Beach, Florida 33402

*sofiar33@gmail.com*

**Wilkie D. Ferguson, Jr. U.S. Courthouse**
400 North Miami Avenue
Miami, FL 33128

Alejandro,
Please send to
Southern Dist.
of Fl.

Isola Rivera
640 Clematis street #531
West Palm Beach, FL
33402

WEST PALM BCH FL 334
29 MAR 2021 PM 4 L

Sam M Gibbons United
States Court House
801 N Florida avenue
Tampa, Florida 33602

33602-384604

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
TAMPA, FLORIDA 33602

OFFICIAL BUSINESS