IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-20592-CV-MARTINEZ-OTAZO-REYES

VASSILIOS KUKORINIS, individually and
on behalf of all others similarly situated,
    Plaintiff,

v.

WALMART, INC., a Delaware corporation,
    Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The Court has entered a Final Approval Order approving the Class Action Settlement in this case, [ECF No. 97]. For the reasons stated therein, judgment is **ENTERED** in accordance with such Order and the Class Members' released claims asserted against Defendant Walmart, Inc.

2. This matter is hereby **DISMISSED WITH PREJUDICE**, without fees and costs to any party, except as otherwise provided in the Final Approval Order, the Settlement Agreement, and/or or the Court's Order on Attorneys' Fees and Costs, [ECF No. 98].

3. This Judgment is the Final Judgment in this suit as to all Settlement Class Member Released Claims. This Court finds there is no just reason for delay and expressly directs Judgment and immediate entry by the Clerk of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of September 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record