UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 19-20592-CIV-MARTINEZ**

VASSILIOS KUKORINIS, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

WALMART, INC., a Delaware corporation,

    Defendant.
_____/

**ORDER**

    THIS CAUSE came before this Court upon Objector Shiyang Huang's Motion for Second Objector Award (the "Motion"), (ECF No. 100). This Court has reviewed the Motion, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, and for the reasons set forth herein, the Motion, (ECF No. 100), is DENIED.

    On September 20, 2021, this Court entered its Omnibus Order on Final Approval of Class Action Settlement. (ECF No. 97.) Pertinent to the Motion, this Court awarded Objector Shiyang Huang a nominal $1.00 objector award, which was to have been paid directly from any attorneys' fees and costs approved by this Court's separate order. (ECF No. 97, at 20.) In so awarding Mr. Huang the nominal amount, this Court stated that "in light of the lack of opposition, the nominal amount requested, and the fact that there is no Eleventh Circuit precedent directly on point, [this] Court will permit the $1.00 award." (*Id.* at 18.) Now, Mr. Huang moves to receive a *second* objector award of $99.00, an amount that Mr. Huang claims "remains nominal." (ECF No. 100, at 5.) Having previously awarded Mr. Huang an objector award of $1.00 upon Mr. Huang's request,

this Court finds that no further award to Mr. Huang is warranted, and there is no authority in law or reason in equity that would necessitate an opposite finding. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, (ECF No. 100), is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of May, 2022.

Copies provided to:
All Counsel of Record
Shiyang Huang
2800 SW Engler Ct.,
Topeka, KS 66614

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE